UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| ANTHONY CARVER MCCLARN, | CHAPTER 13 |
| DEBTOR | CASE NO. 14-75160-SMS |
| ANTHONY CARVER MCCLARN, | ADVERSARY CASE NO. 20-06070 |
| PLAINTIFF, | |
| vs. | |
| CITIZENS TRUST BANK, LOANCARE, LLC, | |
| DEFENDANTS. | |

I hereby certify that I have this day served a true and exact copy of the "Complaint" (Doc. No. 1) and "Summons" (Doc. No. 2) to the following:

Mary Ida Townson, Chapter 13 Trustee         *Electronically*

Jason L. Pettie, Chapter 7 Trustee           *Electronically*

Anthony Carver McClarn
736 Peninsula Overlook
Hampton, GA 30228

Lisa F. Caplan
Rubin Lublin, LLC
Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30071

Citizens Trust Bank                          **Via Certified Mail**
Attn: Samuel J Cox, R/A and CFO              **7019 1640 0002 0107 1232**
230 Peachtree Street NW
Suite 2700
Atlanta, GA 30303-1561

Citizens Trust Bank
965 Martin Luther King Jr. Drive, Nw
Atlanta, GA 30314

LoanCare, LLC
c/o C T Corporation System
289 South Culver Street
Lawrenceville, GA, 30046
LoanCare, LLC
3637 SENTARA WAY
VIRGINIA BEACH, VA 23452

by electronic service upon filing with the Court or by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

Dated: April 29, 2020

                                            Respectfully Submitted,
                                            JEFF FIELD & ASSOCIATES

                                            /s/ Christopher J. Sleeper

342 North Clarendon Avenue
Scottdale, GA 30079                         CHRISTOPHER J. SLEEPER
404-499- 2700                                    Attorney for Debtor
contactus@fieldlawoffice.com                State Bar No. 700884