# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

## ANSWER OF LOANCARE, LLC

COME NOW, LoanCare, LLC ("LoanCare"), and files this Answer to the Complaint [Doc. 1], stating as follows:

## AFFIRMATIVE DEFENSES

1. The Plaintiff has failed to state a claim upon which relief can be granted.

2. The Court lacks subject matter jurisdiction over claims under the Real Estate Settlement Procedures Act, Truth in Lending Act, or under state law for accounting.

3. The Plaintiff has unclean hands and is otherwise estopped due to his default on the loan and failure to comply with the consent order on his Motion to Deem Mortgage Current.

Subject to and without waiving the foregoing Affirmative Defenses, LoanCare responds to the individually numbered paragraphs in the Complaint as follows:

1

1. LoanCare denies the allegations in Paragraph 1.

2. LoanCare denies the allegations in Paragraph 2.

3. LoanCare denies the allegations in Paragraph 3.

4. LoanCare admits the allegations in Paragraph 4.

5. LoanCare admits the allegations in Paragraph 5.

6. LoanCare admits the allegations in Paragraph 6 except that Citizens Trust Bank's headquarters are located at 965 Martin Luther King Drive NW, Atlanta, Georgia 30314.

7. LoanCare admits the allegations in Paragraph 7.

## **BACKGROUND**

8. LoanCare admits the allegations in Paragraph 8.

9. LoanCare admits the allegations in Paragraph 9.

10. LoanCare admits the allegations in Paragraph 10.

11. LoanCare admits the allegations in Paragraph 11.

12. LoanCare admits the allegations in Paragraph 12.

13. LoanCare admits the allegations in Paragraph 13.

14. LoanCare admits the allegations in Paragraph 14.

15. LoanCare admits the allegations in Paragraph 15.

16. LoanCare lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16.

17. LoanCare lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17.

18. LoanCare lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18.

19. LoanCare lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19.

20. LoanCare lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20. By way of further response, all statements were generated by LoanCare.

21. LoanCare admits the allegations in Paragraph 21.

22. LoanCare denies the allegations in Paragraph 22.

23. LoanCare denies the allegations in Paragraph 23.

24. LoanCare denies the allegations in Paragraph 24.

25. LoanCare denies the allegations in Paragraph 25.

26. LoanCare denies the allegations in Paragraph 26.

27. LoanCare denies the allegations in Paragraph 27.

28. LoanCare denies the allegations in Paragraph 28.

29. LoanCare lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 29.

**PLAINTIFF'S FIRST CLAIM FOR RELIEF: VIOLATION OF 11 U.S.C. §§ 105 AND 524**

30. LoanCare realleges and incorporates by reference its responses to Paragraphs 1-29.

31. LoanCare admits the allegations in Paragraph 31.

32. LoanCare denies the allegations in Paragraph 32.

33. LoanCare denies the allegations in Paragraph 33.

34. LoanCare lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34.

### PLANTIFF'S SECOND CLAIM FOR RELIEF: VIOLATION OF GENERAL SERVICING POLICIES, PROCEDURES AND REQUIREMENT PURSUANT TO 12 CFR 1024.38

35. LoanCare realleges and incorporates by reference its responses to Paragraphs 1-34.

36. LoanCare denies the allegations in Paragraph 36 insofar that not all Defendants are parties to which 12 CFR 1024.38 apply but admits that the regulation applies to the mortgage at issue. LoanCare denies that the Plaintiff has a private cause of action available for any violation of 12 CFR 1024.38.

37. LoanCare denies the allegations in Paragraph 37 insofar that not all Defendants are parties to which 12 CFR 1024.38 apply but admits that the regulation requires what is alleged with respect to parties to which it applies. LoanCare denies that the Plaintiff has a private cause of action available for any violation of 12 CFR 1024.38.

38. LoanCare denies the allegations in Paragraph 38.

### PLANTIFF'S THIRD CLAIM FOR RELIEF: VIOLATION OF PAYMENT PROCESSING REQUIREMENTS OF 12 CFR 1026.36(c)(1)

39. LoanCare realleges and incorporates by reference its responses to Paragraphs 1-38.

40. LoanCare denies the allegations in Paragraph 40.

41. LoanCare denies the allegations in Paragraph 41 insofar that not all Defendants are parties to which 12 CFR 1026.36 apply but admits that the regulation applies to the mortgage at issue. LoanCare denies that the Plaintiff his entitled to any relief under this regulation.

42. LoanCare denies the allegations in Paragraph 42.

### PLANTIFF'S FOURTH CLAIM FOR RELIEF: INACCURATE AND MISLEADING PREIODIC STATEMENTS IN VIOLATION OF 12 CFR 1026.41(c)

43. LoanCare realleges and incorporates by reference its responses to Paragraphs 1-42.

43. LoanCare denies the allegations in the second Paragraph 43.

44. LoanCare denies the allegations in Paragraph 44.

### PLAINTIFF'S FIFTH CLAIM FOR RELIEF:
### VIOLATION OF THE AUTOMATIC STAY

45. LoanCare realleges and incorporates by reference its responses to Paragraphs 1-44.

46. LoanCare lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46.

47. LoanCare denies the allegations in Paragraph 47.

48. LoanCare denies the allegations in Paragraph 48.

49. LoanCare denies the allegations in Paragraph 49.

### PLAINTIFF'S SIXTH CLAIM FOR RELIEF: CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH THE CONFIRMATION ORDER AND SUBSEQUENT ORDERS

50. LoanCare realleges and incorporates by reference its responses to Paragraphs 1-49.

51. LoanCare denies the allegations in Paragraph 51.

52. LoanCare admits the allegations in Paragraph 52.

53. LoanCare admits the allegations in Paragraph 53.

54. LoanCare denies the allegations in Paragraph 54.

**PLAINTIFF'S SEVENTH CLAIM FOR RELIEF: DEMAND FOR ACCOUNTING**

55. LoanCare realleges and incorporates by reference its responses to Paragraphs 1-54.

56. LoanCare denies the allegations in Paragraph 56.

57. LoanCare denies the allegations in Paragraph 57.

58. LoanCare denies each and every allegation not expressly admitted herein.

Respectfully submitted, this 31st day of August 2020.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3140 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rlselaw.com

*Attorney for LoanCare, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August 2020, I caused a copy of the within and foregoing to be filed by CM/ECF, which will serve notice on all parties.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

6