IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>　　Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>　　Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>　　Defendants. | Adversary No. 20-06070-sms |

**MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO DISMISS**

COME NOW, Citizens Trust Bank ("Citizens") and LoanCare, LLC ("LoanCare") (collectively, the "Defendants"), and file this Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) and Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1), and hereby move this Court for an Order dismissing the above-styled adversary for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. In support of this Motion, Defendants rely on their Memorandum of Law, filed contemporaneously herewith.

WHEREFORE, Defendants pray for relief as follows:

a) That this Court dismiss the Plaintiff's claims under the Real Estate Settlement Procedures Act, Truth in Lending Act, and for a state law accounting for lack of subject matter jurisdiction, and in the event that this Court deems it has jurisdiction

1

over these claims, that they be dismissed for failure to state a claim upon which relief can be granted;

b) That the remaining claims in the Complaint be dismissed for failure to state a claim upon which relief can be granted; and

c) For any other relief this Court deems just and proper.

Respectfully submitted, this 31st day of August 2020.

        */s/ Bret J. Chaness*
        BRET J. CHANESS (GA Bar No. 720572)
        **RUBIN LUBLIN, LLC**
        3140 Avalon Ridge Place, Suite 100
        Peachtree Corners, GA 30071
        (678) 281-2730 (Telephone)
        (404) 921-9016 (Facsimile)
        bchaness@rlselaw.com

        *Attorney for Citizens Trust Bank and LoanCare, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August 2020, I caused a copy of the within and foregoing to be filed by CM/ECF, which will serve notice on all parties.

        */s/ Bret J. Chaness*
        BRET J. CHANESS (GA Bar No. 720572)

2