**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

| | | |
|---|---|---|
| In Re: | Plaintiff<br>**Anthony Carver McClarn**<br>4038 Boulder Vista Drive<br>Conley, GA 30288<br><br>xxx–xx–0647<br><br>– v –<br><br>Defendant<br>**Citizens Trust Bank**<br>230 Peachtree St. NW<br>Suite 2700<br>Atlanta, GA 30303–1561 | Case No.: **20–06070–sms**<br>Judge: **Sage M. Sigler** |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing will be held

**December 2, 2020** at **11:00 AM** in **Courtroom 1201, Atlanta** to consider and act upon the following:

Motion for Judgment on the Pleadings and Motion to Dismiss filed by Citizens Trust Bank and LoanCare, LLC (Docket No. 13)

Given the current public health crisis, hearings may be telephonic only. Please check the Important Information Regarding Court Operations During COVID–19 Outbreak tab at the top of the GANB Website (www.ganb.uscourts.gov) prior to the hearing for instructions on whether to appear in person or by phone.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

_M. Regina Thomas_

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: October 28, 2020

Form 165ap