UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| ANTHONY CARVER MCCLARN, | CHAPTER 13 |
| DEBTOR | CASE NO. 14-75160-SMS |
| ANTHONY CARVER MCCLARN, | ADVERSARY CASE NO. 20-06070-SMS |
| PLAINTIFF, | |
| VS. | |
| CITIZENS TRUST BANK, LOANCARE, LLC, | |
| DEFENDANTS. | |

## REPORT OF RULE 26(f) CONFERENCE

The conference held pursuant to FED. R. CIV. P. 26(f) and BLR 7016-1 on December 18, 2020, which was attended by:

For Plaintiff: Bret J. Chaness, Esq.

For Defendant: Christopher J. Sleeper, Esq.

1. Initial Disclosures: The parties agree to exchange written and verified initial disclosures.

2. Discovery Plan: The parties propose a discovery period of 90 days. Discovery shall be completed by March 18, 2021, subject to modification by the Court with the consent of the parties or for good cause shown.

3. Other items:

   (a) The parties shall submit a consolidated pretrial order no later than 30 days after ruling on dispositive motions.

   (b) Unless further ordered by the Court, Plaintiff will be allowed until the close of discovery to file motions to join additional parties and motions to amend the pleadings.

(c) Unless further ordered by the Court, Defendant will be allowed until the close of discovery to file motions to join additional parties and motions to amend the pleadings.

(d) All dispositive motions will be filed by 30 days after the close of discovery

4. Settlement Potential:

(a) The parties have discussed settlement, but have not yet reached a conclusion regarding the underlying debt.

(b) The parties intend to hold additional settlement discussions among themselves prior to the close of discovery.

(c) The parties have not considered alternative dispute resolution.

(d) Settlement prospects may be enhanced by one of the following alternative dispute resolution procedures: N/A

5. Identify any other matters regarding discovery or case management that may require the Court's attention: N/A

6. The parties consent to this Court entering final orders and judgment in this proceeding.

7. Any other matters not covered above: N/A

8. The parties do not request a settlement conference with the Court prior to entry of the scheduling order.

Dated: December 21, 2020

**Attorney for Plaintiff:**

/s/ Christopher J. Sleeper
_____
CHRISTOPHER J. SLEEPER
State Bar No. 700884
342 North Clarendon Avenue
Scottdale, GA 30079
404-499-2700
contactus@fieldlawoffice.com

**Attorney for Defendant:**

/s/ Bret J. Chaness
_____
BRET J. CHANESS
State Bar No. 720572
Rubin Lublin, LLC
Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30071-1570
(678) 281-2730
bchaness@rubinlublin.com