# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>　　Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>　　Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>　　Defendants. | Adversary No. 20-06070-sms |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on January 22, 2021, I served Plaintiff's counsel in the foregoing matter with a copy of the following:

- *Defendants' First Request for Admission to Plaintiff*
- *Defendants' First Interrogatories to Plaintiff*
- *Defendants' First Continuing Requests for Production of Documents to Plaintiff*

by depositing a copy of the same in the United States first class mail in a properly addressed envelope with adequate postage affixed thereon addressed to:

　　Christopher Sleeper
　　Jeffrey Field & Associates
　　342 North Clarendon Avenue
　　Scottdale, GA 30079

Respectfully submitted, this 22nd day of January 2021.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com

*Attorney for the Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January 2021, I caused a copy of the within and foregoing to be filed by CM/ECF, which will serve notice on all parties.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)