**IT IS ORDERED as set forth below:**



**Date: January 29, 2021**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

## SCHEDULING ORDER

On December 21, 2020, the Parties filed their Report of their Rule 26(f) Conference (the "Report"). *See* [Doc. 20]. Upon review of the information contained in the Report, the Court

1

hereby **ORDERS** that the deadlines set forth in the Report are adopted by the Court as the deadlines for this case.

# # #

**CONSENTED TO:**

| | |
|---|---|
| */s/ Christopher J. Sleeper (by BJC w/ permission)*<br>CHRISTOPHER J. SLEEPER<br>GA Bar No. 700884<br>JEFF FIELD & ASSOCAITES<br>342 North Clarendon Avenue<br>Scottdale, GA 30079<br>(404) 499-2700<br>contactus@fieldlawoffice.com<br><br>*Attorney for Anthony Carver McClarn* | */s/ Bret J. Chaness*<br>BRET J. CHANESS (GA Bar No. 720572)<br>**Rubin Lublin, LLC**<br>3145 Avalon Ridge Place, Suite 100<br>Peachtree Corners, GA 30071<br>(678) 281-2730 (Telephone)<br>(404) 921-9016 (Facsimile)<br>bchaness@rlselaw.com<br><br>*Attorney for LoanCare, LLC* |

2

## **DISTRIBUTION LIST**

Bret J. Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Christopher J. Sleeper
Jeff Field & Associates
342 North Clarendon Avenue
Scottdale, GA 30079