IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

**PLAINTIFF'S FIRST CONTINUING REQUESTS
FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**

COME NOW, Anthony Carver McClarn ("Plaintiff"), and pursuant to Fed. R. Civ. P. 26 and Fed. R. Civ. P. 34(b), you are hereby notified to produce at any hearing, any trial, deposition and any hearing on motion(s) in the above-styled case, and from time to time and from term to term until the above-styled case is concluded, the documents and records set forth below which are in your possession, custody or control, the same to be used as evidence by Plaintiff in the above-styled adversary proceeding.

In addition, you are requested to produce, pursuant to Fed. R. Civ. P. 26 and Fed. R. Civ. P. 34(b), on the thirtieth (30th) day after service, the documents and records set forth below for inspection and copying at the offices of Plaintiff's attorney, Christopher Sleeper, Jeff Field &

1

Associates, 342 N. Clarendon Ave., Scottdale, GA 30079, at such time as is agreed by counsel but, in any event, within the time required by law.

NOTE A: If any document herein requested was formerly in the possession, custody or control of Citizens Trust Bank ("Citizens") and LoanCare, LLC ("LoanCare") (collectively, the "Defendants") and has been lost or destroyed, Defendants are requested to submit in lieu of each document a written statement which:

(a) describes in detail the nature of the document and its contents;

(b) identifies the person, preparer or author of the document and, if applicable, to whom the document was sent; and

(c) specifies, if possible, the date on which the document was lost or destroyed and, if destroyed, the condition(s) of or reason(s) for such destruction and the person(s) requesting and performing the destruction.

NOTE B: If any such document otherwise required to be produced by these Requests is withheld, Defendants shall identify the document by stating its date, author, recipient(s) and the reason for withholding.

NOTE C: This Notice and First Requests for Production of Documents is continuing, and any document obtained or located subsequent to production which would have been produced had it been available or its existence known at the time is to be supplied forthwith.

NOTE D: Plaintiff hereby incorporate the Definitions and Instructions contained in its First Continuing Interrogatories to Defendants.

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

1. Please produce all documents identified in response to Plaintiff's First Continuing Interrogatories to Defendants.

2.	Please produce all documents that you may introduce as evidence in any hearing or trial in this adversary proceeding.

3.	Please produce all documents within your possession or control evidencing any communications with Plaintiff concerning the Consent Order or the issues raised in the adversary proceeding.

4.	Please produce any and all mortgage statements sent to Plaintiff or prepared internally between January 30, 2020 and February 1, 2021.

5.	Please produce any and all loan histories from January 30, 2020 to February 1, 2021.

6.	Please produce any and all internal materials, including procedures, manuals, policies or handbooks, relating to Defendants' procedures for updating or handling an account following conclusion of a chapter 13 bankruptcy.

Dated: February 17, 2021

    Respectfully submitted,
    JEFF FIELD & ASSOCIATES

    /s/ Christopher J. Sleeper
    _____
    CHRISTOPHER J. SLEEPER
    Attorney for Plaintiff
    State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499-2700
contactus@fieldlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of February 2021, served the within and foregoing pleading by placing a true and correct copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

BRET J. CHANESS
Rubin Lublin, LLC
Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30071-1570

A. Christian Wilson
Simpson, Uchitel & Wilson, LLP
P. O. Box 550105
Atlanta, GA 30355-2505


Dated: February 17, 2021

                                                Respectfully submitted,
                                                JEFF FIELD & ASSOCIATES

                                                /s/ Christopher J. Sleeper
                                                _____
                                                CHRISTOPHER J. SLEEPER
                                                Attorney for Plaintiff
                                                State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499-2700
contactus@fieldlawoffice.com