IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

    COME NOW, Citizens Trust Bank ("Citizens"), LoanCare, LLC ("LoanCare") (collectively, the "Defendants"), and Anthony Carver McClarn (the "Plaintiff") and file this Joint Motion to Extend Deadlines, respectfully showing this Honorable Court as follows:

    1.    On January 29, 2021, this Court entered a Scheduling Order. [Doc. 22]. The Order provides that "the deadlines set forth in the [Rule 26(f)] Report are adopted by the Court as the deadlines for this case." *Id.*

    2.    The Rule 26(f) report provides that "discovery shall be completed by March 18, 2021, subject to modification by the Court with the consent of the parties or for good cause shown."

1

3. There are currently outstanding discovery requests from the Plaintiff to Defendants, a pending discovery dispute lodged by the Defendants to Plaintiffs related to his responses to the Defendants' requests, and a scheduled deposition of the Plaintiff.

4. The Plaintiff is currently out of state undergoing medical treatment for a private condition at the Mayo Clinic. As such, he is unable to attend the deposition (either in person or remotely) and unable to provide his attorneys with the information needed to address the discovery dispute. Accordingly, the Defendants and the Plaintiff have request that this Court extend the discovery period through and including **April 19, 2021**.

WHEREFORE, the Defendants and Plaintiff respectfully request that this Court grant this Motion and extend the discovery period through and including April 19, 2021.

Respectfully submitted, this 5th day of March 2021.

| | |
|---|---|
| */s/ Christopher J. Sleeper (by BJC w/ permission)*<br>CHRISTOPHER J. SLEEPER<br>GA Bar No. 700884<br>JEFF FIELD & ASSOCAITES<br>342 North Clarendon Avenue<br>Scottdale, GA 30079<br>(404) 499-2700<br>contactus@fieldlawoffice.com<br><br>*Attorney for Anthony Carver McClarn* | */s/ Bret J. Chaness*<br>BRET J. CHANESS (GA Bar No. 720572)<br>**RUBIN LUBLIN, LLC**<br>3145 Avalon Ridge Place, Suite 100<br>Peachtree Corners, GA 30071<br>(678) 281-2730 (Telephone)<br>(470) 508-9203 (Facsimile)<br>bchaness@rlselaw.com<br><br>*Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March 2021, I caused a copy of the within and foregoing to be filed by CM/ECF, which will serve notice on all parties.

                                                  */s/ Bret J. Chaness*
                                                  BRET J. CHANESS (GA Bar No. 720572)