IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

COME NOW, Citizens Trust Bank ("Citizens"), LoanCare, LLC ("LoanCare") (collectively, the "Defendants"), and Anthony Carver McClarn (the "Plaintiff") and file this Joint Motion to Extend Deadlines, respectfully showing this Honorable Court as follows:

1. On January 29, 2020, this Court entered a Scheduling Order. [Doc. 22]. The Order provides that "the deadlines set forth in the [Rule 26(f)] Report are adopted by the Court as the deadlines for this case." *Id.*

2. The Rule 26(f) report provides that "discovery shall be completed by March 18, 2021, subject to modification by the Court with the consent of the parties or for good cause shown."

1

3. This deadline was extended to April 19, 2021, by Consent Order entered on March 9, 2021. The Parties jointly moved for this extension because health issues with the Plaintiff were impairing the ability to complete discovery.

4. There is currently a pending discovery dispute lodged by the Defendants to Plaintiffs related to his responses to the Defendants' requests, and a deposition of the Plaintiff that has been postponed due to his health issues.

5. The Plaintiff is currently undergoing chemotherapy and his physical condition continues to slow efforts to complete discovery. The Parties are hopeful that the discovery issues can be resolved shortly and that a deposition can be completed within the next 30-60 days. Accordingly, the Defendants and the Plaintiff have request that this Court further extend the discovery period through and including **June 18, 2021**.

WHEREFORE, the Defendants and Plaintiff respectfully request that this Court grant this Motion and extend the discovery period through and including June 18, 2021.

Respectfully submitted, this 16th day of April 2021.

*/s/ Christopher J. Sleeper (by BJC w/ permission)*
CHRISTOPHER J. SLEEPER
GA Bar No. 700884
JEFF FIELD & ASSOCAITES
342 North Clarendon Avenue
Scottdale, GA 30079
(404) 499-2700
contactus@fieldlawoffice.com

*Attorney for Anthony Carver McClarn*

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com

*Attorney for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April 2021, I caused a copy of the within and foregoing to be filed by CM/ECF, which will serve notice on all parties.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)