**IT IS ORDERED as set forth below:**



Date: April 21, 2021

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>   Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>   Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>   Defendants. | Adversary No. 20-06070-sms |

**CONSENT ORDER GRANTING MOTION TO EXTEND DISCOVERY**

This matter is before the Court on the Parties' Joint Motion to Extend Discovery. In the Motion, the Parties request that the discovery deadline be extended through and including June 18,

1

2021. The Court finds that good cause has been shown, and the Motion is hereby **GRANTED**.

Discovery shall now be completed by **June 18, 2021**.

# # #

**CONSENTED TO:**

| | |
|---|---|
| */s/ Christopher J. Sleeper (by BJC w/ permission)* <br> CHRISTOPHER J. SLEEPER <br> GA Bar No. 700884 <br> JEFF FIELD & ASSOCAITES <br> 342 North Clarendon Avenue <br> Scottdale, GA 30079 <br> (404) 499-2700 <br> contactus@fieldlawoffice.com <br><br> *Attorney for Anthony Carver McClarn* | */s/ Bret J. Chaness* <br> BRET J. CHANESS (GA Bar No. 720572) <br> **RUBIN LUBLIN, LLC** <br> 3145 Avalon Ridge Place, Suite 100 <br> Peachtree Corners, GA 30071 <br> (678) 281-2730 (Telephone) <br> (470) 508-9203 (Facsimile) <br> bchaness@rlselaw.com <br><br> *Attorney for LoanCare, LLC* |

## **DISTRIBUTION LIST**

Bret J. Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Christopher J. Sleeper
Jeff Field & Associates
342 North Clarendon Avenue
Scottdale, GA 30079