IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

**PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO CITIZENS TRUST BANK AND LOANCARE, LLC'S INTERROGATORIES AND REQUESTS FOR PRODUCTION**

COMES NOW Plaintiff, by and through the undersigned counsel of record, and hereby adopts his responses filed in his Plaintiff's Responses and Objections to Citizens Trust Bank and Loancare, LLC's Interrogatories and Requests for Production" filed February 17, 2021 and supplements his responses as follows:

**INTERROGATORIES**

1.      Please identify each person who assisted you in any way with the preparation of your responses to these First Interrogatories, First Request for Admissions, and First Request for Production of Documents.

**SUPPLEMENTAL RESPONSE: No additional response.**

1

2. Please identify each person whom you claim or believe has knowledge or information concerning the remaining claim in the Complaint for contempt. In doing so, please provide the name, phone number, address, and substance of the information known by such person, and whether the person has provided a written statement.

**<u>SUPPLEMENTAL RESPONSE:</u>**

- Jena Nottingham (significant other).  Phone number: (301) 741-3310.  Same address as Plaintiff.  Plaintiff shares all aspects of his life with Ms. Nottingham and would have witnessed virtually everything that Plaintiff experienced and witnessed the impact on Plaintiff.

- Samuel McClarn (son).  Phone number: (404) 889-3400.  Same address as Plaintiff. Samuel McClarn has witnessed the impact of the mortgage issues on Plaintiff.

- Medalia Aceveda (supervisor).  Plaintiff is still seeking this individuals contact information.  Ms. Aceveda has information pertaining to Plaintiff's suffering work performance, lethargy at work and resulting lack of promotion.

- Dr. Quratulain Syed, PCP (former primary care doctor).  JenCare Senior Medical Center, (855) 845-9333.  She was Plaintiff's primary care doctor and treated Plaintiff for depression, anxiety and sleep problems caused by Defendant's conduct.  Dr. Syed also has information relating to the dormant nature of Plaintiff's cancer of the lymph nodes.

- Dr. Yohannes Endeshaw, M.D. (current primary care doctor).  Grady Health.  80 Jessie Hill Dr. SE, Atlanta, GA 30303. (404) 616-1000.  Mr. Endeshaw has been Plaintiff's primary care doctors since mid 2020 and has seen Plaintiff in person or virtually every several months.  Most recently, he had a virtually meeting with Plaintiff on May 13, 2021 and prescribed Citalopram again for stress.

- Dr. Leon Bernal (oncologist and hematologist). Phone number: (404) 616-4307, Winship Cancer Institute 80 Jesse Hill Jr Dr SE, Atlanta, GA 30303. Referral from Dr. Syed who would have similar information to Dr. Syed.
- None of the above have provided a written statement.

3. Please identify each person whom you may or will call as a witness at any trial or hearing in this matter. In doing so, please provide the name and address of the witness, the subject matter the witness is expected to testify, and whether any such person has given a written statement or account.

**SUPPLEMENTAL RESPONSE:** Each individual listed in Plaintiff's Supplemental Response to Interrogatory No. 2 may be called as a witness. Each aforementioned witness would be called for the purpose of demonstrating the mental and medical damages resulting from Defendant's conduct, and in the case of Ms. Aceveda to demonstrate the impact on Plaintiff's work performance. None of the aforesaid individuals have provided a written statement.

3. Please identify each expert expected to testify at trial or provide any evidence whatsoever in this matter and state the subject matter about which the expert is to testify, the substance of the facts and opinions to which the expert is expected to testify, and give a summary of the grounds for each opinion. This interrogatory applies to all expert witnesses of every kind.

**SUPPLEMENTAL RESPONSE: Plaintiff does not intend to call any expert witnesses at this time.**

4. Please describe, in detail, the damages that you are claiming in this action.

**SUPPLEMENTAL RESPONSE:**

- Interest incurred from 2019 to present due to not being able to modify or refinance the loan due to having dispute inaccurate accounting and other issues that prevented the bankruptcy from closing: $14,161.96 (30 months of 6.50% vs. 2.7%)

- Lost promotion opportunity ($20,000 annual): $21,667

- Medical costs: $63,832.26

- Pain and suffering, anxiety, sleep and memory problems: $50,000.00

- Punitive damages

- Attorney fees/costs: $4,850 ($200/hourly)

5. Please quantify each category of damages that you identified in response to Interrogatory No. 5.

**SUPPLEMENTAL RESPONSE:** See response to Interrogatory No. 5.

6. If any of the damages that you identified in response to Interrogatory No. 5 include emotional/mental distress damages, please provide the name, telephone number, and address of any health professional (including, but not limited to physicians, physician's assistants, nurse practitioners, psychologists, and social workers) that you consulted with in person or electronically regarding the claimed emotional/mental distress and identify (1) the date(s) on which you consulted with the health professional; (2) the reason why you consulted with the health professional; (3) any diagnosis by the health professional; and (4) the course of treatment, if any, proscribed by the health professional.

**SUPPLEMENTAL RESPONSE:**

- Dr. Quratulain Syed, PCP (primary care doctor). JenCare Senior Medical Center, (855) 845-9333. Dr. Syed was seen approximately every 3 months in 2019 for lack of sleep and depression. Dr. Syed determined that Plaintiff was suffering from both issues and referred

4

Plaintiff to Dr. Felicia Goldstein, with Emory Neuropsychology Program, for study and prescribed Citalopram. Plaintiff had to discontinue Citalopram due to side effects preventing normal functioning and undertook more natural remedies

- Dr. Felicia Goldstein, 404.727.6123, Emory University 201 Dowman Drive, Atlanta, GA 30322 determined likely neurological issues were result of severe stress.
- Dr. Yohannes Endeshaw, M.D. (current primary care doctor). Grady Health. 80 Jessie Hill Dr. SE, Atlanta, GA 30303. (404) 616-1000. On May 13, 2021, Dr. Endeshaw prescribed Citalopram 10MG Tab.

7. If any of the damages that you identified in response to Interrogatory No. 5 include emotional/mental distress damages, please provide the (1) names, (2) dosages, and (3) dates of treatment by any prescription or over the counter drugs.

**SUPPLEMENTAL RESPONSE:** Citalopram (10 MG tab) was prescribed in June 11, 2019. Prescribed against May 13, 2021.

8. If any of the damages that you identified in response to Interrogatory No. 5 include emotional/mental distress damages, please describe the emotional/mental distress in detail, including (1) your symptoms, (2) what you believe the symptom(s) were caused by, and (3) how it has impacted you.

**SUPPLEMENTAL RESPONSE:** Plaintiff had difficulty sleeping, was lethargic, unable to focus, suffered deteriorating memory and generally felt anxious and depressed. Plaintiff believes that the symptoms were caused by the stress of dealing with the mortgage situation as he did not have other significant stress inducers. Plaintiff had to seek medical care with various medical providers and submit to a plethora of tests. Besides interfering with his general satisfaction of all aspects of his life, Plaintiff's work performance noticeably suffered. He believes that he was the preferred

candidate for a significant promotion but was passed up for a candidate with less experience in April 2020.

9. If any of the damages that you identified in response to Interrogatory No. 5 include attorney's fees, please describe your fee arrangement with your counsel, including (1) the hourly rate, and (2) whether your fee arrangement is memorialized in writing.

**SUPPLEMENTAL RESPONSE:** The fee arrangement is in writing.

10. Please describe, in detail, how you contend that either Defendant violated the terms of the confirmed Chapter 13 Plan, as alleged in Paragraph 54 of the Complaint.

**SUPPLEMENTAL RESPONSE:** No additional response.

11. Please describe any and all communications that you had with Citizens or LoanCare between the time that the Consent Order was entered and the date that this adversary proceeding was filed and include (1) the date of the communication; (2) the method of the communication; and (3) the substance of the communication.

**SUPPLEMENTAL RESPONESE:** No additional response.

12. Please describe, in detail, how you contend that either Defendant violated the terms of the Consent Order.

**SUPPLEMENTAL RESPONSE:** No additional response

13. Please describe why you did not pay $15,794.24 to Citizens within ten days of entry of the Consent Order, as required by the terms of the Consent Order.

**SUPPLEMENTAL RESPONSE:** No additional response

14. If you provided anything other than an unqualified admission to any of the Defendants' Requests for Admission, please describe, in detail for each request, why you provided denied the request or gave a qualified admission.

**SUPPLEMENAL RESPONSE:** No additional response.

Dated: May 16, 2021

                                               Respectfully submitted,
                                               JEFF FIELD & ASSOCIATES

                                               /s/ Christopher J. Sleeper
                                               _____
                                               CHRISTOPHER J. SLEEPER
                                               Attorney for Plaintiff
                                               State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499-2700
contactus@fieldlawoffice.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this 16th of May 2021, served the within and foregoing pleading by placing a true and correct copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

BRET J. CHANESS
Rubin Lublin, LLC
Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30071-1570

A. Christian Wilson
Simpson, Uchitel & Wilson, LLP
P. O. Box 550105
Atlanta, GA 30355-2505
Dated: May 16, 2021

                                              Respectfully submitted,
                                              JEFF FIELD & ASSOCIATES

                                              /s/ Christopher J. Sleeper
                                              _____
                                              CHRISTOPHER J. SLEEPER
                                              Attorney for Plaintiff
                                              State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499-2700
contactus@fieldlawoffice.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and<br>LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

## VERIFICATION

Anthony Carver McClarn, Plaintiff in this action, being first duly sworn, on oath says the foregoing Answers to Interrogatories are true and complete answers to the best of my knowledge, information and belief.

STATE OF GEORGIA
COUNTY OF DEKALB

Sworn and subscribed before me this 14th day of May 2021.

_____
Anthony Carver McClarn

_____
NOTARY PUBLIC
MY COMISSION EXPIRES: