**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: <br><br> ANTHONY CARVER MCCLARN, <br><br>     Debtor. | Case No. 14-75160-sms <br> Chapter 13 |
| ANTHONY CARVER MCCLARN, <br><br>     Plaintiff, <br><br> v. <br><br> CITIZENS TRUST BANK and LOANCARE, LLC, <br><br>     Defendants. | Adversary No. 20-06070-sms |

**JOINT MOTION TO ENTER HIPAA QUALIFIED PROTECTIVE ORDER AND TO EXTEND DISCOVERY DEADLINE**

COME NOW, Citizens Trust Bank ("Citizens"), LoanCare, LLC ("LoanCare") (collectively, the "Defendants"), and Anthony Carver McClarn (the "Plaintiff") and file this Joint Motion to Enter HIPAA Qualified Protective Order and to Extend the Discovery Deadline, respectfully showing this Honorable Court as follows:

1.      On January 29, 2020, this Court entered a Scheduling Order. [Doc. 22]. The Order provides that "the deadlines set forth in the [Rule 26(f)] Report are adopted by the Court as the deadlines for this case." *Id.*

2.      This deadline was extended to April 19, 2021, by Consent Order entered on March 9, 2021. The Parties jointly moved for this extension because health issues with the Plaintiff were impairing the ability to complete discovery.

1

3.      The Plaintiff's health issues continued to delay the completion of discovery, and the deadline was again extended to June 18, 2021. *See* [Doc. 35].

4.      On May 16, 2021, the Plaintiff served supplemental interrogatory responses to the interrogatories that were served on January 22, 2021. For the first time, he identified additional witnesses other than himself and the Defendants. In those responses, he named six additional witnesses, including three doctors that provided him care.

5.      The deadline of June 18 was chosen because the Defendants believed that it would need to take only one deposition (of the Plaintiff). However, in light of the supplemental interrogatory responses, it appears that at least seven depositions will be needed and that subpoenas will need to be served on at least two doctors for the production of the Plaintiff's medical records. Also, because medical records will be subpoenaed and doctors will be asked about protected medical information, a HIPAA Qualified Protective Order is needed. *See* 45 C.F.R. § 164.512(e)(1)(2)(B).

6.      In light of the foregoing, the Parties request that this Court extend the discovery deadline by 90 days to September 16, 2021 and enter the HIPAA Qualified Protective Order, which is being submitted herewith.

WHEREFORE, the Parties pray for relief as follows:

a)  That this Court extend the discovery deadline to September 16, 2021;

b)  That this Court enter the HIPAA Qualified Protective Order being submitted herewith; and

c)  For any other relief that this Court deems just and proper.

2

Respectfully submitted, this 1st day of June 2021.

| | |
|---|---|
| */s/ Christopher J. Sleeper (by BJC w/ permission)* | */s/ Bret J. Chaness* |
| CHRISTOPHER J. SLEEPER | BRET J. CHANESS (GA Bar No. 720572) |
| GA Bar No. 700884 | **RUBIN LUBLIN, LLC** |
| JEFF FIELD & ASSOCAITES | 3145 Avalon Ridge Place, Suite 100 |
| 342 North Clarendon Avenue | Peachtree Corners, GA 30071 |
| Scottdale, GA 30079 | (678) 281-2730 (Telephone) |
| (404) 499-2700 | (470) 508-9203 (Facsimile) |
| contactus@fieldlawoffice.com | bchaness@rlselaw.com |
| | |
| *Attorney for Anthony Carver McClarn* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June 2021, I caused a copy of the within and foregoing to be filed by CM/ECF, which will serve notice on all parties.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

3