IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor.<br><br>ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Case No. 14-75160-sms<br>Chapter 13<br><br><br><br><br>Adversary No. 20-06070-sms |

## AMENDED MOTION TO WITHDRAW

Pursuant to BLR 9010-5, Christopher J. Sleeper and the Law Firm of Jeff Field & Associates file this Amended Motion seeking permission to withdraw from further representation of Debtor, Anthony Carver McClarn, due to a deterioration in the attorney client relationship and fundamental differences regarding case strategy.

Movant certifies that Movant has given the Debtor fourteen (14) days prior written notice of the intention to withdraw via the United States postal Service at Debtor's last known address: 736 Peninsula Overlook, Hampton, GA 30228. Last known telephone numbers are and (404) 210-0100. A copy of the notice is attached hereto as Exhibit "A".

Should the Debtor object to the Motion being granted, any objection must be filed within fourteen (14) days after service of the Motion by filing the objection with: Clerk,   U.S.

Bankruptcy Court, 1340 Russell Federal Building, 75 Ted Turner Dr., SW, Atlanta, Georgia 30303 with the telephone number of 404-215-1000.

Dated: June 19, 2021

                                                                                                             Respectfully Submitted,
                                                                                                             JEFF FIELD & ASSOCIATES

342 North Clarendon Avenue
Scottdale, GA 30079　　　　　　　　　　　　　/s/ Christopher J. Sleeper
404-499- 2700　　　　　　　　　　　　　　　　_____
contactus@fieldlawoffice.com　　　　　　　　　CHRISTOPHER J. SLEEPER
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 700884

# JEFF FIELD & ASSOCIATES
## ATTORNEYS AT LAW

JF&A

R. JEFFREY FIELD
CHRISTOPHER J. SLEEPER

WWW.FIELDLAWOFFICE.COM • (404) 499-2700 • TOLL FREE (800) 573-7755 • FAX (404) 499-2728

June 3, 2021

Anthony Carver McClarn
736 Peninsula Overlook
Hampton, GA 30228

**EXHIBIT "A"**

Dear Mr. McClarn:

This letter is being sent as our official notice of intent to withdraw as counsel in all pending matters. Pursuant to the local bankruptcy rules, we are required to provide you certain information before filing a motion with the court to terminate the relationship. We intend to file the motion to withdraw as counsel but are required to give you fourteen (14) days' notice of our intent. We are required to notify you of the following:

- The bankruptcy court retains jurisdiction of all matters.

- There is currently an adversary proceeding pending in the case: Anthony Carver McCLarn v. Citizens Trust Bank and Loancare LLC, Case No. 20-06070-sms.
    - Opposing counsel is Bret J. Chaness, Rubin Lublin, LLC, Suite 100, 3145 Avalon Ridge Place, Peachtree Corners, GA 30071-1570. His phone number is (678) 281-2730, fax number is (404) 921-9016 and email address is bchaness@rubinlublin.com.
    - The contact information for the clerk of court is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr. SW, Atlanta, Georgia 30303 and the phone number for the clerk is (404) 215-1000

- If Jeff Field & Associates is permitted to withdraw as counsel, you will have an obligation to promptly file with the Bankruptcy Court and mail to all adverse parties or their counsel a written statement showing your current telephone number, email address, mailing address (which must be amended promptly with changes). You will have the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in any matter, or to hire other counsel to do so. The failure or refusal to meet these obligations may result in adverse consequences. Service of notices, pleadings, and other papers may be made at your last known address.

- In the adversary case, case number 20-06070-sms, the current deadlines in place are as follows:
    - The discovery deadline is currently set for June 18, 2021, but an order is pending to extend discovery to September 16, 2021.

MAIN OFFICE / MAILING ADDRESS: 342 N. CLARENDON AVENUE, SCOTTDALE, GA 30079

| ATHENS | DOUGLASVILLE | GAINESVILLE | LAWRENCEVILLE | MARIETTA |
|---|---|---|---|---|
| EXECUTIVE OFFICE PARK | COURTYARD COMMONS | DOWNTOWN SQUARE | STARK OFFICE BUILDING | OFFICES AT WINDY HILL |
| 2500 WEST BROAD ST. | 8657 HOSPITAL DRIVE | 117 ½ BRADFORD ST. NW | 195 W. PIKE ST. | 2470 WINDY HILL RD. |
| SUITE 602 | SUITE 103 A | SUITE 7 | SUITE 109 | THIRD FLOOR |
| ATHENS, GA 30606 | DOUGLASVILLE, GA 30134 | GAINESVILLE, GA 30501 | LAWRENCEVILLE, GA 30045 | MARIETTA, GA 30067 |

- o Per the scheduling order, dispositive motions must be filed within 30 days of closing of discovery
- o A consolidated pretrial order must be filed within 30 days after a ruling on dispositive motions
- You have 14 days from the date of service of this letter to contact the attorney and state any objections to our withdrawal.

Sincerely,

*[signature]*

R. Jeffrey Field

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a true and exact copy of the foregoing "Amended Motion to Withdraw" to the following:

N. Whaley, Chapter 13 Trustee          *Electronically*

Anthony Carver
McClarn 736 Peninsula Overlook
Hampton, GA 30228

Bret J. Chaness
Rubin Lublin, LLC
Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30071

A. Christian Wilson
Simpson, Uchitel & Wilson, LLP
P. O. Box 550105
Atlanta, GA 30355-2605

by electronic service upon filing with the Court or by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

Dated: June 19, 2021

                                                Respectfully Submitted,
                                                JEFF FIELD & ASSOCIATES

                                                /s/ Christopher J. Sleeper
                                                _____
                                                CHRISTOPHER J. SLEEPER
                                                Attorney for Debtor
                                                State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com