**IT IS ORDERED as set forth below:**

**Date: July 12, 2021**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| ANTHONY CARVER MCCLARN, | CHAPTER 13 |
| DEBTOR. | CASE NO. 14-75160-SMS |
| | |
| ANTHONY CARVER MCCLARN, | |
| PLAINTIFF, | ADVERSARY NO. 20-06070-SMS |
| v. | |
| CITIZENS TRUST BANK AND LOANCARE, LLC, | |
| DEFENDANT. | |

**ORDER ON MOTION TO WITHDRAW**

On June 21, 2021, Debtor's Counsel, Christopher J. Sleeper and the Law Firm of Jeff Field and Associates, filed an *Amended Motion to Withdraw* (the "Motion") seeking permission to withdraw from further representation of Debtor, Anthony Carver McClarn. Debtor's counsel

having met the requirements of the provisions of BLR 9010-5b(1) and no objections filed with the Court, it is hereby It is hereby

**ORDERED** that Christopher J. Sleeper and the law firm of Jeff Field and Associates is permitted to withdraw as counsel for the Debtor. It is further

**ORDERED** that Clerk of Court is hereby instructed to remove these attorneys as Counsel for Debtor, and to direct further all notices, pleadings, and other matters to the Debtor at his last known address.

[END OF DOCUMENT]

Prepared and Submitted by

JEFF FIELD & ASSOCIATES:

/s/ Christopher J. Sleeper

_____
CHRISTOPHER J. SLEEPER
Attorney for Debtor
State Bar No. 700884
342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

## **IDENTIFICATION OF PARTIES TO BE SERVED**

N. Whaley, Interim Standing Ch. 13 Trustee
285 Peachtree Center Ave. NE,
Ste. 1600
Atlanta, GA 30303

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Christopher J. Sleeper
Jeff Field & Associates
342 North Clarendon Avenue
Scottdale, Georgia 30079

Anthony Carver McClarn
736 Peninsula Overlook
Hampton, GA 30228

Bret J. Chaness
Rubin Lublin, LLC Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30071

A. Christian Wilson
Simpson, Uchitel & Wilson, LLP
P. O. Box 550105
Atlanta, GA 30355-2605