## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>      Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>      Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE,<br>LLC,<br><br>      Defendants. | Adversary No. 20-06070-sms |

### <u>NOTICE OF DEPOSITION</u>

PLEASE TAKE NOTICE that at **10:00 a.m. (EDT) on August 26, 2021**, Citizens Trust Bank and LoanCare, LLC, Defendants in the above-styled adversary proceeding, by and through its undersigned counsel, will take before a person duly authorized by law to administer oaths, the deposition of Plaintiff Anthony Carver McClarn, at the offices of Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071, pursuant to Fed. R. Civ. P. 30. The deposition will be recorded by stenographic means and will continue from day to day until completed and is being taken for the purposes of discovery and any and all purposes allowed by law.

1

This 21st day of July, 2021.

/s/ Bret J. Chaness
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3140 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rlselaw.com

*Attorney for Citizens Trust Bank and
LoanCare, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 21st day of July 2021, served the within and foregoing by placing a true and correct copy of same in the United States Mail, with Priority Mail postage affixed thereto, properly addressed as follows:

Anthony McClarn
4038 Boulder Vista Drive
Conley, GA 30288

/s/ Bret J. Chaness
BRET J. CHANESS (GA Bar No. 720572)

2