IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

COME NOW, Citizens Trust Bank ("Citizens"), LoanCare, LLC ("LoanCare") (collectively, the "Defendants"), and Anthony Carver McClarn (the "Plaintiff") and file this Joint Motion to Extend Deadlines, respectfully showing this Honorable Court as follows:

1. On January 29, 2020, this Court entered a Scheduling Order. [Doc. 22]. The Order provides that "the deadlines set forth in the [Rule 26(f)] Report are adopted by the Court as the deadlines for this case." *Id.*

2. The Rule 26(f) report provides that "discovery shall be completed by March 18, 2021, subject to modification by the Court with the consent of the parties or for good cause shown."

3. This deadline was most recently extended to September 16, 2021, by Consent Order entered on June 30, 2021. [Doc. 43]. The Parties jointly moved for this extension because

1

health issues with the Plaintiff were impairing the ability to complete discover and because supplemental discovery responses revealed that numerous depositions of medical providers would be required.

4. After the motion to extend discovery was filed but before the order was entered, the Plaintiff's former attorneys filed a Motion to Withdraw. [Doc. 40]. The Motion to Withdraw was granted on July 12, 2021.

5. After the Motion to Withdraw was granted, counsel for the Defendants served the Plaintiff with a Notice of Deposition for August 26, 2021, [Doc. 48], and also served six subpoenas on various health care providers. [Doc. 49]. The subpoenas required that documents be produced by August 23, 2021. *Id.*

6. The Plaintiff is currently undergoing chemotherapy and his physical condition continues to slow efforts to complete discovery. The deposition on August 26 was cancelled because the Plaintiff had medical treatment scheduled for that day, and has now been tentatively rescheduled for September 16, 2021, via Zoom.

7. The healthcare providers who were subpoenaed have yet to fully comply. Emory Healthcare has thus far produced five of seven sets of records that it has for the Plaintiff, and has indicated that the remaining documents are forthcoming. Grady Memorial Hospital just recently produced an initial set of documents and its in-house legal department is actively working to produce all documents. Depositions of these providers cannot be productive unless and until all the documents are produced.

8. In addition to the remaining discovery to be completed, counsel for the Defendants and the Plaintiff, now pro se, have been in regular communication to discuss potential settlement of this matter.

9.      The Parties are hopeful that all discovery will be completed shortly, but more time beyond September 16 is required due to the delays caused by the withdrawal of counsel, the Plaintiff's medical condition, and the delay by healthcare providers in responding to the subpoenas. Accordingly, the Defendants and the Plaintiff have request that this Court further extend the discovery period through and including **November 19, 2021**.

WHEREFORE, the Defendants and Plaintiff respectfully request that this Court grant this Motion and extend the discovery period through and including November 19, 2021.

Respectfully submitted, this 15th day of November, 2021.

| | |
|---|---|
| */s/ Anthony McClarn (by BJC w/ permission)*<br>ANTHONY MCCLARN<br>*Pro Se* | */s/ Bret J. Chaness*<br>BRET J. CHANESS (GA Bar No. 720572)<br>**RUBIN LUBLIN, LLC**<br>3145 Avalon Ridge Place, Suite 100<br>Peachtree Corners, GA 30071<br>(678) 281-2730 (Telephone)<br>(470) 508-9203 (Facsimile)<br>bchaness@rlselaw.com<br><br>*Attorney for Defendants* |

## CERTIFICATE OF SERVICE

  I hereby certify that on the 15th day of September, 2021, I caused a copy of the within and foregoing to be served via U.S. First Class mail on the following:

Anthony McClarn
4038 Boulder Vista Drive
Conley, GA 30288

Anthony McClarn
736 Peninsula Overlook
Hampton, GA 30228

                */s/ Bret J. Chaness*
                BRET J. CHANESS (GA Bar No. 720572)