**IT IS ORDERED as set forth below:**

**Date: September 17, 2021**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

**CONSENT ORDER GRANTING MOTION TO EXTEND DISCOVERY**

    This matter is before the Court on the Parties' Joint Motion to Extend Discovery. In the Motion, the Parties request that the discovery deadline be extended through and including

1

November 19, 2021. The Court finds that good cause has been shown, and the Motion is hereby

**GRANTED**. Discovery shall now be completed by **November 19, 2021**.

### # # #

**CONSENTED TO:**

*[signature]*

ANTHONY MCCLEARN
*Pro Se*

/s/ *Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com

*Attorney for LoanCare, LLC*

## DISTRIBUTION LIST

Bret J. Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Christopher J. Sleeper
Jeff Field & Associates
342 North Clarendon Avenue
Scottdale, GA 30079