IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>　　Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>　　Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>　　Defendants. | Adversary No. 20-06070-sms |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

　　COME NOW, Citizens Trust Bank ("Citizens"), LoanCare, LLC ("LoanCare") (collectively, the "Defendants"), and Anthony Carver McClarn (the "Plaintiff") and file this Joint Motion to Extend Deadlines, respectfully showing this Honorable Court as follows:

　　1.　　On January 29, 2021, this Court entered a Scheduling Order. [Doc. 22]. The Order provides that "the deadlines set forth in the [Rule 26(f)] Report are adopted by the Court as the deadlines for this case." *Id.*

　　2.　　The Rule 26(f) report provides that "discovery shall be completed by March 18, 2021, subject to modification by the Court with the consent of the parties or for good cause shown."

　　3.　　This deadline was most recently extended to November 19, 2021, by Consent Order entered on September 17, 2021. [Doc. 52]. The Parties jointly moved for this extension

1

because health issues with the Plaintiff were impairing the ability to complete discovery and additional documents were needed from medical providers who had been subpoenaed by the Defendants. *See* [Doc. 51].

4.  The Defendants completed their deposition of the Plaintiff on September 16, 2021.

5.  In early November 2021, the Plaintiff retained new counsel, as his prior counsel withdrew on July 12, 2021. *See* [Doc. 46].

6.  With new counsel being retained by the Plaintiff, the Parties have re-engaged in settlement negotiations and are hope that an agreement can be reached very soon. However, the Parties desire to negotiate without looming discovery and dispositive motion deadlines (which is 30 days after discovery expires). Further, new counsel for the Plaintiff may wish to conduct limited discovery if settlement negotiations are unsuccessful. As such, the Parties respectfully request that this Court further extend the discovery period through and including

7.  The Parties are hopeful that all discovery will be completed shortly, but more time beyond September 16 is required due to the delays caused by the withdrawal of counsel, the Plaintiff's medical condition, and the delay by healthcare providers in responding to the subpoenas. Accordingly, the Defendants and the Plaintiff have request that this Court further extend the discovery period through and including **January 18, 2022**.

WHEREFORE, the Defendants and Plaintiff respectfully request that this Court grant this Motion and extend the discovery period through and including January 18, 2022.

Respectfully submitted, this 19th day of November, 2021.

/s/ Bret J. Chaness
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com
*Attorney for Defendants*

/s/ Elizabeth Williams Winfield (by BJC w/ permission)
ELIZABETH WILLIAMS WINFIELD
GA Bar No. 115217
**Simmons, Finney & Winfield, LLC**
741 W. Lanier Avenue, Suite 220
Fayetteville, GA 30214
(678) 788-6030 (Telephone)
(678) 831-4566 (Facsimile)
ewinfield@swflegalteam.com
*Attorney for Anthony McClarn*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November, 2021, I caused a copy of the within and foregoing to be served via U.S. First Class mail on the following:

Elizabeth Williams Winfield
Simmons, Finney & Winfield, LLC
741 W. Lanier Avenue, Suite 220
Fayetteville, GA 30214

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)