**IT IS ORDERED as set forth below:**

**Date: November 23, 2021**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

**CONSENT ORDER GRANTING MOTION TO EXTEND DISCOVERY**

This matter is before the Court on the Parties' Joint Motion to Extend Discovery. In the Motion, the Parties request that the discovery deadline be extended through and including

1

January 18, 2022. The Court finds that good cause has been shown, and the Motion is hereby

**GRANTED**. Discovery shall now be completed by **January 18, 2022**.

# # #

**CONSENTED TO:**

| | |
|---|---|
| */s/ Elizabeth Williams Winfield (by BJC w/ permission)*<br>ELIZABETH WILLIAMS WINFIELD<br>GA Bar No. 115217<br>**Simmons, Finney & Winfield, LLC**<br>741 W. Lanier Avenue<br>Suite 220<br>Fayetteville, GA 30214<br>(678) 788-6030 (Telephone)<br>(678) 831-4566 (Facsimile)<br>ewinfield@swflegalteam.com<br>*Attorney for Anthony McClarn* | */s/ Bret J. Chaness*<br>BRET J. CHANESS (GA Bar No. 720572)<br>**Rubin Lublin, LLC**<br>3145 Avalon Ridge Place, Suite 100<br>Peachtree Corners, GA 30071<br>(678) 281-2730 (Telephone)<br>(470) 508-9203 (Facsimile)<br>bchaness@rlselaw.com<br><br>*Attorney for LoanCare, LLC* |

## **DISTRIBUTION LIST**

Bret J. Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Elizabeth Williams Winfield
Simmons, Finney & Winfield, LLC
741 W. Lanier Avenue, Suite 220
Fayetteville, GA 30214