IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>　　Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>　　Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>　　Defendants. | Adversary No. 20-06070-sms |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

COME NOW, Citizens Trust Bank ("Citizens"), LoanCare, LLC ("LoanCare") (collectively, the "Defendants"), and Anthony Carver McClarn (the "Plaintiff") and file this Joint Motion to Extend Deadlines, respectfully showing this Honorable Court as follows:

1.　On January 29, 2021, this Court entered a Scheduling Order. [Doc. 22]. The Order provides that "the deadlines set forth in the [Rule 26(f)] Report are adopted by the Court as the deadlines for this case." *Id.*

2.　The Rule 26(f) report provides that "discovery shall be completed by March 18, 2021, subject to modification by the Court with the consent of the parties or for good cause shown."

3.　This deadline was most recently extended to January 18, 2022, by Consent Order entered on November 23, 2021. [Doc. 52].

1

4. In early November 2021, the Plaintiff retained new counsel, as his prior counsel withdrew on July 12, 2021. *See* [Doc. 46].

5. With new counsel being retained by the Plaintiff, the Parties have been engaging in settlement negotiations and continue to be hopeful that an agreement can be reached very soon. However, the Parties desire to continue to negotiate without looming discovery and dispositive motion deadlines (which is 30 days after discovery expires). Additionally, if a settlement is not reached, the Defendants intend to take at least one additional deposition that the Plaintiff has agreed to help to coordinate.

6. Based on the foregoing, the Defendants and the Plaintiff have request that this Court further extend the discovery period through and including **March 18, 2022**.

WHEREFORE, the Defendants and Plaintiff respectfully request that this Court grant this Motion and extend the discovery period through and including March 18, 2022.

Respectfully submitted, this 18th day of January, 2022.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com
*Attorney for Defendants*

*/s/ Elizabeth Williams Winfield (by BJC w/ permission)*
ELIZABETH WILLIAMS WINFIELD
GA Bar No. 115217
**Simmons, Finney & Winfield, LLC**
741 W. Lanier Avenue, Suite 220
Fayetteville, GA 30214
(678) 788-6030 (Telephone)
(678) 831-4566 (Facsimile)
ewinfield@swflegalteam.com

2

*Attorney for Anthony McClarn*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of January, 2022, I caused a copy of the within and foregoing to be served via U.S. First Class mail on the following:

Elizabeth Williams Winfield
Simmons, Finney & Winfield, LLC
741 W. Lanier Avenue, Suite 220
Fayetteville, GA 30214

/s/ Bret J. Chaness
BRET J. CHANESS (GA Bar No. 720572)