IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

COME NOW, Citizens Trust Bank ("Citizens"), LoanCare, LLC ("LoanCare") (collectively, the "Defendants"), and Anthony Carver McClarn (the "Plaintiff") and file this Joint Motion to Extend Deadlines, respectfully showing this Honorable Court as follows:

1.    On January 29, 2021, this Court entered a Scheduling Order. [Doc. 22]. The Order provides that "the deadlines set forth in the [Rule 26(f)] Report are adopted by the Court as the deadlines for this case." *Id.*

2.    The Rule 26(f) report provides that "discovery shall be completed by March 18, 2021, subject to modification by the Court with the consent of the parties or for good cause shown."

3.    This deadline was most recently extended to March 18, 2022, by Consent Order entered on January 20, 2021. [Doc. 52].

1

4. On February 17, 2022, this Court entered an Order Authorizing Mediation with Judge Sacca. [Doc. 60]. Mediation is scheduled for March 22, 2022.

5. The Parties are optimistic that a settlement will be reached at mediation, but if not, the Parties desire one final extension of the discovery deadline before dispositive options and/or trial.

6. The Defendants' counsel will be going out on paternity leave in late April for six weeks, so the requested extension is longer than the prior requests.

7. Based on the foregoing, the Defendants and the Plaintiff have request that this Court further extend the discovery period through and including **July 18, 2022**.

WHEREFORE, the Defendants and Plaintiff respectfully request that this Court grant this Motion and extend the discovery period through and including July 18, 2022. This will be the final request for an extension.

Respectfully submitted, this 21st day of March, 2022.

/s/ Bret J. Chaness
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com
*Attorney for Defendants*

/s/ Elizabeth Williams Winfield (by BJC)
ELIZABETH WILLIAMS WINFIELD
GA Bar No. 115217
**Simmons, Finney & Winfield, LLC**
741 W. Lanier Avenue, Suite 220
Fayetteville, GA 30214
(678) 788-6030 (Telephone)
(678) 831-4566 (Facsimile)
ewinfield@swflegalteam.com
*Attorney for Anthony McClarn*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2022, I caused a copy of the within and foregoing to be served via U.S. First Class mail on the following:

Elizabeth Williams Winfield
Simmons, Finney & Winfield, LLC
741 W. Lanier Avenue, Suite 220
Fayetteville, GA 30214

                                          */s/ Bret J. Chaness*
                                          BRET J. CHANESS (GA Bar No. 720572)