**IT IS ORDERED as set forth below:**

**Date: March 22, 2022**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

**CONSENT ORDER GRANTING MOTION TO EXTEND DISCOVERY**

This matter is before the Court on the Parties' Joint Motion to Extend Discovery. In the Motion, the Parties request that the discovery deadline be extended through and including

1

July 18, 2022. The Court finds that good cause has been shown, and the Motion is hereby **GRANTED**. Discovery shall now be completed by **July 18, 2022**. This is the final extension of the discovery deadline.

# # #

**CONSENTED TO:**

<div style="columns: 2">

*/s/ Elizabeth Williams Winfield (by BJC w/ permission)*
ELIZABETH WILLIAMS WINFIELD
GA Bar No. 115217
**Simmons, Finney & Winfield, LLC**
741 W. Lanier Avenue
Suite 220
Fayetteville, GA 30214
(678) 788-6030 (Telephone)
(678) 831-4566 (Facsimile)
ewinfield@swflegalteam.com
*Attorney for Anthony McClarn*

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**Rubin Lublin, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com

*Attorney for LoanCare, LLC*

</div>

**DISTRIBUTION LIST**

Bret J. Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Elizabeth Williams Winfield
Simmons, Finney & Winfield, LLC
741 W. Lanier Avenue, Suite 220
Fayetteville, GA 30214