IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    COME NOW, Citizens Trust Bank ("Citizens"), LoanCare, LLC ("LoanCare") (collectively, the "Defendants"), and hereby moves this Court for summary judgment in their favor pursuant to Fed. R. Civ. P. 56 on the basis that there are no undisputed facts and that the Defendants are entitled to judgment as a matter of law. In support of this Motion, the Defendants rely upon their Statement of Material Facts and Memorandum of Law, filed contemporaneously with this Motion.

    WHEREFORE, Defendants pray for relief as follows:

    a)  That this Court grant summary judgment in favor of the Defendants; and

    b)  For any other relief that this Court deems just as proper.

1

Respectfully submitted, this 17th day of August, 2022.

/s/ Bret J. Chaness
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3140 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rlselaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2022, I caused a copy of the within and foregoing to be served via U.S. First Class mail on the following:

Elizabeth Williams Winfield
Simmons, Finney & Winfield, LLC
741 W. Lanier Avenue, Suite 220
Fayetteville, GA 30214

/s/ Bret J. Chaness
BRET J. CHANESS (GA Bar No. 720572)

2