# EXHIBIT

## "A"

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

~~~~~~~~~~~~~~~~~~~~~~~

IN RE:

ANTHONY CARVER MCCLARN,        CASE NO. 14-75160-SMS

     Debtor.                   CHAPTER 13

~~~~~~~~~~~~~~~~~~~~~~~

ANTHONY CARVER MCCLARN,

     Plaintiff,

v.                             ADVERSARY NO. 20-06070-SMS

CITIZENS TRUST BANK and

LOANCARE, LLC,

     Defendants.

~~~~~~~~~~~~~~~~~~~~~~~


ZOOM DEPOSITION OF

ANTHONY CARVER MCCLARN

SEPTEMBER 16, 2021

10:18 A.M.



Job #33819

REPORTER:  TRACY COFFMAN



**EcoScribe Solutions**

www.EcoScribeSolutions.com

888.651.0505

1          IN THE UNITED STATES BANKRUPTCY COURT

2            FOR THE NORTHERN DISTRICT OF GEORGIA

3                   ATLANTA DIVISION

4    ~~~~~~~~~~~~~~~~~~~~~~~~

5    IN RE:

6    ANTHONY CARVER MCCLARN,   CASE NO. 14-75160-SMS

7         Debtor.            CHAPTER 13

8    ~~~~~~~~~~~~~~~~~~~~~~~~

9    ANTHONY CARVER MCCLARN,

10        Plaintiff,

11   v.                      ADVERSARY NO. 20-06070-SMS

12   CITIZENS TRUST BANK and

13   LOANCARE, LLC,

14        Defendants.

15   ~~~~~~~~~~~~~~~~~~~~~~~~

16

17              ZOOM DEPOSITION OF

18            ANTHONY CARVER MCCLARN

19             SEPTEMBER 16, 2021

20                 10:18 A.M.

21

22

23   Job #33819

24   REPORTER:  TRACY COFFMAN

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK

Anthony Mcclarn September 16, 2021

Job 33819

Pages 2..5

---

**Page 2**

```
1              APPEARANCES OF COUNSEL

2

3   On Behalf of the Defendants:

4       By:  Bret J. Chaness, Esquire

5       RUBIN LUBLIN, LLC

6       3140 Avalon Ridge Place, Suite 100

7       Peachtree Corners, GA 30071

8       678.281.2730 bchaness@rlselaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

---

**Page 3**

```
1                  I N D E X

2   WITNESS:  ANTHONY CARVER MCCLARN

3   EXAMINATION BY:                          PAGE:

4   Mr. Chaness                                 8

5   _____

6   EXHIBITS    DESCRIPTION                  PAGE:

7   Exhibit A  Security Deed                    14

8   Exhibit B  Bankruptcy Petition 2/3/14       19

9   Exhibit C  Bankruptcy Petition 8/25/14      24

10  Exhibit D  Order of Dismissal For Failing to Pay

11             Filing Fees                      24

12  Exhibit E  Bankruptcy Petition 12/30/14     25

13  Exhibit F  Consent Order Debtor's Motion to Deem

14             Mortgage Current                 26

15  Exhibit G  Complaint                        28

16  Exhibit H  Plaintiff Responses to Interrogatories 30

17  Exhibit I  Plaintiff Supplemental Responses to

18             Interrogatories                  33

19  Exhibit J  Medical Records                  44

20  Exhibit K  Medical Records                  60

21  Exhibit L  Medical Records                  63

22  Exhibit M  Medical Records                  65

23  Exhibit N  Medical Records                  66

24  Exhibit O  Medical Records                  67
```

---

**Page 4**

```
1   EXHIBITS    DESCRIPTION                  PAGE:

2   Exhibit P  Medical Records                  69

3   Exhibit Q  Medical Records                  72

4   Exhibit R  Medical Records                  74

5   Exhibit S  Medical Records                  76

6

7

8

9

10          * Exhibits attached to transcript

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

---

**Page 5**

```
1          P R O C E E D I N G S

2

3       ANTHONY CARVER MCCLARN, first

4   having been duly identified and sworn on

5   oath, testifies as follows:

6

7       MR. CHANESS:  Good morning, Mr.

8   McClarn.

9       As you know, I'm Bret Chaness, and

10  I represent Citizens Trust Bank and Loancare

11  LLC in this adversary proceeding filed --

12      THE WITNESS:  It's frozen again.

13  It's frozen again.

14      MR. CHANESS:  Can you hear me?

15      THE WITNESS:  I heard you say, as

16  you know, and it froze.

17      MR. CHANESS:  Okay.  As you know,

18  I'm Bret Chaness, and I represent Citizens

19  Trust Bank and Loancare in this adversary

20  proceeding.

21      And this deposition is being taken

22  pursuant to Federal Rule Procedure 30.

23      And Mr. McClarn, you agree that we

24  can take this deposition over Zoom, correct?
```

---

Page 6

1    THE WITNESS: Yes.
2         MR. CHANESS: Okay. And I don't
3 know if you've ever given a deposition
4 before, but if you need a break at any time,
5 please let me know.
6         And if I ask you a yes or no
7 question, please clearly say yes or no, don't
8 mumble or say mm hmm or uh-huh.
9    THE WITNESS: You're frozen again.
10        MR. CHANESS: Okay, I think this is
11 something with your internet connection. The
12 court reporter and I have been just fine over
13 here.
14        Can you hear me again?
15        (Off the record at 10:19 a.m.)
16        (Brief break.)
17        (On the record at 10:25 a.m.)
18        MR. CHANESS: Okay, back on the
19 record.
20        All right, Mr. McClarn, as I had
21 been saying, if you've never given a
22 deposition before, please let me know any
23 time you need a break.
24        Answer questions clearly, avoid

Page 7

1 saying mm hmm or uh-uh, say clearly yes or
2 no, that helps the court reporter.
3         And Tracy, just so that you know,
4 some of the exhibits being used here today
5 are medical records that have been produced
6 under protective order.
7         So under the protective order, I'm
8 just required to let you know that the
9 exhibits can only be used for purposes of
10 this litigation, and that is that.
11        So with that, we will get going.
12 Mr. McClarn, can you please state your full
13 name for the record -- and we are off the
14 record again.
15        (Off the record at 10:26 a.m.)
16        (Brief break.)
17        (On the record at 10:28 a.m.)
18        MR. CHANESS: Back on the record.
19        Mr. McClarn, if it freezes again on
20 your end, please log in on your phone and
21 we'll see if we can get it to work that way,
22 but for now, let's get going.
23
24        ****************************

Page 8

1     DIRECT-EXAMINATION BY MR. CHANESS:
2 Q.  Mr. McClarn, can you please state your full
3     name for the record?
4 A.  Anthony C. McClarn.
5 Q.  And are you taking any medication today that
6     could impair your ability to give clear and
7     correct answers?
8 A.  Well, I am on pain medication, and I am
9     taking chemo follow up medicine, so I cannot
10    answer that and say yes.
11    I'm frozen.
12 Q.  Yes, you are frozen. Please try to log in on
13    your phone and we can see if that helps.
14    (Off the record at 10:29 a.m.)
15    (Brief break.)
16    (On the record at 10:31 a.m.)
17    MR. CHANESS: Back on the record.
18 BY MR. CHANESS:
19 Q.  Mr. McClarn, you were just talking about the
20    medication that you're on, to the best of
21    your belief, do you believe that you can give
22    clear and correct answers today?
23 A.  I think so.
24 Q.  Okay, and what is your date of birth?

Page 9

1 A.  9/18/49.
2 Q.  And Mr. McClarn, so I'm just asking a little
3     bit about your background information, just
4     to get the record perfected.
5         What is your educational
6     background, tell me a little bit about any
7     college degrees, advanced degrees that you
8     have?
9 A.  Yes, I have an undergraduate and part of my
10    graduate degree from, I have my undergraduate
11    degree from Tennessee State University and
12    I've been working on my Masters at Tennessee
13    State.
14 Q.  Okay, and what is that Masters degree in?
15 A.  And ITC, in theology.
16 Q.  What does ITC stand for?
17 A.  Interdenominational theological centers, it's
18    more hospital religion.
19 Q.  Okay, and the Masters Degree that you're
20    currently studying for, what is that degree
21    going to be in?
22 A.  I said theology.
23 Q.  Okay, in the theology, and you had mentioned
24    that you were also getting a Masters degree

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK

Anthony Mcclarn September 16, 2021

Job 33819

Pages 10..13

---

Page 10

```
1      at Tennessee State?
2   A.  Public administration.
3   Q.  Okay, when do you expect to graduate from
4      there?
5   A.  Oh, I haven't been to school in awhile.
6   Q.  Okay, do you think you're going to finish
7      that degree?
8   A.  Oh yeah, I'll finish it when I get better.
9      Right now, I'm more concerned about my health
10     and getting this cancer behind me.
11  Q.  Sure, completely understandable.  And what is
12     your current job, if you have one?
13  A.  I work at Grady Memorial Hospital.
14  Q.  And what is your job there?
15  A.  I work in the transition of care clinic.
16  Q.  What do you do in the transition of care
17     clinic?
18  A.  I do social service admin.
19  Q.  Social service admin, so tell me what you
20     typically do on a daily basis?
21  A.  I work with patients, and I do home visits.
22         When I'm working, I do medical
23     charts.
24         I link patients to community and
```

---

Page 11

```
1      state, federal government resources.
2         I wrap community services around
3      patients to help patients to stay healthy and
4      stay out of the hospital.
5         I do health education, patient
6      education.
7         I do workshops in the community on
8      health related issues.
9         I'm a health educator.
10        I do some substance abuse
11     counseling.
12        I do housing and placement.
13        I do job awareness training, where
14     we do job acquisition and job retention
15     skills training for patients.
16        I work with homeless patients.
17        I do family reunification.
18        I do diversion programs.
19        I serve as a link between the
20     hospital, in some instances, and community
21     resources, in an effort to wrap these
22     resources around patients.  A lot.
23  Q.  Okay, hey, yes, it definitely sounds like you
24     do a lot there.
```

---

Page 12

```
1         Have you been working there
2      in-person recently, or have you been doing
3      this based at home?
4   A.  I've been doing it based at home recently.
5   Q.  Okay, for how long have you been working from
6      home?
7   A.  Oh god, maybe seven, eight months.
8   Q.  Okay, and when did you begin working at
9      Grady?
10  A.  I don't remember exactly when.  It's been at
11     least eight years I believe.
12  Q.  Okay, so a decent amount of time.
13        And Mr. McClarn, what about your
14     family, tell me, are you married, do you have
15     children?
16  A.  Yes, I have four children.  I have one young
17     child that lives with me.  He just turned, he
18     turned 16, and the rest of my children are
19     grown.
20  Q.  Are you married?
21  A.  No.
22  Q.  Do you have any significant other?
23  A.  I -- if you don't mind my asking, what
24     difference does that make?
```

---

Page 13

```
1   Q.  Well, I'm just trying to get a full
2      understanding of your background, which is I
3      believe relevant to some of the questions I'm
4      going to ask later.
5   A.  Okay, go ahead and ask.
6   Q.  Okay, do you have a significant other?
7   A.  Well, I mean, how do you define significant
8      other?
9   Q.  Is there somebody that you have, I don't know
10     how to necessarily define that for you?
11  A.  And see, that's my problem, I don't
12     understand what you really mean.
13        I have friends, yes.
14  Q.  Do you have any romantic partner?
15  A.  Umm, not really.
16  Q.  Okay, because Mr. McClarn, I will represent
17     to you that in your interrogatory responses,
18     there was somebody listed as a significant
19     other, Jena Nottingham?
20  A.  Yeah, she's my friend.
21  Q.  Okay, she's just a friend?
22  A.  Yeah, but a very close friend, yeah.
23  Q.  Okay, does she reside with you?
24  A.  Sometimes.
```

---

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Pages 14..17

Page 14

1  Q.  Okay, I believe you mentioned earlier, when
2      we were off the record, that there is
3      somebody named Jena in the home right now?
4  A.  **Yeah, she's working downstairs.**
5  Q.  Okay.
6  A.  **But she doesn't live with me all the time,**
7      **yeah.**
8  Q.  Okay, understood, understood.  And do your
9      children, your grown children, do they live
10     in the area?
11 A.  **No.**
12 Q.  Where do they live?
13 A.  **Well, in different states, Tennessee,**
14     **Florida.**
15 Q.  Okay.  Now I'm going to try to share some
16     documents here and we'll see how well that
17     works with you being on your phone.  Let's
18     see how it will do here.
19          And I have sent you a link to these
20     as well, Mr. McClarn, so if you have your
21     computer next to you, you can also look at
22     that link that I sent you, if it's easier.
23          (Document Zoom Shared.)
24          (Exhibit A; so marked.)

Page 15

1  Q.  Mr. McClarn, can you see the document that
2      I'm sharing?
3  A.  **Exhibit A?**
4  Q.  Yes?
5  A.  **Yeah.**
6  Q.  Okay, so Mr. McClarn, I'm showing you what
7      I've marked as Exhibit A, and can you see
8      what the first page of this says?
9  A.  **It's a security deed.**
10 Q.  Correct.  And does this look like the
11     security deed between you and Citizens Trust
12     Bank?
13 A.  **I don't remember.**
14 Q.  Okay.  If you need to take a look at it, at
15     the link that I sent you, but any way, can we
16     agree that you have a mortgage with Citizens
17     Trust Bank right now?
18 A.  **Yes.**
19 Q.  Okay, and that mortgage is for the property
20     at 4038 Boulder Vista Drive, correct?
21 A.  **Yes, that's correct.**
22 Q.  Okay, I'm going to move to submit Exhibit A
23     as the security deed, I'll just mark it as
24     exhibit A for the purposes of this

Page 16

1      deposition, the security deed between you and
2      Citizens Trust Bank.
3          Do you have any objection to that,
4      Mr. McClarn?
5  A.  **No.**
6  Q.  Okay, so the property at 4038 Boulder Vista
7      Drive in Conley, Georgia, I'm just going to
8      refer to that as the property throughout the
9      deposition.
10         Mr. McClarn, are you living at the
11     property right now?
12 A.  **Not right now.**
13 Q.  Where do you reside?
14 A.  **Well, I live there and I also have another**
15     **place in Hampton, Georgia.**
16 Q.  What is the address of the property at
17     Hampton?
18 A.  **736 Peninsula Overlook.**
19 Q.  Do you own that property?
20 A.  **No.**
21 Q.  Mr. McClarn, who owns the property at 736
22     Peninsula Overlook?
23 A.  **Jena Nottingham.**
24 Q.  Okay, how often are you at 736 Peninsula

Page 17

1      Overlook?
2  A.  **During the time school is going on.**
3  Q.  Okay, so when was the last time that you
4      regularly resided at Boulder Vista Drive?
5  A.  **Again, I'm in and out over there pretty much**
6      **all the time.  Everything in that house**
7      **belongs to me, the furniture and everything**
8      **is still there.**
9  Q.  Okay, have you spent consecutive nights there
10     at any point?
11 A.  **I have.  I have.**
12 Q.  When was the last time you spent more than
13     one night there at a time?
14 A.  **About maybe three months ago.**
15 Q.  When was the last time you were there for
16     even one night?
17 A.  **Probably about three months ago.**
18 Q.  What is the reason for not residing at
19     Boulder Vista Drive right now?
20 A.  **Because my son is in school here in Henry**
21     **county.**
22 Q.  How long has you son been at school in Henry
23     county?
24 A.  **This is his third year.**

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK

Anthony Mcclarn September 16, 2021

Job 33819

Pages 18..21

---

Page 18

1  Q.  Okay, when was the last time he was at school
2      in the Dekalb county?
3  A.  Three years ago.
4  Q.  Okay, so is it fair to say that you've been
5      residing at 736 Peninsula Overlook for three
6      years?
7  A.  Just like I told you before, I had both
8      places. I don't know how else to explain it.
9  Q.  I understand. What is the address on your
10     driver's license?
11 A.  736 Peninsula Overlook.
12 Q.  Okay, and do you vote in Henry or Dekalb
13     county?
14 A.  The last time I voted, I voted in Dekalb
15     county.
16 Q.  And was that more than three years ago?
17 A.  No.
18 Q.  And when was that?
19 A.  During the presidential election.
20 Q.  Okay, and Mr. McClarn, that's the 2020
21     presidential election?
22 A.  Yes.
23 Q.  Okay, so I'm going to try to get moving and
24     get into the real issues in this lawsuit.

---

Page 19

1  A.  I really wish you would, if you don't mind,
2      because I'm getting tired.
3  Q.  Understood, Mr. McClarn. I'm now sharing
4      with you what I've marked as Exhibit B.
5          (Document Zoom Shared.)
6          (Exhibit B; so marked.)
7  Q.  Do you see page one of Exhibit B?
8  A.  Yes.
9  Q.  And the top says United States Bankruptcy
10     Court Norther District of Georgia?
11 A.  Yes.
12 Q.  And Mr. McClarn, is this the bankruptcy
13     petition that you filed on February 3, 2014?
14 A.  I don't know.
15 Q.  Do you see the top of each page says filed
16     2/3/14?
17 A.  Yes.
18 Q.  So would you agree with me, this is your
19     bankruptcy petition filed on February 3,
20     2014?
21 A.  You asked me if that's the record that I
22     filed at that particular time.
23 Q.  Yes.
24 A.  And I said I don't know.

---

Page 20

1  Q.  Okay.
2  A.  I had an attorney that filed it for me,
3      I don't know if that's what he filed or not.
4  Q.  Okay, do you have any objection to this being
5      marked as Exhibit B?
6  A.  No.
7  Q.  Okay, so I want to go to page 14 of this
8      exhibit, and I'm sharing that screen with
9      you.
10         Do you see the page where it says,
11     Loancare Servicing, in the middle of the
12     page?
13 A.  Yes.
14 Q.  Okay, do you agree with me that Loancare
15     Servicing was servicing your mortgage loan at
16     that time with Citizens Trust Bank?
17 A.  Say that again.
18 Q.  Would you agree with me Loancare was
19     servicing your mortgage loan with Citizens
20     Trust Bank at that time?
21 A.  I know that Loancare was the agency
22     representing Citizens Trust Bank at that
23     time, yes.
24 Q.  Okay, and do you see, in the middle of the

---

Page 21

1      page, it says arrears 13 thousand dollars?
2  A.  Yes, I see that.
3  Q.  Okay, Mr. McClarn, what caused you to get
4      behind on your mortgage loan in February
5      2014?
6  A.  Well, I didn't get behind on it in February
7      of 2014.
8          Actually, I had been hurt in a
9      serious automobile accident several years
10     previous to that. And during the time that I
11     was convoluting, I could not work. I didn't
12     work for four years.
13         And I tried to work out a payment
14     situation with Loancare and Citizens Trust.
15         In fact, I was actually sending
16     them payments, but when I didn't have a
17     payment, I would try to catch up when I got
18     money.
19         I know I got two, I got three
20     payments behind, and I tried to make a
21     payment, and Loancare would not accept my
22     payment, they kept saying they wanted all or
23     nothing.
24         And then I got two payments, they

---

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK                                    Job 33819
Anthony Mcclarn September 16, 2021                                          Pages 22..25

Page 22

1  refused to accept my payment, and it just
2  went on like that.
3        And then they told me the only way
4  that they would accept it was if I paid the
5  whole thing off.  This went on for months.
6        They suggested that I apply for
7  modification.  I applied for the
8  modification, they didn't respond.
9        I went through an agency, and that
10  agency did the paperwork form, and we sent
11  it, and they never responded.
12  Q.  Okay, Mr. McClarn, that's fine, that's
13  fine --
14  A.  That's how, that's how I got behind to that
15  amount.
16  Q.  Okay, and --
17  A.  Or some amount, I'm not saying that's a
18  correct amount, but that's how I got so far
19  behind.
20  Q.  Okay, I understand, I understand.  And I want
21  to keep moving on, because I know that you're
22  tired and I don't want to burden your day too
23  much, so let's keep going as quickly as we
24  can here.

Page 23

1        If you go to page 17, where it says
2  17 on the top, do you see on the bottom of
3  page 17, it says, New Horizons Treatment
4  Center?
5  A.  Yes.
6  Q.  What is New Horizons Treatment Center?
7  A.  It's a former employer that I had back
8  in 2008, '07, '06, up to 2009.
9  Q.  Okay, and why did you owe them $44,970?
10  A.  Owe who 44 thousand?
11  Q.  It says that they had a claim against you for
12  $44,970?
13  A.  I didn't owe them 44 thousand.
14  Q.  Okay, do you know why they would've been
15  listed as a creditor in your bankruptcy?
16  A.  I know I didn't owe them any money.
17  Q.  Did New Horizons ever sue you?
18  A.  No.
19  Q.  Did you ever sue New Horizons?
20  A.  No.
21  Q.  Okay, I'm going to move onto Exhibit C, I'm
22  going to have here marked as Exhibit C
23  another bankruptcy petition from August 2014.
24        (Document Zoom Shared.)

Page 24

1        (Exhibit C; so marked.)
2  Q.  Mr. McClarn, do you have any objection to
3  this being marked as Exhibit C?
4  A.  I can't see, what is that?
5  Q.  That is a bankruptcy petition that was filed
6  August 25, 2014.
7  A.  Okay, that's fine.
8  Q.  Okay.  Mr. McClarn, why did you file for
9  Chapter 13 Bankruptcy shortly after filing
10  for Chapter 7 Bankruptcy?
11  A.  Because that's what my attorney suggested
12  that I do.
13  Q.  Okay.  I'm going to now show you Exhibit D,
14  if you pull that up, Mr. McClarn, and this is
15  an order of dismissal for failing to pay
16  filing fees.  Let me know if you have any
17  objection to this being marked as Exhibit D?
18        (Document Zoom Shared.)
19        (Exhibit D; so marked.)
20  A.  I've not seen that.  What is that?
21  Q.  In the file, I'm saying, it's a little out of
22  order, if you go to top of Google drive, it's
23  Exhibit A, C, and then, D.
24  A.  Okay.

Page 25

1  Q.  Do you see that order of dismissal for
2  failure to pay filing fees?
3  A.  Hold on, tell me what that order is about?
4  Q.  I will represent to you that this is an order
5  dismissing the bankruptcy case filed in
6  August of 2014, do you have any recollection
7  of this order?
8  A.  No, because my filing fees and everything
9  were paid to my attorney when he took the
10  case.
11        So I mean, I don't know why that's
12  in there but, I mean, I don't care if you
13  submit it.
14  Q.  Okay.
15  A.  All my filing fees were paid in advance when
16  he took my case.
17  Q.  Understood.  Okay, we won't get into this one
18  anymore and we'll move onto Exhibit E, which
19  is the bankruptcy petition filed December 30,
20  2014.
21        (Document Zoom Shared.)
22        (Exhibit E; so marked.)
23  A.  Okay.
24  Q.  And do you see that?

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK

Anthony Mcclarn September 16, 2021

Job 33819

Pages 26..29

---

Page 26

1  A.  Yes.
2  Q.  Okay, do you have any objection to this being
3     marked as Exhibit E?
4  A.  No.
5  Q.  Okay.  Do you recall your attorney telling
6     you that that prior Chapter 13 case was
7     dismissed?
8  A.  He told me he was going to refile it because
9     he had left some things out.
10 Q.  Okay, and I don't need to hear anything more
11    about what your attorney may or may not have
12    told you.
13        So you would agree this is the
14    bankruptcy case -- strike that, strike that
15    question.
16        So we've got Exhibit E here as your
17    petition.  I'm going to move onto Exhibit F,
18    Mr. McClarn.
19        (Document Zoom Shared.)
20        (Exhibit Number F; so marked.)
21 Q.  Do you see this Consent Order Debtor's Motion
22    to Deem Mortgage Current?
23 A.  No, I can't see it.
24 Q.  Okay, it's Exhibit F?

---

Page 27

1  A.  Yes, I see it.
2  Q.  Okay, Mr. McClarn, would you agree that this
3     is a consent order that was entered in that
4     bankruptcy case that was filed in December
5     2014?
6  A.  Yes, I believe so.
7  Q.  Okay, and this is the order that's at issue
8     in the current lawsuit, correct?
9  A.  No.
10 Q.  Why do you say no, Mr. McClarn?
11 A.  Because it's not, to me, it's not the issue
12    in the current lawsuit.  Let me just read
13    that, because there's been several more.
14        Can you move it down some Bret?
15 Q.  Yeah.
16 A.  So I can read down further in the document.
17 Q.  Okay.
18 A.  Yes.
19 Q.  Yes, you agree that is the order at issue in
20    the current lawsuit?
21 A.  I know that's one of the orders at issue,
22    yes.
23 Q.  Okay.  So you agree that this order states
24    that you are to tender certified funds in the

---

Page 28

1     amount of $15,794.24 within ten days of entry
2     of that order, correct?
3  A.  Yes.
4  Q.  Okay, and before we get any further, do you
5     have any objection to this being marked as
6     Exhibit F?
7  A.  No.
8  Q.  Okay, we're going to move onto Exhibit G.
9        (Document Zoom Shared.)
10       (Exhibit G; so marked.)
11 Q.  Mr. McClarn, is this the complaint that you
12    filed or that your attorneys filed on your
13    behalf in this action?
14 A.  I cannot see it.
15 Q.  I have it on the screen here, Exhibit G?
16 A.  I see it now.
17 Q.  Okay, so I'm going to go down to, do you have
18    any objection to this being marked as Exhibit
19    G?
20       Mr. McClarn, we're just
21    establishing that this is the complaint,
22    that's the only reason we're marking it as an
23    exhibit.
24 A.  I don't have any objection at this time.

---

Page 29

1  Q.  Okay, so I wanted to go down to paragraph 18,
2     do you see where it says, the funds were
3     priority mailed February 20, 2020 and
4     delivered February 24, 2020?
5  A.  I see where it says that.
6  Q.  Okay, why --
7  A.  But I will, if I can make a statement about
8     that.
9        That money was at my attorney's
10    office on the 8th or 9th day.  It was there
11    before the ten day deadline was.
12       And I gave it to them, and I asked
13    them at that time had they received -- they
14    asked me if I had received online access, and
15    I still hadn't.
16       Which the court had ordered that
17    Citizens Trust and Loancare provide me with
18    my online services within seven days, which
19    they did not.
20       But my money was there and it was
21    suggested that, well, let's see if they give
22    you access.
23       They did not.  And so they said,
24    well, let's just go ahead and show our good

Case 20-06070-sms    Doc 66-1    Filed 08/17/22    Entered 08/17/22 10:05:47    Desc
Exhibit A -- Deposition Transcript of Anthony McClarn    Page 11 of 44
ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021
Job 33819
Pages 30..33

Page 30

1    faith and tender those funds.
2         And I said, that's fine with me.
3         So, I mean, yeah, I don't know what
4    date that was.  This says February 20 and it
5    was delivered on the 24th, I don't know that
6    to be accurate, because they had the money
7    way before the ten days was up.
8         I gave them certified funds and I
9    still have a copy of the check.  The check I
10   have has the date on it that was prior to
11   that ten day statement and they had it in
12   their office.
13 Q.  Okay, I appreciate your answer there.
14       So I want to move onto Exhibit H,
15   if you want to pull that up, these are
16   interrogatory responses that you previously
17   provided in this case.
18       (Document Zoom Shared.)
19       (Exhibit H; so marked.)
20 Q.  Do you have any objection to these being
21   marked as Exhibit H?
22 A.  I can't see them.
23 Q.  I have it on the screen, Exhibit H?
24 A.  I'm looking, they just came up, okay.

Page 31

1  Q.  Okay, do you have any objection to these
2    being marked as Exhibit H?
3  A.  I haven't seen them.
4  Q.  Okay, so if you want to take a look at them
5    and let me know if you have any objection.
6  A.  Okay, can you go down?
7  Q.  Sure, I'm just going to focus on one answer
8    here.  I'll go down to the bottom, so you can
9    see the whole thing.
10       But this is, number 14 is what I'm
11   going to focus on, so let me know, do you
12   have any objection to this being marked as
13   Exhibit H?
14 A.  (Reviewing document.)
15 Q.  Do you have any objection to this being
16   marked as Exhibit H?
17 A.  I'm still looking at it.  Yes, that's not
18   what I told them.
19 Q.  Okay, but do you have any objection to this
20   being marked as Exhibit H just for purposes
21   of the deposition?  You can explain the
22   answer after we mark it.
23 A.  I do, because that's not what I said.
24 Q.  Okay, I understand that.

Page 32

1  A.  You asked me, Bret, if I had any objection to
2    it.  I do, but if you want to go ahead and
3    submit it any way, that's fine.
4  Q.  Okay, so we'll mark it as Exhibit H, and I'm
5    going to, Mr. McClarn, just one person should
6    be talking at a time for the court reporter,
7    I'm going to allow you to explain that
8    answer, so don't worry about that.
9         So with respect to response number
10   14 on Exhibit H, you've just said, that is
11   not what you told your attorney?
12 A.  In fact, they didn't even ask me about that,
13   no.
14 Q.  Okay, so your attorneys never asked you about
15   this response?
16 A.  That response, Chris did that.
17       Because basically what I'm reading
18   here is that plaintiff objects to the request
19   to the extent that it -- yeah, they had the
20   money.
21 Q.  Okay, did you ever see this answer prior to
22   it being sent to me by your prior attorneys?
23 A.  I don't think I saw that, because if I had
24   seen it, I would've had some questions about

Page 33

1    that.
2  Q.  Okay.
3  A.  If I did, I don't remember.
4  Q.  Okay, do you agree with me that it says:
5         "Defendant failed to provide online
6    access for plaintiff to make the payment as
7    required by the consent order."
8         Do you agree with me that you had
9    to pay that in certified funds and not
10   online?
11 A.  I paid them certified funds.  And I did not,
12   I did not use any kind of, I'm not gonna pay
13   this because I can't pay it online, that was
14   never my defense.
15       The money, the $15,794.24, was in
16   the attorney's office prior to the ten day
17   time frame that I was given and that's all I
18   have to say about that.
19 Q.  Okay, understood.  And that's all I need with
20   Exhibit H, we can move on.  I'm going to go
21   right to Exhibit I, if you want to pull that
22   up.
23       (Document Zoom Shared.)
24       (Exhibit I; so marked.)

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK

Anthony Mcclarn September 16, 2021

Job 33819

Pages 34..37

Page 34

1  Q.  And these with supplemental responses to
2      interrogatories, Mr. McClarn, and if you
3      would like, I can scroll to the last page.
4      You didn't sign these personally.
5          Oh, that page may not have, it does
6      not appear that page copied in properly, but
7      if you would like to review these?
8  A.  I don't see anything there.
9  Q.  Okay, I'm scrolling through them now, do you
10     see, do you see these, Mr. McClarn?
11 A.  I can't read them because you're going too
12     fast.
13 Q.  Okay, and that's fine, I just want to give
14     you a brief overview of these.
15         Do you have any objection to this
16     being marked as Exhibit I?
17 A.  Umm.
18 Q.  And we'll go through a number of these
19     responses individually so that you can have
20     time to read them.
21 A.  Okay, there it is.
22 Q.  Okay.  And like I said, Mr. McClarn, we're
23     going to go through a number of these
24     responses individually, so you'll have time

Page 35

1      to read them, but do you have any objection,
2      right now, to this being marked as Exhibit I?
3  A.  Umm, I'm seeing quite a few things here,
4      Bret, that I haven't seen before they
5      submitted these to you.
6  Q.  Okay, and that is fine, we will go through
7      the questions and you will have an
8      opportunity to let me know if there's
9      anything that needs to be corrected.
10         But for the time being, do you have
11     any objection to this being marked as Exhibit
12     I so that we can use it for the deposition
13     and go through it?
14 A.  Not at this time.
15 Q.  All right, so the first thing I want to do is
16     go to your response to question number 2.
17     The question was:
18         "Please identify each person whom
19     you claim or believe has knowledge or
20     information concerning the remaining claim in
21     the complaint for contempt.  In doing so,
22     please provide the name, phone number,
23     address, and substance of the information
24     known by such person and whether the person

Page 36

1      has provided a written statement."
2          Mr. McClarn, the first person
3      listed is Jena Nottingham?
4  A.  Yes.
5  Q.  Who you previously discussed?
6  A.  Yes.
7  Q.  What, have you discussed this case with Ms.
8      Nottingham?
9  A.  Oh, she knows all about it.
10 Q.  So how often do you speak with her about this
11     case?
12 A.  Oh, I can't give you a how often.  I mean,
13     when things come up, we talk about it.  I
14     tell her about it.
15 Q.  Okay, and would she be a witness at any trial
16     in this case?
17 A.  I don't know yet.  Possibly so, because she
18     knows a lot about it.
19 Q.  Okay, and Samuel McClarn, he is next person
20     listed, is he your 16 year old son?
21 A.  Yes.
22 Q.  And do you discuss this case with him?
23 A.  Oh yes.
24 Q.  Okay, so would he be a witness at any trial

Page 37

1      in this case?
2  A.  I don't know yet, he could.
3  Q.  Okay, the next person listed is Medalia
4      Aceveda?
5  A.  It's Magdalia, M-A-G-D-A-L-I-A, Magdalia
6      Aceveda, she was my supervisor at work at the
7      time.
8  Q.  Okay, can you spell that first name again
9      slowly?
10 A.  M-A-G-D-A-L-I-A.
11 Q.  Okay, Magdalia Aceveda?
12 A.  Yes.
13 Q.  When was Ms. Aceveda your supervisor?
14 A.  While I was going through all of this.
15 Q.  Do you have a specific time frame?
16 A.  No.  I mean, she retired maybe, I'm thinking
17     maybe two years ago.
18 Q.  She retired two years ago, did she retire
19     prior to January 2020?
20 A.  I don't think so.  I don't know.  I don't
21     know.
22         I can't really, I don't really
23     know, but I know that she knew about this
24     case because we talked about it.

Page 38

1  Q.  What did you talk about with her regarding
2      this case?
3  A.  How stressed I was at the way that the
4      Loancare services center would not accept my
5      payments when I would try to send them.
6          They would give me varying amounts
7      as to what I owed.
8          They would talk in a condescending
9      manner when I would call and try and get
10     information.
11         They would not send me my year end
12     statement for income filing purposes.
13         You know, I would tell her what was
14     going on.  When she would ask me, it seemed
15     like I was stressed out and bothered, I would
16     tell her.
17 Q.  But it's very important to know what time
18     frame we're speaking about here, the issues
19     that you discussed regarding Loancare with
20     Ms. Aceveda, what month and year did those
21     conversations take place in?
22 A.  I don't remember.
23 Q.  Did any of them take place in January 2020 or
24     after?

Page 39

1  A.  I don't remember.
2  Q.  Did you ever speak to Ms. Aceveda about
3      issues surrounding Loancare and application
4      of the funds pursuant to that consent order
5      we just discussed?
6  A.  No.
7  Q.  Okay, so the issues you talked about with
8      Ms. Aceveda were about Loancare's payment
9      applications prior to entry of the consent
10     order?
11 A.  As far as I can remember, yes.  The main
12     thing was the denial of accepting payments.
13         Excuse me a minute.
14 Q.  That's okay, take your time.
15         (Off the record at 11:14 a.m.)
16         (Brief break.)
17         (On the record at 11:16 a.m.)
18         MR. CHANESS:  Are you ready to
19     proceed?
20         THE WITNESS:  Yeah, I'm back.
21     BY MR. CHANESS:
22 Q.  Okay, back on the record.
23 A.  Now again, you asked me when was it that I
24     talked to Aceveda about these issues?

Page 40

1  Q.  Yes?
2  A.  And my answer to you is, I don't know exact
3      dates.
4          And to be honest with you, if I
5      talked to her after the 20th, I can't
6      remember that either.
7          But I know that I did tell her how
8      crazy all of this was and we talked about
9      that.
10 Q.  Okay.
11 A.  So I don't remember.
12 Q.  Okay.  All right, I'm going to go back to
13     this exhibit a little bit more and move onto
14     your response to interrogatory number 4,
15     which asks you to:
16         "Please describe in detail the
17     damages you are claiming in this action."
18         Do you see that?
19 A.  Umm.
20 Q.  It's on the screen now?
21 A.  Yes.
22 Q.  Okay, and your first damage claim is, do you
23     see:
24         "Interest incurred from 2019 to

Page 41

1      present due to not being able to modify or
2      refinance the loan due to having dispute
3      inaccurate accounting and other issues that
4      prevented the bankruptcy from closing:
5      $14,161.96 (30 months of 6.50% vs. 2.7%)."
6  A.  I see that.  I see that.
7  Q.  Okay, Mr. McClarn, when was the last time you
8      applied for any sort of loan modification?
9  A.  I applied in November.
10 Q.  Of what year?
11 A.  2019.
12 Q.  Okay.
13 A.  And at that point in time, my credit scores,
14     my FICA's were way over seven, even with
15     those bankruptcy still on my thing.
16         And it was suggested to me that I
17     apply for the loan, that I actually apply,
18     because I was paying 6.5, by the bank
19     officer, and I did, and they never responded.
20         And according to the fair, whatever
21     that is, the credit thing, I was supposed to
22     have gotten an answer in 30 days.
23         And they never, to this date, they
24     haven't responded.

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Pages 42..45

Page 42

1  Q.  Okay, and is that, Mr. McClarn, is that the,
2     are you referring to a refinance loan or to a
3     loan modification?
4  A.  No, it's refinance.  It wasn't modification,
5     it's a refinance.
6  Q.  Okay, did you ever apply for a modification?
7  A.  Yeah, I applied for them while I was going
8     through all of this and they didn't respond
9     to that either.
10        And I have the agency that -- I did
11    it myself, they didn't respond.  And every
12    time I'd call, they'd say, they need this and
13    they need that, but they never would be
14    specific.
15        So I went through an agency who,
16    that's what they did.  They sent all the
17    paperwork to them, and they still did not
18    respond, so they have a history of not
19    responding.
20 Q.  Okay, when was that application for the
21    modification?
22 A.  Oh god, that was before we filed bankruptcy.
23 Q.  Okay, so in the next category of damages
24    here, it says:

Page 43

1        "Lost promotion opportunity
2     ($20,000 annually): $21,667."
3        Tell me a little bit about this
4     lost promotion opportunity you're claiming?
5  A.  Well, there was a position that became
6     available that I really believe that I
7     would've gotten.
8        But due to the stress and whatnot
9     that I've been under, I have not been able to
10    really focus on everything I do the way that
11    I have continuously in my past with the
12    hospital.
13        And I believe that my missing that
14    opportunity was due in fact to all the stress
15    I was under during that time.
16 Q.  When did this job opening become available?
17 A.  It was in '20, 2020.
18 Q.  Did you apply for the job?
19 A.  No, it was one of those jobs that, it wasn't
20    even listed.
21        It was a promotion that somebody
22    was going go get, and I was a senior person
23    there, and it went to somebody that -- well,
24    I'll just put it like this, it went to

Page 44

1     somebody else.
2  Q.  When in 2020 was this --
3  A.  I don't remember.
4  Q.  -- promotion opportunity?
5  A.  I don't remember exactly when.
6  Q.  Do you remember generally if it was the
7     beginning, middle, or end of the year?
8  A.  No, not really.  I know it's been over a year
9     ago.
10 Q.  And how do you know that you would've been
11    given this job had it not been for actions of
12    Loancare and Citizens Trust Bank?
13 A.  Well, that's what I believe, because I know
14    how my performance was after I began to deal
15    with all the stress from this, from this,
16    from this.
17 Q.  Okay, I want to jump to Exhibit J, we're
18    going to come back to Exhibit I shortly, but
19    right now I want to go to Exhibit J, which is
20    all the way at the bottom of Google drive.
21        (Document Zoom Shared.)
22        (Exhibit J; so marked.)
23 Q.  Mr. McClarn, these are medical records that
24    were produced by Grady hospital, do you see

Page 45

1     them?
2  A.  They sent you my medical records?
3  Q.  Yes, they did.  They were subpoenaed from
4     them.
5  A.  They what?
6  Q.  There was a subpoena served on Grady hospital
7     for the records.
8  A.  Okay.
9  Q.  So do you have any objection to this being
10    marked as Exhibit J?
11 A.  I don't know if I do or not.
12 Q.  Okay.  Well, you can look through them if you
13    need to, but for purposes of the deposition,
14    do you have any objection to them being
15    marked as Exhibit J?
16 A.  Like I said, I don't know if I do or not,
17    because these are my medical records, I
18    thought they were protected by HIPAA.
19 Q.  Mr. McClarn, your prior attorneys entered
20    into a protective order under HIPAA that
21    allowed these records to be produced solely
22    for purposes of this litigation.
23 A.  Okay, I'm learning a lot today.  Go ahead.
24 Q.  Okay, so you have no objection to mark this

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Pages 46..49

---

Page 46

1   as Exhibit J?
2   A.  Well, I said I don't know yet.  I don't know
3       if I do or not, because that means my medical
4       records becomes, I mean, they out there in
5       the court and all of that.
6           Your medical records are very
7       private, so I don't know if I do or not.
8           I don't even know if I have any
9       stance on whether I do or not, but you can go
10      onto the next thing.
11  Q.  Okay, well, I have to get this marked as
12      Exhibit J.  You can place an objection on the
13      record if you'd like, but for purposes of
14      this deposition, I need this marked as
15      Exhibit J.
16  A.  Okay, well, I'll lodge my objection then.
17  Q.  Okay.  Mr. McClarn, where it says page 355 on
18      the bottom, there are notes for a visit,
19      October 29, 2018, where it says:
20          "Anthony McClarn is a 69 year old
21      male memory referred for evaluation of memory
22      impairment."
23          And it goes on:
24          "Works at Grady as community health

---

Page 47

1   worker in chronic care clinic.  Has been
2   there seven years.  He has been forgetting to
3   clock out several times per week.  He
4   procrastinates and then eventually forgets
5   what he was going to do.  States that he has
6   been like this for a long time.  Sometimes
7   feel anxious and saw a psych years ago.  He
8   thinks he was on Prozac and that it was
9   helpful for his mood and anxiety."
10          Is that a correct recitation of a
11  visit you had in 2018?
12  A.  I don't know.
13  Q.  Is that description of your work performance
14      in October 2018 accurate?
15  A.  I don't know.
16  Q.  Why don't you know?
17  A.  Because I can't remember.  I don't remember
18      this visit being in 2018.
19  Q.  Okay, I understand you don't remember the
20      visit, but is this correct about your work
21      performance in 2018, that you had
22      procrastinated, forgetting to clock out, and
23      it's been like this for a long time?
24  A.  Nope, that's not correct, because I didn't

---

Page 48

1       have to clock-in and out.  I was salaried,
2       that's why I don't understand this.
3   Q.  Okay, were there issues with your work
4       performance in 2018?
5   A.  Nope.
6   Q.  Do you know why this would be in a medical
7       record?
8   A.  Nope.
9   Q.  If you didn't tell this to somebody?
10  A.  The only thing, the only thing that I've told
11      somebody is that I had some issues around
12      forgetting things and that it was stress
13      related.
14  Q.  Okay, were you forgetting things at work?
15  A.  No, not necessarily work, just things
16      periods.  People's names and things like
17      that.
18  Q.  Okay, and that goes back to at least 2018?
19  A.  No, I mean, I forget people's names, I forget
20      people's names before that, but now the
21      forgetting and the, it was, it was becoming
22      worse.
23  Q.  Okay.
24  A.  And as far as clocking-out, I didn't even

---

Page 49

1       have to clock-out, so I don't even know why
2       that's in there.
3   Q.  Okay, I'll go down to page 358, where it
4       discusses this again, it says:
5           "He reports for the past six months
6       he has been forgetting to clock-out at work.
7       States he gets distracted talking to patients
8       and then he leaves work."
9           Does that sound correct, that you
10      would've been distracted talking to patients
11      and then just left work?
12  A.  Oh, I do that anyway.  But like I said
13      before, I wasn't required to clock-out
14      because I was salaried.
15  Q.  Okay.
16  A.  I was only required to clock-in hours within
17      the last year.  When they changed the pay
18      system, we were no longer hourly, I mean
19      salary so.
20  Q.  Okay, well, I'm going to go back to Exhibit I
21      where we had left off, and I just want to
22      talk a little bit more about this lost
23      promotion opportunity.
24          Do you have any proof or any

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Pages 50..53

Page 50

1   documentation to show that you were
2   considered for this job opportunity?
3   A.   No more than one of the VPs coming to tell me
4      that they had a special position that they
5      were looking at me for.
6   Q.   And what was the name of that VP?
7   A.   Ms. Sales.
8   Q.   Ms. Sales, what's her first name, do you
9      know?
10  A.   No.
11  Q.   Do you know how to spell that last name?
12  A.   S-A-L-E-S.
13  Q.   Okay, was Ms. Aceveda involved in the
14     decision making process for that promotion
15     opportunity?
16  A.   No, it was over her pay grade.  It was beyond
17     what she did.
18  Q.   Okay, do you know who was in charge of making
19     that decision?
20  A.   No, not really.
21  Q.   Okay.
22  A.   Because it was a new position.
23  Q.   Okay, and the person that got that job, do
24     you know their name?

Page 51

1   A.   Well, you know, they never told me exactly
2      what the job was.  They just told me that
3      they had me, they were, they had something
4      special in store, in mind for e, that would
5      be a promotion and.
6   Q.   Okay.
7   A.   Yeah.
8   Q.   So you don't know if anybody was given that
9      job, do you?
10  A.   Yeah, I believe that it's a position that my
11     current supervisor has, but I don't know that
12     for sure.
13  Q.   Okay, assuming that it's your current
14     supervisor, do you believe that you're more
15     qualified than your supervisor for that job?
16  A.   I'm not going to say that.  I'm not going to
17     get into that, you know, to have all that
18     brought out and people brought in and put me
19     in a precarious situation at work, so you can
20     move on from that, I'm not going to comment
21     on that.
22  Q.   Well, Mr. McClarn, you're claiming the lost
23     promotion opportunity as damages, so this is
24     very important, because if you're going to

Page 52

1      continue to claim it as damages, this
2      information is going to come out at a trial.
3         So if you don't want to claim it as
4      damages, you can just say so now?
5   A.   See that's what -- anyway.
6   Q.   Mr. McClarn, I have to know, you have to
7      answer the question whether -- you know, this
8      stuff is going to come out at trial, and if
9      you have an objection to place on the record,
10     you can certainly do so, and then, you need
11     to answer the question subject to the
12     objection.
13  A.   Say that again, I'm sorry.
14  Q.   If you have an objection to the question, you
15     can certainly say so, but for the deposition
16     you need to answer the question subject to
17     the objection.
18  A.   Well, I do have an objection.
19  Q.   Are you refusing to answer the question, Mr.
20     McClarn?
21  A.   What, whether or not I feel I'm more
22     qualified than the person who has the
23     position?
24  Q.   Yes.

Page 53

1   A.   Umm, let me put it like this, before all the
2      stress, I would've said absolutely, without
3      any doubt, because I know this backwards and
4      forwards.
5         But with everything that I've gone
6      through with the stress, the illnesses, and
7      whatnot, I couldn't really say that.
8   Q.   Okay.
9   A.   That's my answer and that's it.
10  Q.   Okay, thank you.  And when you say, before
11     the stress, what time frame do you claim the
12     stress began?
13  A.   Actually, during the bankruptcy, even when I
14     was still in the bankruptcy, before I paid
15     the bankruptcy off, which I paid it off in I
16     think it was November of 2019, there was
17     always something going on with Citizens Trust
18     and Loancare.
19         That's the reason I ended up paying
19     19 thousand dollars at one time at the end,
21     because Loancare services center, there was
22     times when they wouldn't take my payment even
23     while I was in bankruptcy, even while I was
24     paying in bankruptcy, they wouldn't take

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK                                    Job 33819
Anthony Mcclarn September 16, 2021                                          Pages 54..57

Page 54

1    those post petition payments then.
2  Q.  Okay.
3  A.  So there were other things filed during the
4     bankruptcy.
5  Q.  Okay, but you would agree with me that the
6     stress that you're referencing began prior to
7     November 2019?
8  A.  Yes.
9  Q.  If I'm understanding you correctly?
10 A.  But I'm saying that it was a direct
11    correlation between what I was dealing with
12    with the bank, with the bank and the mortgage
13    company.
14 Q.  Okay, if we look back at Exhibit I, the next
15    category of damages:
16       "Medical costs:  $63,832.26 23."
17       Do you see that, Mr. McClarn?
18 A.  Yes, I do.
19 Q.  Can you explain to me how this got
20    calculated?
21 A.  I was working with my attorneys and we came
22    up with it.
23 Q.  How did you come up with that?
24 A.  I said, I was working with my attorneys, they

Page 55

1    asked me for my medical bills, and I provided
2    medical bills.
3       I provided trips to and from the
4    various procedures that I had and the total
5    cost of medications.  I mean, all medical
6    related expenses.
7  Q.  Do you have copies of those bills?  Your
8    former attorneys did not produce them.
9  A.  I can pull those up.
10 Q.  Okay, if you could produce them, that would
11    be very helpful, not right now, but after the
12    deposition.
13       And why do you think that Loancare
14    and Citizens Trust Bank are responsible for
15    paying your medical bills?
16 A.  Because the condition that I have was
17    worsened by the stress that I was under.
18 Q.  What is the condition that you have?
19 A.  Cancer.
20 Q.  Has there been a doctor that has told you
21    that your cancer was worsened by any actions
22    of Loancare or Citizens Trust Bank?
23 A.  I've had doctors tell me that stress makes my
24    situation worse.  I'm not stressed about

Page 56

1    anything else.
2  Q.  And what doctor or doctors told you that?
3  A.  All doctors tell me that.
4       Any doctor would tell you that if
5    you're undergoing any kind of cancer related
6    treatment, or anything, that you are to try
7    to remain as stress free as possible, because
8    it only makes it worse, especially when
9    you're going through chemotherapy.
10       Now, you know, I'm taking this
11    deposition, and I'm trying to defend
12    something that was actually put into this
13    response to you by an attorney that I no
14    longer have.
15       And much of what is here, to be
16    honest with you, some of it I had seen, some
17    of it I hadn't, because they did this, I
18    wasn't sitting in the room with him when they
19    did this for obvious reasons.
20       So one of the things that I
21    probably should do is get back with them and
22    find out where some of this came from, but
23    any way, go ahead.
24 Q.  Okay, did insurance, including Medicare, pay

Page 57

1    for any of these claimed medical costs?
2  A.  Oh yeah.
3  Q.  So did you pay anything out of pocket?
4  A.  Oh yeah, I probably had, I'm probably out
5    about four, five thousand dollars.
6       Oh, oh, oh, and including my trips,
7    hotel rooms and things like that, yeah, I'd
8    say somewhere in the neighborhood of eight
9    thousand dollars.
10 Q.  Okay, are there any doctors that you've
11    talked to about the actions of Loancare or
12    Citizens Trust Bank?
13 A.  No, because I didn't, I told them that I was
14    under a lot of stress, and they asked me what
15    kind of stress, and I told them it was kind
16    of financially related.
17 Q.  And which doctors did you tell that to
18    specifically?
19 A.  All of them just about.
20 Q.  When you say all of them, can you give me
21    names specifically?
22 A.  I know I talked to Lesea Heran, L-E-S-E-A,
23    Lesea Heran.
24       THE COURT REPORTER:  Can you spell

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK                          Job 33819
Anthony Mcclarn September 16, 2021                                     Pages 58..61

Page 58

1    the last name?
2  A.  I think it's H-E-R-A-N.
3  Q.  Okay, just to be clear, Mr. McClarn, am I
4    correct that there has not been any doctor or
5    medical provider that has specifically found
6    a causal link between your current cancer and
7    actions of Loancare or Citizens Trust Bank?
8  A.  You're asking me if you would be correct in
9    saying that?
10 Q.  Let me rephrase, Mr. McClarn.
11        Has there been any doctor or
12   medical provider that has told you there is a
13   causal link between your cancer and the
14   actions of Loancare and Citizens Trust Bank?
15 A.  Nobody has said that directly, no.
16 Q.  Okay.
17 A.  But they did say that the stress that I was
18   under makes it worse, and to try to eliminate
19   as much stress as I can.
20 Q.  Okay.
21 A.  That's the answer to the question.
22 Q.  Thank you.  Is there any doctor or other
23   medical provider that has told you that your
24   current cancer was caused or made worse by

Page 59

1    stress?
2  A.  Yes.
3  Q.  Did they tell you specifically that your
4    cancer has been made worse by stress, or that
5    that could be something that happens?
6  A.  Yes.
7  Q.  Yes, they told you it was made worse or that
8    it could be made worse?
9  A.  That it could've been made worse by the
10   stress that I'm dealing with, yep.
11 Q.  Okay, I'll move on to next category:
12        "Pain and suffering, anxiety, sleep
13   and memory problems:  $50,000."
14        Where did that number come from?
15        Mr. McClarn?
16 A.  I'm listening.
17 Q.  How is the 50 thousand dollar number
18   calculated?
19 A.  I would have to talk to my attorneys about
20   that, talk to my attorneys about that.
21 Q.  Okay.  With respect to memory problems, why
22   do you believe Loancare or Citizens Trust
23   Bank are responsible for any of your memory
24   problems?

Page 60

1  A.  Because it's been made worse.
2  Q.  Has any doctor told you that?
3  A.  No, but I know what, I know how things have
4    declined since I've been dealing with this.
5  Q.  But you don't know whether that's natural
6    progression or something else caused it,
7    correct?
8  A.  Well, they've always told me that it was
9    stress related.
10 Q.  Okay, I'm going to go to Exhibit K, which is
11   another medical record.
12        (Document Zoom Shared.)
13        (Exhibit K; so marked.)
14 Q.  Do you have any objection to this being
15   marked as Exhibit K?
16 A.  I do.
17 Q.  What's your objection?
18 A.  It's my medical record.
19 Q.  I understand, as I told you, there is an
20   order that's been entered in this case
21   allowing your medical records to be used in
22   this litigation.
23 A.  It wasn't entered with my permission.
24 Q.  It was entered with your attorney's

Page 61

1    permission, who was still representing you at
2    that time.
3  A.  Well, he's not representing me now.
4  Q.  I understand, but the order is signed by the
5    judge, so do you have any objection to this
6    being marked as Exhibit K?
7  A.  I just told you, I mean, you're gonna do it
8    any, so if it's already ordered by the court,
9    then I can't change that.
10 Q.  Okay, so this will be marked as exhibit K
11   and --
12 A.  But that is with my objections.
13 Q.  Okay, understood.
14 A.  Okay.
15 Q.  Understood.  Page 339 here, note by Dr. Syed,
16   or Dr. Quratulain Syed, from September 10,
17   2018.
18        He mentioned that you had memory
19   issues, forgetting names, forgetting words in
20   conversations and that that had been going on
21   for a few months, is that accurate?
22 A.  Is what accurate?
23 Q.  That you were having memory issues in
24   September of 2018?

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK                                    Job 33819
Anthony Mcclarn September 16, 2021                                            Pages 62..65

Page 62

1  A.  Well, people's names and stuff like that,
2      yeah.
3  Q.  Okay.
4  A.  But again, to answer your question, that's
5      during the same time that I'm dealing with
6      Loancare and the bank not accepting my
7      payments, refusing to accept them, and saying
8      that I owed them amounts that were incorrect.
9          So, I mean, this didn't just start
10     after the, after I paid off the Chapter 13 a
11     year earlier.
12         I mean, this had been -- in fact,
13     that's one of the things I did, because
14     dealing with them was such a stressful
15     situation.
16         And they filed that motion, the one
17     that you showed in the earlier exhibit,
18     because of the discrepancy of what was owed.
19 Q.  Okay.
20 A.  And what we ended up coming up with was
21     exactly what I said.
22 Q.  Okay, I hear you, I'm going to move onto
23     Exhibit L, which is another medical record.
24         (Document Zoom Shared.)

Page 63

1          (Exhibit L; so marked.)
2  Q.  Would you agree to have this marked for the
3      deposition as Exhibit L, subject to your
4      prior objection regarding medical records?
5  A.  I have the same objection.
6  Q.  Okay.  This is another note from Dr. Syed,
7      January 17, 2020, and it states at that time
8      that you were having memory loss and having
9      issues with presentation, does that sound
10     correct?
11 A.  When was that?
12 Q.  January 17, 2020?
13 A.  Yes.
14 Q.  Okay, what kind of issues were you having
15     with presentations at that time?
16 A.  The only issue I had with a presentation was
17     sometimes forgetting things.
18 Q.  Are these presentations at work?
19 A.  Oh no, at the church, anywhere.
20 Q.  Would that include work?
21 A.  It could.
22 Q.  Do you recall having any issues with
23     presentations at your job?
24 A.  Some, but not to the point that I can't, that

Page 64

1      I can't work around it.
2  Q.  Okay, back to Exhibit I briefly, where you
3      said you are claiming damages for sleep
4      problems, what has Loancare and/or Citizens
5      Trust Bank done to affect your sleep?
6  A.  Stress.
7  Q.  Okay, but you've been having sleeping
8      problems for quite some time, correct?
9  A.  I've had problems with Loancare and Citizens
10     Trust Bank for some time.
11 Q.  Okay, here is Exhibit K, which is another
12     medical record, which we can mark subject to
13     your objection regarding medical records.
14         (Document Zoom Shared.)
15         (Exhibit K; so marked.)
16 Q.  And here, from September 2018, it states that
17     you're having poor sleep due to stress, is
18     that accurate?
19 A.  Read it again.
20 Q.  This record, from Dr. Syed from September
21     2018, states that you're having poor sleep
22     due to stress, would that be accurate?
23 A.  Yeah.  Hold on, just a minute.
24 Q.  Okay.

Page 65

1  A.  Okay, go ahead.
2  Q.  Okay, so you were having poor sleep at least
3      as far as back as 2018?
4  A.  Yep.
5  Q.  Okay.
6  A.  All this during the time that I've been
7      dealing with them and this bankruptcy.
8  Q.  And this is Exhibit M, which is another
9      medical record.
10         (Document Zoom Shared.)
11         (Exhibit M; so marked.)
12 Q.  This is another note from Dr. Syed, and we'll
13     mark this Exhibit M subject to your standing
14     objection, is that agreeable with you, Mr.
15     McClarn?
16 A.  I have the same objection.
17 Q.  Okay, we'll mark this as Exhibit M subject to
18     your objection.
19         Mr. McClarn, this is entry from
20     Dr. Syed, May 28, 2019, it states:
21         "Patient states he wakes up every
22     morning at 3 to 4 am to read, when doing that
23     for a long period of time, his eyes feel
24     blurry."

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK

Anthony Mcclarn September 16, 2021

Job 33819

Pages 66..69

Page 66

1    Do you believe that you were waking
2  up at 3:00 to 4:00 in the morning every day
3  due to actions of Loancare and/or Citizens
4  Trust Bank?
5  **A.  Oh hell no.  No, but I do think this is**
6  **overall stress, and I really do think that**
7  **absent the stress, I would've been able to**
8  **get a good night's sleep.**
9  **And even the sleep therapist told**
10 **me that, get rid of the stress and you will**
11 **be able to sleep.  My reading was simply**
12 **because I couldn't sleep.**
13 Q.  Okay, I'm going to go to Exhibit N, which is
14 another medical record that we can mark
15 subject to your objection.
16     (Document Zoom Shared.)
17     (Exhibit N; so marked.)
18 Q.  Mr. McClarn, this states that you had a sleep
19 study done in 2015, is that correct?
20 **A.  Yep.**
21 Q.  Tell me about that sleep study?
22 **A.  That was because of my snoring.**
23 Q.  Was that impacting were you waking up due to
24 snoring?

Page 67

1  **A.  No, not really.**
2  Q.  Do you believe you were getting poor sleep
3  due to snoring?
4  **A.  They told me that.  They told me basically**
5  **that I wasn't getting into my REM sleep.**
6  Q.  Okay, did you go on any medication?
7  **A.  Nope.**
8  Q.  For your sleep?
9  **A.  No.**
10 Q.  Exhibit O is another medical record that I
11 have on the screen from Dr. Syed in January
12 2020, which we will mark as Exhibit O subject
13 to your standing objection.
14     (Document Zoom Shared.)
15     (Exhibit O; so marked.)
16 Q.  Dr. Syed mentioned in 2020 that she had given
17 you info for a sleep study the last time she
18 had seen you and that you didn't follow
19 through, did you ever do another sleep study,
20 Mr. McClarn?
21 **A.  No.**
22 Q.  Why not?
23 **A.  Well, because I didn't want to wear a**
24 **machine, I didn't want to wear that machine**

Page 68

1  **at night because it hurt.**
2  Q.  Okay, and the next note says that you
3  continue to have excessive fatigue during the
4  day which could be due to OSA.
5      Mr. McClarn, am I correct --
6  **A.  I continued to have what?**
7  Q.  It says:
8      "Continues to have excessive
9  fatigue during the day which could be due to
10 OSA."
11     Am I correct, Mr. McClarn, that OSA
12 stands for obstructive sleep apnea?
13 **A.  Yes.**
14 Q.  So did Dr. Syed tell you that she believes
15 your fatigue and sleeplessness to be due to
16 sleep apnea, and not stress?
17 **A.  No, she didn't.**
18 **She did say, which we know now that**
19 **it wasn't, that the fatigue had nothing to do**
20 **with my sleep at the time, to be honest with**
21 **you, it was probably from undiagnosed**
22 **lymphoma.**
23 **So was the sleep apnea part of the**
24 **reason why I wasn't sleeping at night?  No,**

Page 69

1  **she never said that.**
2  Q.  Okay, I've got Exhibit P here, and this is
3  another medical record, Mr. McClarn, which we
4  can admit subject to your standing objection,
5  or mark subject to your standing objection.
6      (Document Zoom Shared.)
7      (Exhibit P; so marked.)
8  Q.  This is a note from Dr. Yohannes Endeshaw
9  from April 20, 2020, and this references your
10 prior sleep study from 2015, but it states
11 that you have no daytime sleepiness, was that
12 a correct assessment of your situation in
13 April 2020?
14 **A.  That I had what?**
15 Q.  No daytime sleepiness?
16 **A.  Meaning what?**
17 Q.  This says, "no daytime sleepiness", so is it
18 correct that in April 2020 you had no fatigue
19 during the day?
20 **A.  Actually, in 2020, I don't know what he**
21 **meant.**
22 Q.  You don't know what?
23 **A.  I don't know what he meant by that, I don't**
24 **know what he meant when he said, no daytime**

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Pages 70..73

Page 70

1   sleepiness.
2   Q.   Okay, did you have any daytime sleepiness or
3        fatigue in April 2020 to the best of your
4        recollection?
5   A.   **You know, it was during that time that I**
6        **actually started on a new vitamin regiment**
7        **and that helped my energy a lot.**
8        **So if I told him, and I did start**
9        **drinking coffee back during that time, so**
10       **that's probably it.**
11  Q.   Okay, I'm going to go back to Exhibit I, the
12       interrogatory responses, and go to number 6.
13       Your response to number 6 states
14       that you saw Dr. Syed approximately every
15       three months in 2019 for lack of sleep and
16       depression, is that accurate?
17  A.   **No, not really, because that's not what I**
18       **said.**
19       **Basically what I said, he asked how**
20       **often do I see my doctor, and I said about**
21       **every three months, and then I told them that**
22       **when I saw her, it was for a range of things.**
23       **Stress was one.  At some points I**
24       **see her for sleepiness.  At some points I see**

Page 71

1        her for my diabetes.
2        **So I didn't see her every three**
3        **months for sleepiness.  No, that's not**
4        **accurate and that's not what I told them.**
5   Q.   So you're also, I'll go back to your response
6        to number 4, and it says that part of this 50
7        thousand dollar damages calculation is for
8        anxiety.
9        So I want to go back to Exhibit K,
10       which we've already marked.
11       This says, in September 2018, you
12       were having stress, and you mentioned this
13       already, but you've been having this stress
14       back for many years, correct?
15  A.   **No, not many years.**
16  Q.   For how long have you been having stress?
17  A.   **I would say that the stress has been probably**
18       **since, I'd say, '18.**
19  Q.   Okay.
20  A.   **Maybe later.**
21  Q.   This is a record from 2018.
22  A.   **Maybe '17, but I wasn't stressed out much**
23       **before then.  I mean, no more than normal**
24       **people are stressed.**

Page 72

1   Q.   And how would you describe your level of
2        stress starting in 2018?
3   A.   **It was somewhat exaggerated based on what I**
4        **was doing with, you know, trying to keep a**
5        **roof over my head at the time.**
6        **In '17, yeah, I would say it was**
7        **before '18, because during the time that I**
8        **was going through this bankruptcy, it was a**
9        **stressful period so, and I managed it the**
10       **best I can under the circumstances.**
11  Q.   I understand.  I understand.  I'm going to go
12       to what I've marked as Exhibit Q, which is
13       another medical record we can mark subject to
14       your standing objection.
15           (Document Zoom Shared.)
16           (Exhibit Q; so marked.)
17  Q.   Mr. McClarn, this document states that you
18       had used Prozac ten years ago, so this is
19       from 2015, so about 2005, is that accurate?
20  A.   **Yes.**
21  Q.   And what did you use Prozac for?
22  A.   **2005?  It might've been before 2005.  It was**
23       **probably back during 2003, and I only used it**
24       **for a short time.**

Page 73

1   Q.   Why did you use it?
2   A.   **Because I had moments of anxiousness.**
3   Q.   Do you know what was causing it at that time?
4   A.   **I don't at the time, but it went away and I**
5        **didn't use it.**
6   Q.   Okay, do you remember --
7   A.   **It could've been something I was dealing with**
8        **during that time.  I don't know.  I can't**
9        **remember.**
10  Q.   Do you recall what doctor prescribed the
11       Prozac?
12  A.   **No.**
13  Q.   Okay, now I'm going to go to Exhibit R which
14       is --
15  A.   **I'm getting tired, we need to wrap this up.**
16  Q.   Okay, and we're almost done, Mr. McClarn, I
17       promise you, I promise you, we're at Exhibit
18       R and I only have through Exhibit S, so we're
19       almost there, and I appreciate all of your
20       cooperation today.
21       Exhibit R is another medical record
22       that we can mark subject to your standing
23       objection.
24           (Document Zoom Shared.)

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Pages 74..77

Page 74

1          (Exhibit R; so marked.)
2  Q.   Mr. McClarn, this is a progress note by
3       Dr. Endeshaw, May 2021, and it states:
4              "Patient had also asked about
5       citalopram prescription which was written by
6       Dr. Syed 5/2019 and discontinued on 10/2019.
7       He is asking if he can have the prescription
8       again as he is under stress and anxious given
9       that he is on chemotherapy."
10             Is that an accurate statement?
11 A.   Yes.
12 Q.   So it is accurate that your stress was caused
13      by chemotherapy?
14 A.   No, it's accurate that when I was taking
15      chemotherapy, they told me to stay as stress
16      free as I possibly could, and, and with
17      everything else going on, I wanted as little
18      stress as I possibly could.
19             So that's not saying that
20      chemotherapy caused the stress, that's saying
21      that that's what I was being told by my
22      medical team, to reduce stress as much as
23      possible.
24 Q.   Did you ever tell Dr. Endeshaw what was

Page 75

1      causing you stress?
2  A.   No.
3  Q.   Why did Dr. Syed prescribe citalopram in May
4       2019?
5  A.   Because I told him that I was stressed.
6  Q.   Did you tell him why you were stressed?
7  A.   I can't remember.
8  Q.   Why did you stop taking citalopram in October
9       2019?
10 A.   Because it didn't seem to be doing me much
11      good.
12 Q.   Do you believe that your stress had naturally
13      decreased or that the medication didn't do
14      anything?
15 A.   I don't think the medication really helped
16      that much.
17             But, you know, I've just been kind
18      of focusing on trying to exercise when I can
19      and, and my diet changed, vitamins and
20      supplements, and I've stepped up my prayer
21      and meditation life.
22 Q.   Okay, I have Exhibit S, Mr. McClarn, which is
23      another medical record that we can mark
24      subject to your standing objection.

Page 76

1          (Document Zoom Shared.)
2          (Exhibit S; so marked.)
3  Q.   This is from a Dr. Gabriela Cohen, May 19,
4       2021, and it states:
5              "Depressive symptoms with anxiety
6       due to recent events, diagnosis of lymphoma
7       and therapy, the patient is coping with the
8       situation okay."
9              Is that an accurate statement?
10 A.   Where is it at?
11 Q.   It's at the bottom, under assessment number
12      6.
13 A.   "Depressive symptoms with anxiety due to
14      recent events, diagnosis of lymphoma and
15      therapy."
16             Yes, I would say that's true.
17 Q.   The recent events, would that be the
18      pandemic, or something else?
19 A.   What I'm dealing with this, trying to get out
20      of bankruptcy, after I paid the bankruptcy
21      off and I'm having to go back in, it's a
22      whole lot. It says, "recent events", so it's
23      all of the above.
24 Q.   Do you recall what you told Dr. Cohen about

Page 77

1      any of the recent events?
2  A.   We didn't talk about, a lot about all the
3       events.
4              We just talked about stresses and
5       how important it was to, how important it was
6       to reduce all stress.
7              And it was right during the time
8       when I was dealing with all of this that I
9       was being bombarded by my attorneys about
10      getting this deposition done, and I just
11      wasn't up to it.
12             And my doctor told me, don't try to
13      do anything stressful, because depositions
14      are stressful.
15 Q.   Okay.
16 A.   And really, I'm not supposed to be doing this
17      today, but I know, I mean, you've been very
18      patient and I wanted to just go ahead and try
19      to get through this.
20 Q.   Thank you, and I appreciate that.
21 A.   And right now, Bret, I even got a doctor's
22      statement right now saying that I need to
23      just not work or do anything, anything that
24      can add to this situation, but I'm going past

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Pages 78..81

Page 78

1   that to try to deal with this, but right now
2   I'm tired.
3   Q.   I understand, and thank you so much for doing
4       this today.  I'm trying to move as fast as I
5       can and we are going to be done in time for
6       us all to go have lunch.
7           So I just have a couple of more
8       questions, and then, we'll be done, so thank
9       you, thank you, thank you.
10          Who is Dr. Cohen, what practice is
11      she at?
12  A.   I don't remember.  I mean, I've seen so
13      doctors since I've been going, I don't even
14      remember.
15  Q.   Okay, understood.  The stress that you claim
16      that you're under, any sort of emotional
17      stress that you're under, on a scale from one
18      to ten, with ten being the most severe, what
19      would you describe your current stress level
20      as?
21  A.   Right at this moment?
22  Q.   Yes.
23  A.   Nine.
24  Q.   Okay, if we think back to February 2020, what

Page 79

1   do you think your stress level was?
2   A.   I can't remember what my stress level was on
3       February 2020.
4   Q.   To the best of your recollection, what do you
5       think it was?
6   A.   February 2020?
7   Q.   Yeah.
8   A.   I would say probably it was in the
9       neighborhood.  It was very high, because at
10      that time, I had just paid off a Chapter 13.
11          I had just paid 25 thousand dollars
12      to end a Chapter 7, where I only owed seven
13      thousand dollars.
14          And I was still, and then, trying
15      to call and start making my regular payments
16      again, getting all that flak from Loancare
17      saying that I owed several months prior when
18      I had already paid them.
19          And along with all of that money
20      that they got, which it was fifteen thousand
21      four hundred and something dollars that I
22      paid, plus they had -- it was over 19
23      thousand dollars, it was closer to 20
24      thousand dollars.

Page 80

1           And then, when I paid them, they
2       said I owed for another month, so I paid that
3       too.
4           Now after all of that, they didn't
5       even have it posted to my account in
6       February, and they said they were still
7       working on it.
8           In February and in March, they kept
9       saying they was still working on it.  It
10      wasn't even posted.  So yeah, I was stressed.
11          When the court said they were to
12      give my account back to me, make it available
13      to me so I could see the distribution within
14      seven days of the order, here I am over in
15      March and I'm still not seeing where my money
16      has applied to my account, and they were
17      telling me that they were still working on
18      it.
19  Q.   Okay, thinking back to February through April
20      or May of 2020, did the stress affect your
21      daily activities in any way?
22  A.   With all due respect, that's what stress
23      does.  I mean, that's why they call it
24      stress.

Page 81

1           It affects people's average days.
2       It not only affects their average days, but
3       it affects their health.
4           It affects their happiness, their
5       well being, their ability to be themselves
6       and to progress and to think and to be happy.
7           So is that answer enough?
8   Q.   Well, do you have any specific examples of
9       any impact on your life from --
10  A.   Everything that I've told you is examples,
11      and I guess I'm getting tired now, but
12      everything that I've told you is examples.
13          I mean, when I call and try to talk
14      to people about it and see if we can't work
15      it out, I tried to call the president of the
16      bank, the CEO, she wouldn't call me back.
17          I tried to call the loan
18      department, they would not return my call.
19          When I do talk to Loancare, it was
20      always a condescending conversation.  And it
21      was always, we don't know anything about
22      that, and if you want to keep your house,
23      just call our attorneys.
24          I mean, this has been, this has

Case 20-06070-sms   Doc 66-1   Filed 08/17/22   Entered 08/17/22 10:05:47   Desc
Exhibit A -- Deposition Transcript of Anthony McClarn   Page 24 of 44
ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021
Job 33819
Pages 82..85

Page 82

1  been way, way, way too crazy.  I did
2  everything that the courts told me to do, and
3  before.
4       And it was Loancare and Citizens
5  Trust Bank, that combination of the two, that
6  has caused this to drag out so long.
7       If they had just applied the money
8  that the court told me to pay, and I paid,
9  gave me access to my account, like the courts
10  told them to do, and I would go forward
11  making my payments every month, we wouldn't
12  be having this conversation right now.
13       But they didn't, and they found all
14  kind of ways to justify why they didn't.
15       When the loan officer, I think his
16  name is Simon (sic), when he told me, you
17  should go ahead and apply because, you know,
18  you can get a refinance, you can pay less
19  than half of what you're paying.
20       And I applied.  Now Loancare says
21  they were to give me a response within 30
22  days.  Here it is over a year, and I still
23  haven't gotten a response.
24       My attorneys talked to your

Page 83

1  attorneys and they said to tell him to do it
2  again, I sent it in again, still no reply.
3  Q.  Okay.
4  A.  But then I'm also, I'm also in a position,
5  because I'm having to deal with this, in
6  order to, in order to get things straight
7  hopefully, that, because I'm going through
8  this, this adversary procedures, I can't go
9  and get it refinanced anywhere until this is
10  resolved.
11       So yes, this has gotten me
12  stressed.  I'm going to be paying thousands
13  and thousands of dollars over what I should
14  be paying, even if get it refinanced
15  somewhere else, because you'd still be
16  charging me at the old interest rate up to
17  this point, which means my balance would be
18  far higher.
19       And so, with that being said, if I,
20  if they had honored my request, I mean, even
21  if they'd said no, I would've had an
22  opportunity to go somewhere else and maybe
23  get a better rate.  I would've not had the
24  kind of balance that I have now.

Page 84

1       And in addition to that, when I was
2  paid by the insurance company for water
3  damages at my property that was as a result
4  of a busted pipe, the contractor didn't want
5  to wait on the checks to be sent from
6  Loancare and the bank because they said that
7  could take awhile, so I paid them out of my
8  pocket.
9       And then when the check came, I
10  sent that check to Loancare almost several
11  months ago, and they were supposed to
12  overnight it to me the next day, with over 15
13  thousand dollars that they still have not
14  sent me.
15       They're talking about sending me
16  the check when my loan is current.  They
17  can't do that, not in an adversary
18  proceeding.
19       So you're asking me why am I
20  stressed?  Does that answer your question?
21  Q.  It does, Mr. McClarn, I appreciate your
22  answer.  Just a couple more questions.
23       The stress that you were feeling
24  after entry of the order in January 2020, do

Page 85

1  you believe, do you think that -- strike that
2  question, I'm going to rephrase it.
3       Mr. McClarn, the stress that you
4  were feeling in February through March or
5  April of 2020, was that stress level the
6  same, less, or worse than before February
7  2020?
8  A.  More.
9  Q.  How much more?
10  A.  And it was coming -- I don't have a way to
11  measure that, Mr. Chaness, I just know that
12  anytime it came around and I would get
13  something from them saying, this is what you
14  owe, this is what you owe.
15       And sometimes, within a month, the
16  difference could be thousand of dollars
17  difference.  Thousands, not a next payment,
18  but thousands of dollars difference.
19       And I've got proof of that, that I
20  have sent to the attorney, that I don't know
21  if they gave it to you or not.  And so, that
22  was stressful.
23  Q.  Okay, I --
24  A.  But then, but then one of the things that

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Page 86

1　reduced the stress some is when they went
2　ahead and put this in court to get this all
3　resolved once and for all.
4　　　　I thought it was resolved when I
5　came up with all that money and paid it off,
6　and I found out later that it was just
7　beginning, because no matter what I did, they
8　were going to try to keep the screws to me.
9　Q.　Okay, Mr. McClarn, last question.
10　A.　Thank you.
11　Q.　The stress between February and April of
12　　　2020, do you have any specific examples of
13　　　how it affected your life?
14　A.　Just what I told you before.
15　Q.　Did you ever miss any work because of any
16　　　stress?
17　A.　Bret, I was missing my life, I was missing my
18　　　life.
19　　　　　I have a very, very intelligent,
20　　　talented, active child, that in 2020, he'd a
21　　　been 15 years old.
22　　　　　Marching band, wind symphony
23　　　orchestra, jazz band, hell of a singer, A
24　　　student, honor roll every year, never missed

Page 87

1　a year in school.  I have beautiful dogs that
2　are smart.
3　　　　All these things, I really wanted
4　to enjoy them, and I couldn't be there and
5　be -- and my excitement and happiness and
6　things like that, when I was spending time
7　with my son, going to his games and things, I
8　went out of, mostly out of duty.
9　　　　Because oftentimes, when I think
10　about what a challenge it was to keep, keep
11　my finances in order.
12　　　　I had a dream of opening up two
13　business, one was a personal care home and
14　the other one was an opioid treatment center.
15　　　　I did all the paperwork and
16　everything for both.  I worked like hell to
17　keep get my credit rating back up to where I
18　could go ahead and move forward.  This has
19　been an albatross around my neck.
20　　　　So if I counted that into what I'm
21　losing dealing with these people, I don't
22　know if there's an amount that it could
23　equate to what I'm losing.
24　Q.　Okay, when were those business plans

Page 88

1　finalized?
2　A.　I've had them.  I was working on them when I
3　　　was at Grady.  I mean, I have expertise in
4　　　both areas.
5　Q.　Mr. McClarn, I'm not questioning your
6　　　business plans at all, I'm just asking for a
7　　　date, how many, is this years back, months
8　　　back, what kind of time frame are we talking
9　　　about?
10　A.　I'm talking about, I've been working on the
11　　　models and the plans for several years.
12　Q.　Okay.
13　A.　But, but, but, but, the whole thing is,
14　　　bringing the finances together to get a job
15　　　started, getting a business loan and doing
16　　　the things to get it going, I've not been
17　　　able to do that because of all of this.
18　Q.　Okay, did the pandemic add any stress to your
19　　　life?
20　A.　I think that I think the pandemic added
21　　　stress to everybody's life.
22　Q.　And I agree with you on that, absolutely, but
23　　　for you, personally, what kinds of stress did
24　　　it add to your life, if you can put it into

Page 89

1　words?
2　A.　Oh, I would just say that I work in health
3　　　care and I work at a hospital that was
4　　　actually developed and designed to meet the
5　　　needs of metro Atlanta's most needy.
6　　　　　And my particular job description
7　　　requires me to interact and work with the
8　　　most needy of the most needy, if I can just
9　　　say it like that.
10　　　　　And so, I work with people that
11　　　don't trust doctors.  They don't trust
12　　　government.  They don't trust systems.
13　　　　　They've been handed some of the
14　　　worst hands that I guess people could be
15　　　handed.
16　　　　　And one of my jobs is to try to
17　　　wrap services around them to try to make
18　　　sense out of all this, and, and to do health
19　　　education, and help people work with
20　　　medications and all these other things, and
21　　　all these other health related strategies.
22　　　　　To tell people about social
23　　　deterrence of health and all those kinds of
24　　　things that explain that to them.

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK                                    Job 33819
Anthony Mcclarn September 16, 2021                                            Pages 90..93

Page 90

1            Keeping appointments and not going
2    to the emergency room when you don't feel
3    well, but calling us, so we can get you an
4    appointment and get it quickly, so you don't
5    have to feel like you have to wait six
6    months.
7            Working with churches and social
8    clubs and organizations, all over the city to
9    bring resources to the table to help these
10   people.
11   Q.  I understand, and now that you've provided
12       that --
13   A.  So when, so when, so when you say how did the
14       pandemic really affect me personally?
15           Well, it made a job that I had,
16       that was already difficult, enjoyable, but
17       extremely difficult, even more difficult.
18           Especially now when the people that
19       were homeless, that I was getting them off
20       the street, putting them in shelters, not
21       just shelters, but having their own places,
22       they're people that had jobs and were living
23       middle class, are taking up all those places.
24           So yeah, it's made my job a lot

Page 91

1    more difficult.  Even to the point where I
2    don't go into the hospital now.  I work from
3    home mostly.
4            And it means that when I used to go
5    work and get off at say 5:00 or 6:00, when I
6    got finished and left, since I work from home
7    through this pandemic, sometimes it's like I
8    don't get off.  You don't leave your office.
9    Q.  I know the feeling, Mr. McClarn.
10           So do you believe that your job has
11       added to the stress in your life since the
12       pandemic began?
13   A.  No, because it's what I do.  I think that, I
14       think that, to me, stress comes when it's
15       things that impacting you negatively and you
16       really can't do anything about them.
17           I mean, it's a plate that you're
18       dealt that you just have to deal with.
19           You know, with my job, it's not as
20       easy, but, you know, at the end of the day
21       with my job, I can quit and I'll still be
22       okay.  You know, I can quit.
23           But I can't quit some of the things
24       that I'm dealing with, with this housing

Page 92

1    thing, and trying to get some of my dreams
2    together so I can leave some kind of legacy
3    for my children.
4            I can't, I can't, that's not
5    something I can just walk away from.  That's
6    something I just have to consistently deal
7    with and try to figure out how I can make
8    this all work.
9    Q.  Okay, I understand.
10           And then, going back to your son
11       and his activities that you wanted to be
12       around for, were there any activities that
13       you in particular missed due to stress?
14   A.  All those things I just told you about that I
15       enjoyed you.
16   Q.  I --
17   A.  I loved going to football games and watching
18       my son playing first chair trumpet and
19       mellophone and seeing him in the concerts.
20   Q.  Mr. McClarn --
21   A.  I don't do that now.
22   Q.  I understand, but if we're looking back to
23       say February through April or May of 2020,
24       almost all of those things were canceled due

Page 93

1    to the pandemic, so is there anything during
2    that period --
3    A.  Oh, I thought you were talking about.
4    Q.  -- you missed?
5    A.  -- all the way up to now.
6            Well, during that time, I can't say
7    yes, because everybody was missing pretty
8    much the sports going and doing things like
9    that, and everybody was missing pretty much
10       everything in February.
11   Q.  Right.
12   A.  Of last year.
13           But just simple enjoyment, being
14       focused on a QV series, or something like
15       that, I just couldn't keep my mind wrapped
16       around it, like we used to.
17           And I'll give you example, and this
18       is it.  We watched a series called People of
19       Interest, my son and I used to watch it just
20       every, we'd come in and sometimes we'd binge
21       it on the weekends, because it was a series,
22       it was very interesting.
23           Since that time, you know, it's
24       kind of hard to get into things now.  It's

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Pages 94..97

Page 94

1  kind of hard to put that kinds of focus into
2  anything that we would enjoy doing together.
3  It's just a little bit more difficult.  I do
4  the best I can.
5       MR. CHANESS:  Okay.  All right,
6  well, Mr. McClarn, I really appreciate your
7  time today, I hope it didn't take too long
8  and thank you for all of your cooperation and
9  for getting set up on your phone after the
10  computer wasn't working.
11       So thank you, thank you, thank you,
12  I hope your health continues to improve.
13       THE WITNESS: Thank you, thank you
14  Bret.
15       MR. CHANESS:  And that you have a
16  nice weekend coming up, and that is all that
17  I have, so thank you again.
18       THE WITNESS:   All right, you have
19  a great weekend as well.
20       (Whereupon, the deposition was
21  concluded at 12:32 p.m.)
22
23
24

Page 95

1            CERTIFICATE
2  Commonwealth of Massachusetts
3  Middlesex, SS.
4       I, Tracy Coffman, a Court Reporter
5  and Notary Public duly qualified in and for the
6  Commonwealth of Massachusetts, do hereby certify
7  that the witness whose deposition is hereinbefore
8  set forth, was duly sworn by me and that such
9  deposition is a true record of the testimony given
10  by the witness.
11       I further certify that I am neither
12  related to or employed by any of the parties in or
13  counsel to this action, nor am I financially
14  interested in the outcome of this action.
15       In witness whereof, I have hereunto
16  set my hand and seal this 21st day of September
17  2021.
18
19
20         *Tracy Coffman*
21         Tracy Coffman
22         Notary Public
23         My Commission Expires
24         July 31, 2026

Page 96

1            DEPOSITION ERRATA SHEET
2
3  Assignment No.  33819
4  Case Caption:   McClarn V. Citizens Trust
5
6       DECLARATION UNDER PENALTY OF PERJURY
7       I declare under the penalty of perjury that
8  I have read the entire transcript of my Deposition
9  taken in the captioned matter or the same has been
10  read to me, and the same is true and accurate, save
11  and except for changes and/or corrections, if any,
12  as indicated by me on the DEPOSITION ERRATA SHEET
13  hereof, with the understanding that I offer these
14  changes as if still under oath.
15
16  Signed on the _____ day of _____, 20___.
17
18  _____
19  (Anthony Carver McClarn)
20
21
22
23
24

Page 97

1            DEPOSITION ERRATA SHEET
2  Page No.____ Line No.____ Change to:_____
3  _____
4  Reason for change:_____
5  Page No.____ Line No.____ Change to:_____
6  _____
7  Reason for change:_____
8  Page No.____ Line No.____ Change to:_____
9  _____
10  Reason for change:_____
11  Page No.____ Line No.____ Change to:_____
12  _____
13  Reason for change:_____
14  Page No.____ Line No.____ Change to:_____
15  _____
16  Reason for change:_____
17  Page No.____ Line No.____ Change to:_____
18  _____
19  Reason for change:_____
20  Page No.____ Line No.____ Change to:_____
21  _____
22  Reason for change:_____
23  Signature:_____ Date:_____
24       (Anthony Carver McClarn)

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK

Anthony Mcclarn September 16, 2021

```
                                          Page 98
1              DEPOSITION ERRATA SHEET
2    Page No._____ Line No._____ Change to:_____
3    _____
4    Reason for change:_____
5    Page No._____ Line No._____ Change to:_____
6    _____
7    Reason for change:_____
8    Page No._____ Line No._____ Change to:_____
9    _____
10   Reason for change:_____
11   Page No._____ Line No._____ Change to:_____
12   _____
13   Reason for change:_____
14   Page No._____ Line No._____ Change to:_____
15   _____
16   Reason for change:_____
17   Page No._____ Line No._____ Change to:_____
18   _____
19   Reason for change:_____
20   Page No._____ Line No._____ Change to:_____
21   _____
22   Reason for change:_____
23   Signature:_____ Date:_____
24          (Anthony Carver McClarn)
```

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Index: $14,161.96..69

## Exhibits

**Exhibit A**  3:7 14:24 15:3,7,22,24 24:23 40:13

**Exhibit B**  3:8 19:4,6,7 20:5

**Exhibit C**  3:9 23:21,22 24:1,3

**Exhibit D**  3:10 24:13,17,19

**Exhibit E**  3:12 25:18,22 26:3,16

**Exhibit F**  3:13 26:17,20,24 28:6

**Exhibit G**  3:15 28:8,10,15,18,19

**Exhibit H**  3:16 30:14,19,21,23 31:2, 13,16,20 32:4,10 33:20

**Exhibit I**  3:17 33:21,24 34:16 35:2,11, 12 44:18 49:20 54:14 64:2 70:11

**Exhibit J**  3:19 44:17,19,22 45:10,15 46:1,12,15

**Exhibit K**  3:20 60:10,13,15 61:6,10 64:11,15 71:9

**Exhibit L**  3:21 62:23 63:1,3

**Exhibit M**  3:22 65:8,11,13,17

**Exhibit N**  3:23 66:13,17

**Exhibit O**  3:24 67:10,12,15

**Exhibit P**  4:2 69:2,7

**Exhibit Q**  4:3 72:12,16

**Exhibit R**  4:4 73:13,17,18,21 74:1

**Exhibit S**  4:5 73:18 75:22 76:2

## $

**$14,161.96**  41:5

**$15,794.24**  28:1 33:15

**$20,000**  43:2

**$21,667**  43:2

**$44,970**  23:9,12

**$50,000**  59:13

**$63,832.26**  54:16

## 0

**06**  23:8

**07**  23:8

## 1

**10**  61:16

**10/2019**  74:6

**10:19**  6:15

**10:25**  6:17

**10:26**  7:15

**10:28**  7:17

**10:29**  8:14

**10:31**  8:16

**11:14**  39:15

**11:16**  39:17

**12:32**  94:21

**13**  21:1 24:9 26:6 62:10 79:10

**14**  20:7 31:10 32:10

**15**  84:12 86:21

**16**  12:18 36:20

**17**  23:1,2,3 63:7,12 71:22 72:6

**18**  29:1 71:18 72:7

**19**  53:20 76:3 79:22

## 2

**2**  35:16

**2.7%**  41:5

**2/3/14**  19:16

**20**  29:3 30:4 43:17 69:9 79:23

**2003**  72:23

**2005**  72:19,22

**2008**  23:8

**2009**  23:8

**2014**  19:13,20 21:5,7 23:23 24:6 25:6, 20 27:5

**2015**  66:19 69:10 72:19

**2018**  46:19 47:11,14,18,21 48:4,18 61:17,24 64:16,21 65:3 71:11,21 72:2

**2019**  40:24 41:11 53:16 54:7 65:20 70:15 75:4,9

**2020**  18:20 29:3,4 37:19 38:23 43:17 44:2 63:7,12 67:12,16 69:9,13,18,20 70:3 78:24 79:3,6 80:20 84:24 85:5,7 86:12,20 92:23

**2021**  74:3 76:4

**20th**  40:5

**23**  54:16

**24**  29:4

**24th**  30:5

**25**  24:6 79:11

**28**  65:20

**29**  46:19

## 3

**3**  19:13,19 65:22

**30**  5:22 25:19 41:5,22 82:21

**339**  61:15

**355**  46:17

**358**  49:3

**3:00**  66:2

## 4

**4**  40:14 65:22 71:6

**4038**  15:20 16:6

**44**  23:10,13

**4:00**  66:2

## 5

**5/2019**  74:6

**50**  59:17 71:6

**5:00**  91:5

## 6

**6**  70:12,13 76:12

**6.5**  41:18

**6.50%**  41:5

**69**  46:20

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Index: 6:00..applied

**6:00** 91:5

**7**

**7** 24:10 79:12

**736** 16:18,21,24 18:5,11

**8**

**8th** 29:10

**9**

**9/18/49** 9:1

**9th** 29:10

**A**

**a.m.** 6:15,17 7:15,17 8:14,16 39:15,17

**ability** 8:6 81:5

**able** 41:1 43:9 66:7,11 88:17

**about** 8:19 9:3,6 10:9 12:13 17:14,17
25:3 26:11 29:7 32:8,12,14,24 33:18
36:9,10,13,14,18 37:23,24 38:1,18
39:2,7,8,24 40:8 43:3 47:20 49:22
55:24 57:5,11,19 59:19,20 66:21
70:20 72:19 74:4 76:24 77:2,4,9
81:14,21 84:15 87:10 88:9,10 89:22
91:16 92:14 93:3

**above** 76:23

**absent** 66:7

**absolutely** 53:2 88:22

**abuse** 11:10

**accept** 21:21 22:1,4 38:4 62:7

**accepting** 39:12 62:6

**access** 29:14,22 33:6 82:9

**accident** 21:9

**according** 41:20

**account** 80:5,12,16 82:9

**accounting** 41:3

**accurate** 30:6 47:14 61:21,22 64:18,
22 70:16 71:4 72:19 74:10,12,14 76:9

**Aceveda** 37:4,6,11,13 38:20 39:2,8,
24 50:13

**acquisition** 11:14

**action** 28:13 40:17

**actions** 44:11 55:21 57:11 58:7,14
66:3

**active** 86:20

**activities** 80:21 92:11,12

**actually** 21:8,15 41:17 53:13 56:12
69:20 70:6 89:4

**add** 77:24 88:18,24

**added** 88:20 91:11

**addition** 84:1

**address** 16:16 18:9 35:23

**admin** 10:18,19

**administration** 10:2

**admit** 69:4

**advance** 25:15

**advanced** 9:7

**adversary** 5:11,19 83:8 84:17

**affect** 64:5 80:20 90:14

**affected** 86:13

**affects** 81:1,2,3,4

**after** 24:9 31:22 38:24 40:5 44:14
55:11 62:10 76:20 80:4 84:24 94:9

**again** 5:12,13 6:9,14 7:14,19 17:5
20:17 37:8 39:23 49:4 52:13 62:4
64:19 74:8 79:16 83:2 94:17

**against** 23:11

**agency** 20:21 22:9,10 42:10,15

**ago** 17:14,17 18:3,16 37:17,18 44:9
47:7 72:18 84:11

**agree** 5:23 15:16 19:18 20:14,18
26:13 27:2,19,23 33:4,8 54:5 63:2
88:22

**agreeable** 65:14

**ahead** 13:5 29:24 32:2 45:23 56:23
65:1 77:18 82:17 86:2 87:18

**albatross** 87:19

**allow** 32:7

**allowed** 45:21

**allowing** 60:21

**almost** 73:16,19 84:10 92:24

**along** 79:19

**already** 61:8 71:10,13 79:18 90:16

**also** 9:24 14:21 16:14 71:5 74:4 83:4

**always** 53:17 60:8 81:20,21

**amount** 12:12 22:15,17,18 28:1 87:22

**amounts** 38:6 62:8

**and/or** 64:4 66:3

**annually** 43:2

**another** 16:14 23:23 60:11 62:23 63:6
64:11 65:8,12 66:14 67:10,19 69:3
72:13 73:21 75:23 80:2

**answer** 6:24 8:10 30:13 31:7,22 32:8,
21 40:2 41:22 52:7,11,16,19 53:9
58:21 62:4 81:7 84:20,22

**answers** 8:7,22

**Anthony** 5:3 8:4 46:20

**anxiety** 47:9 59:12 71:8 76:5,13

**anxious** 47:7 74:8

**anxiousness** 73:2

**any** 6:4,22 8:5 9:6 12:22 13:14 15:15
16:3 17:10 20:4 23:16 24:2,16 25:6
26:2 28:4,5,18,24 30:20 31:1,5,12,15,
19 32:1,3 33:12 34:15 35:1,11 36:15,
24 38:23 41:8 45:9,14 46:8 49:24 53:3
55:21 56:4,5,23 57:1,10 58:4,11,22
59:23 60:2,14 61:5,8 63:22 67:6 70:2
77:1 78:16 80:21 81:8,9 86:12,15
88:18 92:12

**anybody** 51:8

**anymore** 25:18

**anything** 26:10 34:8 35:9 56:1,6 57:3
75:14 77:13,23 81:21 91:16 93:1 94:2

**anytime** 85:12

**anyway** 49:12 52:5

**anywhere** 63:19 83:9

**apnea** 68:12,16,23

**appear** 34:6

**application** 39:3 42:20

**applications** 39:9

**applied** 22:7 41:8,9 42:7 80:16 82:7,
20

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Index: apply..brought

**apply** 22:6 41:17 42:6 43:18 82:17

**appointment** 90:4

**appointments** 90:1

**appreciate** 30:13 73:19 77:20 84:21 94:6

**approximately** 70:14

**April** 69:9,13,18 70:3 80:19 85:5 86:11 92:23

**are** 7:5,13 8:5,12 12:14,18,20 16:10, 24 27:24 30:15 39:18 40:17 42:2 44:23 45:17 46:6,18 52:19 55:14 56:6 57:10 59:23 63:18 64:3 71:24 77:14 78:5 87:2 88:8 90:23

**area** 14:10

**areas** 88:4

**around** 11:2,22 48:11 64:1 85:12 87:19 89:17 92:12 93:16

**arrears** 21:1

**ask** 6:6 13:4,5 32:12 38:14

**asked** 19:21 29:12,14 32:1,14 39:23 55:1 57:14 70:19 74:4

**asking** 9:2 12:23 58:8 74:7 84:19 88:6

**asks** 40:15

**assessment** 69:12 76:11

**assuming** 51:13

**Atlanta's** 89:5

**attorney** 20:2 24:11 25:9 26:5,11 32:11 56:13 85:20

**attorney's** 29:9 33:16 60:24

**attorneys** 28:12 32:14,22 45:19 54:21,24 55:8 59:19,20 77:9 81:23 82:24 83:1

**August** 23:23 24:6 25:6

**automobile** 21:9

**available** 43:6,16 80:12

**average** 81:1,2

**avoid** 6:24

**awareness** 11:13

**away** 73:4 92:5

**awhile** 10:5 84:7

## B

**back** 6:18 7:18 8:17 23:7 39:20,22 40:12 44:18 48:18 49:20 54:14 56:21 64:2 65:3 70:9,11 71:5,9,14 72:23 76:21 78:24 80:12,19 81:16 87:17 88:7,8 92:10,22

**background** 9:3,6 13:2

**backwards** 53:3

**balance** 83:17,24

**band** 86:22,23

**bank** 5:10,19 15:12,17 16:2 20:16,20, 22 41:18 44:12 54:12 55:14,22 57:12 58:7,14 59:23 62:6 64:5,10 66:4 81:16 82:5 84:6

**bankruptcy** 19:9,12,19 23:15,23 24:5,9,10 25:5,19 26:14 27:4 41:4,15 42:22 53:13,14,15,23,24 54:4 65:7 72:8 76:20

**based** 12:3,4 72:3

**basically** 32:17 67:4 70:19

**basis** 10:20

**beautiful** 87:1

**became** 43:5

**because** 13:16 17:20 19:2 22:21 24:11 25:8 26:8 27:11,13 30:6 31:23 32:17,23 33:13 34:11 36:17 37:24 41:18 44:13 45:17 46:3 47:17,24 49:14 50:22 51:24 53:3,21 55:16 56:7, 17 57:13 60:1 62:13,18 66:12,22 67:23 68:1 70:17 72:7 73:2 75:5,10 77:13 79:9 82:17 83:5,7,15 84:6 86:7, 15 87:9 88:17 91:13 93:7,21

**become** 43:16

**becomes** 46:4

**becoming** 48:21

**been** 5:4 6:12,21 7:5 9:12 10:5 12:1,2, 4,5,10 17:22 18:4 21:8 23:14 27:13 43:9 44:8,10,11 47:1,2,6,23 49:6,10 55:20 58:4,11 59:4,9 60:1,4,20 61:20 62:12 64:7 65:6 66:7 71:13,16,17 72:22 73:7 75:17 77:17 78:13 81:24 82:1 86:21 87:19 88:10,16 89:13

**before** 6:4,22 18:7 28:4 29:11 30:7 35:4 42:22 48:20 49:13 53:1,10,14 71:23 72:7,22 82:3 85:6 86:14

**began** 44:14 53:12 54:6 91:12

**begin** 12:8

**beginning** 44:7 86:7

**behalf** 28:13

**behind** 10:10 21:4,6,20 22:14,19

**being** 5:21 7:4 14:17 20:4 24:3,17 26:2 28:5,18 30:20 31:2,12,15,20 32:22 34:16 35:2,10,11 41:1 45:9,14 47:18 60:14 61:6 74:21 77:9 78:18 81:5 83:19 93:13

**belief** 8:21

**believe** 8:21 12:11 13:3 14:1 27:6 35:19 43:6,13 44:13 51:10,14 59:22 66:1 67:2 75:12 85:1 91:10

**believes** 68:14

**belongs** 17:7

**best** 8:20 70:3 72:10 79:4 94:4

**better** 10:8 83:23

**between** 11:19 15:11 16:1 54:11 58:6,13 86:11

**beyond** 50:16

**bills** 55:1,2,7,15

**binge** 93:20

**birth** 8:24

**bit** 9:3,6 40:13 43:3 49:22 94:3

**blurry** 65:24

**bombarded** 77:9

**both** 18:7 87:16 88:4

**bothered** 38:15

**bottom** 23:2 31:8 44:20 46:18 76:11

**Boulder** 15:20 16:6 17:4,19

**break** 6:4,16,23 7:16 8:15 39:16

**Bret** 5:9,18 27:14 32:1 35:4 77:21 86:17 94:14

**brief** 6:16 7:16 8:15 34:14 39:16

**briefly** 64:2

**bring** 90:9

**bringing** 88:14

**brought** 51:18

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Index: burden..continues

**burden** 22:22

**business** 87:13,24 88:6,15

**busted** 84:4

---

**C**

**calculated** 54:20 59:18

**calculation** 71:7

**call** 38:9 42:12 79:15 80:23 81:13,15, 16,17,18,23

**called** 93:18

**calling** 90:3

**came** 30:24 54:21 56:22 84:9 85:12 86:5

**can** 5:14,24 6:14 7:9,12,21 8:2,13,21 14:21 15:1,7,15 22:24 27:14,16 29:7 31:6,8,21 33:20 34:3,19 35:12 37:8 39:11 45:12 46:9,12 51:19 52:4,10,15 54:19 55:9 57:20,24 58:19 64:12 66:14 69:4 72:10,13 73:22 74:7 75:18, 23 77:24 78:5 82:18 88:24 89:8 90:3 91:21,22 92:2,5,7 94:4

**can't** 24:4 26:23 30:22 33:13 34:11 36:12 37:22 40:5 47:17 61:9 63:24 64:1 73:8 75:7 79:2 81:14 83:8 84:17 91:16,23 92:4 93:6

**canceled** 92:24

**cancer** 10:10 55:19,21 56:5 58:6,13, 24 59:4

**cannot** 8:9 28:14

**care** 10:15,16 25:12 47:1 87:13 89:3

**CARVER** 5:3

**case** 25:5,10,16 26:6,14 27:4 30:17 36:7,11,16,22 37:1,24 38:2 60:20

**catch** 21:17

**category** 42:23 54:15 59:11

**causal** 58:6,13

**caused** 21:3 58:24 60:6 74:12,20 82:6

**causing** 73:3 75:1

**center** 23:4,6 38:4 53:21 87:14

**centers** 9:17

**CEO** 81:16

**certainly** 52:10,15

**certified** 27:24 30:8 33:9,11

**chair** 92:18

**challenge** 87:10

**Chaness** 5:7,9,14,17,18 6:2,10,18 7:18 8:1,17,18 39:18,21 85:11 94:5,15

**change** 61:9

**changed** 49:17 75:19

**Chapter** 24:9,10 26:6 62:10 79:10,12

**charge** 50:18

**charging** 83:16

**charts** 10:23

**check** 30:9 84:9,10,16

**checks** 84:5

**chemo** 8:9

**chemotherapy** 56:9 74:9,13,15,20

**child** 12:17 86:20

**children** 12:15,16,18 14:9 92:3

**Chris** 32:16

**chronic** 47:1

**church** 63:19

**churches** 90:7

**circumstances** 72:10

**citalopram** 74:5 75:3,8

**Citizens** 5:10,18 15:11,16 16:2 20:16, 19,22 21:14 29:17 44:12 53:17 55:14, 22 57:12 58:7,14 59:22 64:4,9 66:3 82:4

**city** 90:8

**claim** 23:11 35:19,20 40:22 52:1,3 53:11 78:15

**claimed** 57:1

**claiming** 40:17 43:4 51:22 64:3

**class** 90:23

**clear** 8:6,22 58:3

**clearly** 6:7,24 7:1

**clinic** 10:15,17 47:1

**clock** 47:3,22

**clock-in** 48:1 49:16

**clock-out** 49:1,6,13

**clocking-out** 48:24

**close** 13:22

**closer** 79:23

**closing** 41:4

**clubs** 90:8

**coffee** 70:9

**Cohen** 76:3,24 78:10

**college** 9:7

**combination** 82:5

**come** 36:13 44:18 52:2,8 54:23 59:14 93:20

**comes** 91:14

**coming** 50:3 62:20 85:10 94:16

**comment** 51:20

**community** 10:24 11:2,7,20 46:24

**company** 54:13 84:2

**complaint** 28:11,21 35:21

**completely** 10:11

**computer** 14:21 94:10

**concerned** 10:9

**concerning** 35:20

**concerts** 92:19

**concluded** 94:21

**condescending** 38:8 81:20

**condition** 55:16,18

**Conley** 16:7

**connection** 6:11

**consecutive** 17:9

**consent** 26:21 27:3 33:7 39:4,9

**considered** 50:2

**consistently** 92:6

**contempt** 35:21

**continue** 52:1 68:3

**continued** 68:6

**continues** 68:8 94:12

Case 20-06070-sms   Doc 66-1   Filed 08/17/22   Entered 08/17/22 10:05:47   Desc
Exhibit A -- Deposition Transcript of Anthony McClarn   Page 33 of 44

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK                    Job 33819
Anthony Mcclarn September 16, 2021                      Index: continuously..dispute

continuously 43:11

contractor 84:4

conversation 81:20 82:12

conversations 38:21 61:20

convoluting 21:11

cooperation 73:20 94:8

copied 34:6

copies 55:7

coping 76:7

copy 30:9

correct 5:24 8:7,22 15:10,20,21 22:18 27:8 28:2 47:10,20,24 49:9 58:4,8 60:7 63:10 64:8 66:19 68:5,11 69:12, 18 71:14

corrected 35:9

correctly 54:9

correlation 54:11

cost 55:5

costs 54:16 57:1

could 8:6 21:11 37:2 55:10 59:5,8 63:21 68:4,9 74:16,18 80:13 84:7 85:16 87:18,22 89:14

could've 59:9 73:7

couldn't 53:7 66:12 87:4 93:15

counseling 11:11

counted 87:20

county 17:21,23 18:2,13,15

couple 78:7 84:22

court 6:12 7:2 19:10 29:16 32:6 46:5 57:24 61:8 80:11 82:8 86:2

courts 82:2,9

crazy 40:8 82:1

credit 41:13,21 87:17

creditor 23:15

current 10:12 26:22 27:8,12,20 51:11,13 58:6,24 78:19 84:16

currently 9:20

**D**

daily 10:20 80:21

damage 40:22

damages 40:17 42:23 51:23 52:1,4 54:15 64:3 71:7 84:3

date 8:24 30:4,10 41:23 88:7

dates 40:3

day 22:22 29:10,11 30:11 33:16 66:2 68:4,9 69:19 84:12 91:20

days 28:1 29:18 30:7 41:22 80:14 81:1,2 82:22

daytime 69:11,15,17,24 70:2

deadline 29:11

deal 44:14 78:1 83:5 91:18 92:6

dealing 54:11 59:10 60:4 62:5,14 65:7 73:7 76:19 77:8 87:21 91:24

dealt 91:18

Debtor's 26:21

December 25:19 27:4

decent 12:12

decision 50:14,19

declined 60:4

decreased 75:13

deed 15:9,11,23 16:1

Deem 26:22

defend 56:11

Defendant 33:5

defense 33:14

define 13:7,10

definitely 11:23

degree 9:10,11,14,19,20,24 10:7

degrees 9:7

Dekalb 18:2,12,14

delivered 29:4 30:5

denial 39:12

department 81:18

deposition 5:21,24 6:3,22 16:1,9 31:21 35:12 45:13 46:14 52:15 55:12

depositions 77:13

depression 70:16

Depressive 76:5,13

describe 40:16 72:1 78:19

description 47:13 89:6

designed 89:4

detail 40:16

deterrence 89:23

developed 89:4

diabetes 71:1

diagnosis 76:6,14

did 12:8 22:10 23:9,17,19 24:8 29:19, 23 32:16,21 33:3,11,12 37:18 38:1,20, 23 39:2 40:7 41:19 42:6,10,16,17 43:16,18 45:3 50:17 54:23 55:8 56:17, 19,24 57:3,17 58:17 59:3,14 62:13 67:6,19 68:14,18 70:2,8 72:21 73:1 74:24 75:3,6,8 80:20 82:1 86:7,15 87:15 88:18,23 90:13

didn't 21:6,11,16 22:8 23:13,16 32:12 34:4 42:8,11 47:24 48:9,24 57:13 62:9 67:18,23,24 68:17 71:2 73:5 75:10,13 77:2 80:4 82:13,14 84:4 94:7

diet 75:19

difference 12:24 85:16,17,18

different 14:13

difficult 90:16,17 91:1 94:3

direct 54:10

DIRECT-EXAMINATION 8:1

directly 58:15

discontinued 74:6

discrepancy 62:18

discuss 36:22

discussed 36:5,7 38:19 39:5

discusses 49:4

dismissal 24:15 25:1

dismissed 26:7

dismissing 25:5

dispute 41:2

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK

Anthony Mcclarn September 16, 2021

Job 33819

Index: distracted..failed

**distracted** 49:7,10

**distribution** 80:13

**District** 19:10

**diversion** 11:18

**doctor** 55:20 56:2,4 58:4,11,22 60:2 70:20 73:10 77:12

**doctor's** 77:21

**doctors** 55:23 56:2,3 57:10,17 78:13 89:11

**document** 14:23 15:1 19:5 23:24 24:18 25:21 26:19 27:16 28:9 30:18 31:14 33:23 44:21 60:12 62:24 64:14 65:10 66:16 67:14 69:6 72:15,17 73:24 76:1

**documentation** 50:1

**documents** 14:16

**dogs** 87:1

**dollar** 59:17 71:7

**dollars** 21:1 53:20 57:5,9 79:11,13, 21,23,24 83:13 84:13 85:16,18

**doubt** 53:3

**down** 27:14,16 28:17 29:1 31:6,8 49:3

**downstairs** 14:4

**Dr** 61:15,16 63:6 64:20 65:12,20 67:11,16 68:14 69:8 70:14 74:3,6,24 75:3 76:3,24 78:10

**drag** 82:6

**dream** 87:12

**dreams** 92:1

**drinking** 70:9

**drive** 15:20 16:7 17:4,19 24:22 44:20

**driver's** 18:10

**due** 41:1,2 43:8,14 64:17,22 66:3,23 67:3 68:4,9,15 76:6,13 80:22 92:13,24

**duly** 5:4

**during** 17:2 18:19 21:10 43:15 53:13 54:3 62:5 65:6 68:3,9 69:19 70:5,9 72:7,23 73:8 77:7 93:1,6

**duty** 87:8

**E**

**earlier** 14:1 62:11,17

**easier** 14:22

**easy** 91:20

**education** 11:5,6 89:19

**educational** 9:5

**educator** 11:9

**effort** 11:21

**eight** 12:7,11 57:8

**either** 40:6 42:9

**election** 18:19,21

**eliminate** 58:18

**else** 18:8 44:1 56:1 60:6 74:17 76:18 83:15,22

**emergency** 90:2

**emotional** 78:16

**employer** 23:7

**end** 7:20 38:11 44:7 53:20 79:12 91:20

**ended** 53:19 62:20

**Endeshaw** 69:8 74:3,24

**energy** 70:7

**enjoy** 87:4 94:2

**enjoyable** 90:16

**enjoyed** 92:15

**enjoyment** 93:13

**enough** 81:7

**entered** 27:3 45:19 60:20,23,24

**entry** 28:1 39:9 65:19 84:24

**equate** 87:23

**especially** 56:8 90:18

**establishing** 28:21

**evaluation** 46:21

**even** 17:16 32:12 41:14 43:20 46:8 48:24 49:1 53:13,22,23 66:9 77:21 78:13 80:5,10 83:14,20 90:17 91:1

**events** 76:6,14,17,22 77:1,3

**eventually** 47:4

**ever** 6:3 23:17,19 32:21 39:2 42:6 67:19 74:24 86:15

**every** 42:11 65:21 66:2 70:14,21 71:2 82:11 86:24 93:20

**everybody** 93:7,9

**everybody's** 88:21

**everything** 17:6,7 25:8 43:10 53:5 74:17 81:10,12 82:2 87:16 93:10

**exact** 40:2

**exactly** 12:10 44:5 51:1 62:21

**exaggerated** 72:3

**example** 93:17

**examples** 81:8,10,12 86:12

**excessive** 68:3,8

**excitement** 87:5

**Excuse** 39:13

**exercise** 75:18

**exhibit** 14:24 15:3,7,22,24 19:4,6,7 20:5,8 23:21,22 24:1,3,13,17,19,23 25:18,22 26:3,16,17,20,24 28:6,8,10, 15,18,23 30:14,19,21,23 31:2,13,16, 20 32:4,10 33:20,21,24 34:16 35:2,11 40:13 44:17,18,19,22 45:10,15 46:1, 12,15 49:20 54:14 60:10,13,15 61:6, 10 62:17,23 63:1,3 64:2,11,15 65:8, 11,13,17 66:13,17 67:10,12,15 69:2,7 70:11 71:9 72:12,16 73:13,17,18,21 74:1 75:22 76:2

**exhibits** 7:4,9

**expect** 10:3

**expenses** 55:6

**expertise** 88:3

**explain** 18:8 31:21 32:7 54:19 89:24

**extent** 32:19

**extremely** 90:17

**eyes** 65:23

**F**

**fact** 21:15 32:12 43:14 62:12

**failed** 33:5

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Index: failing..Heran

**failing** 24:15

**failure** 25:2

**fair** 18:4 41:20

**faith** 30:1

**family** 11:17 12:14

**fast** 34:12 78:4

**fatigue** 68:3,9,15,19 69:18 70:3

**February** 19:13,19 21:4,6 29:3,4 30:4
78:24 79:3,6 80:6,8,19 85:4,6 86:11
92:23 93:10

**federal** 5:22 11:1

**feel** 47:7 52:21 65:23 90:2,5

**feeling** 84:23 85:4 91:9

**fees** 24:16 25:2,8,15

**FICA's** 41:14

**fifteen** 79:20

**figure** 92:7

**file** 24:8,21

**filed** 5:11 19:13,15,19,22 20:2,3 24:5
25:5,19 27:4 28:12 42:22 54:3 62:16

**filing** 24:9,16 25:2,8,15 38:12

**finalized** 88:1

**finances** 87:11 88:14

**financially** 57:16

**find** 56:22

**fine** 6:12 22:12,13 24:7 30:2 32:3
34:13 35:6

**finish** 10:6,8

**finished** 91:6

**first** 5:3 15:8 35:15 36:2 37:8 40:22
50:8 92:18

**five** 57:5

**flak** 79:16

**Florida** 14:14

**focus** 31:7,11 43:10 94:1

**focused** 93:14

**focusing** 75:18

**follow** 8:9 67:18

**follows** 5:5

**football** 92:17

**forget** 48:19

**forgets** 47:4

**forgetting** 47:2,22 48:12,14,21 49:6
61:19 63:17

**form** 22:10

**former** 23:7 55:8

**forward** 82:10 87:18

**forwards** 53:4

**found** 58:5 82:13 86:6

**four** 12:16 21:12 57:5 79:21

**frame** 33:17 37:15 38:18 53:11 88:8

**free** 56:7 74:16

**freezes** 7:19

**friend** 13:20,21,22

**friends** 13:13

**froze** 5:16

**frozen** 5:12,13 6:9 8:11,12

**full** 7:12 8:2 13:1

**funds** 27:24 29:2 30:1,8 33:9,11 39:4

**furniture** 17:7

**further** 27:16 28:4

---

## G

**Gabriela** 76:3

**games** 87:7 92:17

**gave** 29:12 30:8 82:9 85:21

**generally** 44:6

**Georgia** 16:7,15 19:10

**give** 8:6,21 29:21 34:13 36:12 38:6
57:20 80:12 82:21 93:17

**given** 6:3,21 33:17 44:11 51:8 67:16
74:8

**god** 12:7 42:22

**good** 5:7 29:24 66:8 75:11

**Google** 24:22 44:20

**government** 11:1 89:12

**grade** 50:16

**graduate** 9:10 10:3

**Grady** 10:13 12:9 44:24 45:6 46:24
88:3

**great** 94:19

**grown** 12:19 14:9

**guess** 81:11 89:14

---

## H

**H-E-R-A-N** 58:2

**half** 82:19

**Hampton** 16:15,17

**handed** 89:13,15

**hands** 89:14

**happens** 59:5

**happiness** 81:4 87:5

**happy** 81:6

**hard** 93:24 94:1

**he** 12:17 18:1 20:3 25:9,16 26:8,9
36:19,20,24 37:2 47:2,3,5,7,8 49:5,6,
7,8 61:18 65:21 69:20,23,24 70:19
74:7,8,9 82:16

**he'd** 86:20

**he's** 61:3

**head** 72:5

**health** 10:9 11:5,8,9 46:24 81:3 89:2,
18,21,23 94:12

**healthy** 11:3

**hear** 5:14 6:14 26:10 62:22

**heard** 5:15

**hell** 66:5 86:23 87:16

**help** 11:3 89:19 90:9

**helped** 70:7 75:15

**helpful** 47:9 55:11

**helps** 7:2 8:13

**Henry** 17:20,22 18:12

**her** 36:10,14 38:1,13,16 40:5,7 50:8,
16 70:22,24 71:1,2

**Heran** 57:22,23

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

**here** 6:13 7:4 14:16,18 17:20 22:24 23:22 26:16 28:15 31:8 32:18 35:3 38:18 42:24 56:15 61:15 64:11,16 69:2 80:14 82:22

**hey** 11:23

**high** 79:9

**higher** 83:18

**him** 36:22 56:18 70:8 75:5,6 83:1 92:19

**HIPAA** 45:18,20

**his** 17:24 47:9 65:23 82:15 87:7 92:11

**history** 42:18

**hmm** 6:8 7:1

**Hold** 25:3 64:23

**home** 10:21 12:3,4,6 14:3 87:13 91:3,6

**homeless** 11:16 90:19

**honest** 40:4 56:16 68:20

**honor** 86:24

**honored** 83:20

**hope** 94:7,12

**hopefully** 83:7

**Horizons** 23:3,6,17,19

**hospital** 9:18 10:13 11:4,20 43:12 44:24 45:6 89:3 91:2

**hotel** 57:7

**hourly** 49:18

**hours** 49:16

**house** 17:6 81:22

**housing** 11:12 91:24

**hundred** 79:21

**hurt** 21:8 68:1

___

**I**

**identified** 5:4

**identify** 35:18

**illnesses** 53:6

**impact** 81:9

**impacting** 66:23 91:15

**impair** 8:6

**impairment** 46:22

**important** 38:17 51:24 77:5

**improve** 94:12

**in-person** 12:2

**inaccurate** 41:3

**include** 63:20

**including** 56:24 57:6

**income** 38:12

**incorrect** 62:8

**incurred** 40:24

**individually** 34:19,24

**info** 67:17

**information** 9:3 35:20,23 38:10 52:2

**instances** 11:20

**insurance** 56:24 84:2

**intelligent** 86:19

**interact** 89:7

**Interdenominational** 9:17

**interest** 40:24 83:16 93:19

**interesting** 93:22

**internet** 6:11

**interrogatories** 34:2

**interrogatory** 13:17 30:16 40:14 70:12

**involved** 50:13

**issue** 27:7,11,19,21 63:16

**issues** 11:8 18:24 38:18 39:3,7,24 41:3 48:3,11 61:19,23 63:9,14,22

**ITC** 9:15,16

___

**J**

**January** 37:19 38:23 63:7,12 67:11 84:24

**jazz** 86:23

**Jena** 13:19 14:3 16:23 36:3

**job** 10:12,14 11:13,14 43:16,18 44:11 50:2,23 51:2,9,15 63:23 88:14 89:6 90:15,24 91:10,19,21

**jobs** 43:19 89:16 90:22

**judge** 61:5

**jump** 44:17

**justify** 82:14

___

**K**

**keep** 22:21,23 72:4 81:22 86:8 87:10, 17 93:15

**Keeping** 90:1

**kept** 21:22 80:8

**kind** 33:12 56:5 57:15 63:14 75:17 82:14 83:24 88:8 92:2 93:24 94:1

**kinds** 88:23 89:23 94:1

**knew** 37:23

**know** 5:9,16,17 6:3,5,22 7:3,8 13:9 18:8 19:14,24 20:3,21 21:19 22:21 23:14,16 24:16 25:11 27:21 30:3,5 31:5,11 35:8 36:17 37:2,20,21,23 38:13,17 40:2,7 44:8,10,13 45:11,16 46:2,7,8 47:12,15,16 48:6 49:1 50:9, 11,18,24 51:1,8,11,17 52:6,7 53:3 56:10 57:22 60:3,5 68:18 69:20,22,23, 24 70:5 72:4 73:3,8 75:17 77:17 81:21 82:17 85:11,20 87:22 91:9,19,20,22 93:23

**knowledge** 35:19

**known** 35:24

**knows** 36:9,18

___

**L**

**L-E-S-E-A** 57:22

**lack** 70:15

**last** 17:3,12,15 18:1,14 34:3 41:7 49:17 50:11 58:1 67:17 86:9 93:12

**later** 13:4 71:20 86:6

**lawsuit** 18:24 27:8,12,20

**learning** 45:23

**least** 12:11 48:18 65:2

**leave** 91:8 92:2

**leaves** 49:8

**left** 26:9 49:11,21 91:6

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Index: legacy..might've

**legacy** 92:2

**Lesea** 57:22,23

**less** 82:18 85:6

**level** 72:1 78:19 79:1,2 85:5

**license** 18:10

**life** 75:21 81:9 86:13,17,18 88:19,21, 24 91:11

**like** 11:23 15:10 18:7 22:2 34:3,7,22 38:15 43:24 45:16 46:13 47:6,23 48:16 49:12 53:1 57:7 62:1 82:9 87:6, 16 89:9 90:5 91:7 93:8,14,16

**link** 10:24 11:19 14:19,22 15:15 58:6, 13

**listed** 13:18 23:15 36:3,20 37:3 43:20

**listening** 59:16

**litigation** 7:10 45:22 60:22

**little** 9:2,6 24:21 40:13 43:3 49:22 74:17 94:3

**live** 14:6,9,12 16:14

**lives** 12:17

**living** 16:10 90:22

**LLC** 5:11

**loan** 20:15,19 21:4 41:2,8,17 42:2,3 81:17 82:15 84:16 88:15

**Loancare** 5:10,19 20:11,14,18,21 21:14,21 29:17 38:4,19 39:3 44:12 53:18,21 55:13,22 57:11 58:7,14 59:22 62:6 64:4,9 66:3 79:16 81:19 82:4,20 84:6,10

**Loancare's** 39:8

**lodge** 46:16

**log** 7:20 8:12

**long** 12:5 17:22 47:6,23 65:23 71:16 82:6 94:7

**longer** 49:18 56:14

**look** 14:21 15:10,14 31:4 45:12 54:14

**looking** 30:24 31:17 50:5 92:22

**losing** 87:21,23

**loss** 63:8

**lost** 43:1,4 49:22 51:22

**lot** 11:22,24 36:18 45:23 57:14 70:7

**loved** 92:17

**lunch** 78:6

**lymphoma** 68:22 76:6,14

---

**M**

**M-A-G-D-A-L-I-A** 37:5,10

**machine** 67:24

**made** 58:24 59:4,7,8,9 60:1 90:15,24

**Magdalia** 37:5,11

**mailed** 29:3

**main** 39:11

**make** 12:24 21:20 29:7 33:6 80:12 89:17 92:7

**makes** 55:23 56:8 58:18

**making** 50:14,18 79:15 82:11

**male** 46:21

**managed** 72:9

**manner** 38:9

**many** 71:14,15 88:7

**March** 80:8,15 85:4

**Marching** 86:22

**mark** 15:23 31:22 32:4 45:24 64:12 65:13,17 66:14 67:12 69:5 72:13 73:22 75:23

**marked** 14:24 15:7 19:4,6 20:5 23:22 24:1,3,17,19 25:22 26:3,20 28:5,10,18 30:19,21 31:2,12,16,20 33:24 34:16 35:2,11 44:22 45:10,15 46:11,14 60:13,15 61:6,10 63:1,2 64:15 65:11 66:17 67:15 69:7 71:10 72:12,16 74:1 76:2

**marking** 28:22

**married** 12:14,20

**Masters** 9:12,14,19,24

**matter** 86:7

**maybe** 12:7 17:14 37:16,17 71:20,22 83:22

**Mcclarn** 5:3,8,23 6:20 7:12,19 8:2,4, 19 9:2 12:13 13:16 14:20 15:1,6 16:4, 10,21 18:20 19:3,12 21:3 22:12 24:2,

**me** 5:14 6:5,14,22 9:6 10:10,19 12:14, 17 14:6 17:7 19:18,21 20:2,14,18 22:3 24:16 25:3 26:8 27:11,12 29:14,17 30:2 31:5,11 32:1,12,22 33:4,8 35:8 38:6,11,14 39:13,23 41:16 43:3 50:3,5 51:1,2,3,18 53:1 54:5,19 55:1,23 56:3 57:14,20 58:8,10 60:8 61:3 66:10,21 67:4 74:15 75:10 77:12 80:12,13,17 81:16 82:2,8,9,16,21 83:11,16 84:12, 14,15,19 86:8 89:7 90:14 91:14

**mean** 13:7,12 25:11,12 30:3 36:12 37:16 46:4 48:19 49:18 55:5 61:7 62:9,12 71:23 77:17 78:12 80:23 81:13,24 83:20 88:3 91:17

**Meaning** 69:16

**means** 46:3 83:17 91:4

**meant** 69:21,23,24

**measure** 85:11

**Medalia** 37:3

**medical** 7:5 10:22 44:23 45:2,17 46:3,6 48:6 54:16 55:1,2,5,15 57:1 58:5,12,23 60:11,18,21 62:23 63:4 64:12,13 65:9 66:14 67:10 69:3 72:13 73:21 74:22 75:23

**Medicare** 56:24

**medication** 8:5,8,20 67:6 75:13,15

**medications** 55:5 89:20

**medicine** 8:9

**meditation** 75:21

**meet** 89:4

**mellophone** 92:19

**Memorial** 10:13

**memory** 46:21 59:13,21,23 61:18,23 63:8

**mentioned** 9:23 14:1 61:18 67:16 71:12

**metro** 89:5

**middle** 20:11,24 44:7 90:23

**might've** 72:22

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Index: mind..overnight

**mind** 12:23 19:1 51:4 93:15

**minute** 39:13 64:23

**miss** 86:15

**missed** 86:24 92:13 93:4

**missing** 43:13 86:17 93:7,9

**mm** 6:8 7:1

**models** 88:11

**modification** 22:7,8 41:8 42:3,4,6,21

**modify** 41:1

**moment** 78:21

**moments** 73:2

**money** 21:18 23:16 29:9,20 30:6
32:20 33:15 79:19 80:15 82:7 86:5

**month** 38:20 80:2 82:11 85:15

**months** 12:7 17:14,17 22:5 41:5 49:5
61:21 70:15,21 71:3 79:17 84:11 88:7
90:6

**mood** 47:9

**more** 9:18 10:9 17:12 18:16 26:10
27:13 40:13 49:22 50:3 51:14 52:21
71:23 78:7 84:22 85:8,9 90:17 91:1
94:3

**morning** 5:7 65:22 66:2

**mortgage** 15:16,19 20:15,19 21:4
26:22 54:12

**most** 78:18 89:5,8

**mostly** 87:8 91:3

**motion** 26:21 62:16

**move** 15:22 23:21 25:18 26:17 27:14
28:8 30:14 33:20 40:13 51:20 59:11
62:22 78:4 87:18

**moving** 18:23 22:21

**mumble** 6:8

---

**N**

**name** 7:13 8:3 35:22 37:8 50:6,8,11,
24 58:1 82:16

**named** 14:3

**names** 48:16,19,20 57:21 61:19 62:1

**natural** 60:5

**naturally** 75:12

**necessarily** 13:10 48:15

**neck** 87:19

**need** 6:4,23 15:14 26:10 33:19 42:12,
13 45:13 46:14 52:10,16 73:15 77:22

**needs** 35:9 89:5

**needy** 89:5,8

**negatively** 91:15

**neighborhood** 57:8 79:9

**never** 6:21 22:11 32:14 33:14 41:19,
23 42:13 51:1 69:1 86:24

**new** 23:3,6,17,19 50:22 70:6

**next** 14:21 36:19 37:3 42:23 46:10
54:14 59:11 68:2 84:12 85:17

**nice** 94:16

**night** 17:13,16 68:1,24

**night's** 66:8

**nights** 17:9

**Nine** 78:23

**Nobody** 58:15

**Nope** 47:24 48:5,8 67:7

**normal** 71:23

**Norther** 19:10

**note** 61:15 63:6 65:12 68:2 69:8 74:2

**notes** 46:18

**nothing** 21:23 68:19

**Nottingham** 13:19 16:23 36:3,8

**November** 41:9 53:16 54:7

**number** 26:20 31:10 32:9 34:18,23
35:16,22 40:14 59:14,17 70:12,13
71:6 76:11

---

**O**

**oath** 5:5

**objection** 16:3 20:4 24:2,17 26:2
28:5,18,24 30:20 31:1,5,12,15,19 32:1
34:15 35:1,11 45:9,14,24 46:12,16
52:9,12,14,17,18 60:14,17 61:5 63:4,5
64:13 65:14,16,18 66:15 67:13 69:4,5
72:14 73:23 75:24

**objections** 61:12

**objects** 32:18

**obstructive** 68:12

**obvious** 56:19

**October** 46:19 47:14 75:8

**office** 29:10 30:12 33:16 91:8

**officer** 41:19 82:15

**oftentimes** 87:9

**once** 86:3

**one** 10:12 12:16 17:13,16 19:7 25:17
27:21 31:7 32:5 43:19 50:3 53:20
56:20 62:13,16 70:23 78:17 85:24
87:13,14 89:16

**online** 29:14,18 33:5,10,13

**only** 7:9 22:3 28:22 48:10 49:16 56:8
63:16 72:23 73:18 79:12 81:2

**opening** 43:16 87:12

**opioid** 87:14

**opportunity** 35:8 43:1,4,14 44:4
49:23 50:2,15 51:23 83:22

**orchestra** 86:23

**order** 7:6,7 24:15,22 25:1,3,4,7 26:21
27:3,7,19,23 28:2 33:7 39:4,10 45:20
60:20 61:4 80:14 83:6 84:24 87:11

**ordered** 29:16 61:8

**orders** 27:21

**organizations** 90:8

**OSA** 68:4,10,11

**other** 12:22 13:6,8,19 41:3 54:3 58:22
87:14 89:20,21

**our** 29:24 81:23

**out** 11:4 17:5 21:13 24:21 26:9 38:15
46:4 47:3,22 48:1 51:18 52:2,8 56:22
57:3,4 71:22 76:19 81:15 82:6 84:7
86:6 87:8 89:18 92:7

**over** 5:24 6:12 17:5 41:14 44:8 50:16
72:5 79:22 80:14 82:22 83:13 84:12
90:8

**overall** 66:6

**Overlook** 16:18,22 17:1 18:5,11

**overnight** 84:12

---

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Index: overview..provided

**overview** 34:14

**owe** 23:9,10,13,16 85:14

**owed** 38:7 62:8,18 79:12,17 80:2

**own** 16:19 90:21

**owns** 16:21

---

**P**

**p.m.** 94:21

**page** 15:8 19:7,15 20:7,10,12 21:1
23:1,3 34:3,5,6 46:17 49:3 61:15

**paid** 22:4 25:9,15 33:11 53:14,15
62:10 76:20 79:10,11,18,22 80:1,2
82:8 84:2,7 86:5

**pain** 8:8 59:12

**pandemic** 76:18 88:18,20 90:14 91:7,
12 93:1

**paperwork** 22:10 42:17 87:15

**paragraph** 29:1

**part** 9:9 68:23 71:6

**particular** 19:22 89:6 92:13

**partner** 13:14

**past** 43:11 49:5 77:24

**patient** 11:5 65:21 74:4 76:7 77:18

**patients** 10:21,24 11:3,15,16,22 49:7,
10

**pay** 24:15 25:2 33:9,12,13 49:17
50:16 56:24 57:3 82:8,18

**paying** 41:18 53:19,24 55:15 82:19
83:12,14

**payment** 21:13,17,21,22 22:1 33:6
39:8 53:22 85:17

**payments** 21:16,20,24 38:5 39:12
54:1 62:7 79:15 82:11

**Peninsula** 16:18,22,24 18:5,11

**people** 51:18 71:24 81:14 87:21
89:10,14,19,22 90:10,18,22 93:18

**people's** 48:16,19,20 62:1 81:1

**perfected** 9:4

**performance** 44:14 47:13,21 48:4

**period** 65:23 72:9 93:2

**periods** 48:16

**permission** 60:23 61:1

**person** 32:5 35:18,24 36:2,19 37:3
43:22 50:23 52:22

**personal** 87:13

**personally** 34:4 88:23 90:14

**petition** 19:13,19 23:23 24:5 25:19
26:17 54:1

**phone** 7:20 8:13 14:17 35:22 94:9

**pipe** 84:4

**place** 16:15 38:21,23 46:12 52:9

**placement** 11:12

**places** 18:8 90:21,23

**plaintiff** 32:18 33:6

**plans** 87:24 88:6,11

**plate** 91:17

**playing** 92:18

**please** 6:5,7,22 7:12,20 8:2,12 35:18,
22 40:16

**plus** 79:22

**pocket** 57:3 84:8

**point** 17:10 41:13 63:24 83:17 91:1

**points** 70:23,24

**poor** 64:17,21 65:2 67:2

**position** 43:5 50:4,22 51:10 52:23
83:4

**possible** 56:7 74:23

**possibly** 36:17 74:16,18

**post** 54:1

**posted** 80:5,10

**practice** 78:10

**prayer** 75:20

**precarious** 51:19

**prescribe** 75:3

**prescribed** 73:10

**prescription** 74:5,7

**present** 41:1

**presentation** 63:9,16

**presentations** 63:15,18,23

**president** 81:15

**presidential** 18:19,21

**pretty** 17:5 93:7,9

**prevented** 41:4

**previous** 21:10

**previously** 30:16 36:5

**prior** 26:6 30:10 32:21,22 33:16 37:19
39:9 45:19 54:6 63:4 69:10 79:17

**priority** 29:3

**private** 46:7

**probably** 17:17 56:21 57:4 68:21
70:10 71:17 72:23 79:8

**problem** 13:11

**problems** 59:13,21,24 64:4,8,9

**Procedure** 5:22

**procedures** 55:4 83:8

**proceed** 39:19

**proceeding** 5:11,20 84:18

**process** 50:14

**procrastinated** 47:22

**procrastinates** 47:4

**produce** 55:8,10

**produced** 7:5 44:24 45:21

**programs** 11:18

**progress** 74:2 81:6

**progression** 60:6

**promise** 73:17

**promotion** 43:1,4,21 44:4 49:23
50:14 51:5,23

**proof** 49:24 85:19

**properly** 34:6

**property** 15:19 16:6,8,11,16,19,21
84:3

**protected** 45:18

**protective** 7:6,7 45:20

**provide** 29:17 33:5 35:22

**provided** 30:17 36:1 55:1,3 90:11

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK
Anthony Mcclarn September 16, 2021

Job 33819
Index: provider..roll

provider 58:5,12,23

Prozac 47:8 72:18,21 73:11

psych 47:7

Public 10:2

pull 24:14 30:15 33:21 55:9

purposes 7:9 15:24 31:20 38:12
45:13,22 46:13

pursuant 5:22 39:4

put 43:24 51:18 53:1 56:12 86:2 88:24
94:1

putting 90:20

**Q**

qualified 51:15 52:22

question 6:7 26:15 35:16,17 52:7,11,
14,16,19 58:21 62:4 84:20 85:2 86:9

questioning 88:5

questions 6:24 13:3 32:24 35:7 78:8
84:22

quickly 22:23 90:4

quit 91:21,22,23

quite 35:3 64:8

Quratulain 61:16

QV 93:14

**R**

range 70:22

rate 83:16,23

rating 87:17

read 27:12,16 34:11,20 35:1 64:19
65:22

reading 32:17 66:11

ready 39:18

real 18:24

really 13:12,15 19:1 37:22 43:6,10
44:8 50:20 53:7 66:6 67:1 70:17 75:15
77:16 87:3 90:14 91:16 94:6

reason 17:18 28:22 53:19 68:24

reasons 56:19

recall 26:5 63:22 73:10 76:24

received 29:13,14

recent 76:6,14,17,22 77:1

recently 12:2,4

recitation 47:10

recollection 25:6 70:4 79:4

record 6:15,17,19 7:13,14,15,17,18
8:3,14,16,17 9:4 14:2 19:21 39:15,17,
22 46:13 48:7 52:9 60:11,18 62:23
64:12,20 65:9 66:14 67:10 69:3 71:21
72:13 73:21 75:23

records 7:5 44:23 45:2,7,17,21 46:4,6
60:21 63:4 64:13

reduce 74:22 77:6

reduced 86:1

refer 16:8

references 69:9

referencing 54:6

referred 46:21

referring 42:2

refile 26:8

refinance 41:2 42:2,4,5 82:18

refinanced 83:9,14

refused 22:1

refusing 52:19 62:7

regarding 38:1,19 63:4 64:13

regiment 70:6

regular 79:15

regularly 17:4

related 11:8 48:13 55:6 56:5 57:16
60:9 89:21

relevant 13:3

religion 9:18

REM 67:5

remain 56:7

remaining 35:20

remember 12:10 15:13 33:3 38:22
39:1,11 40:6,11 44:3,5,6 47:17,19
73:6,9 75:7 78:12,14 79:2

rephrase 58:10 85:2

reply 83:2

reporter 6:12 7:2 32:6 57:24

reports 49:5

represent 5:10,18 13:16 25:4

representing 20:22 61:1,3

request 32:18 83:20

required 7:8 33:7 49:13,16

requires 89:7

reside 13:23 16:13

resided 17:4

residing 17:18 18:5

resolved 83:10 86:3,4

resources 11:1,21,22 90:9

respect 32:9 59:21 80:22

respond 22:8 42:8,11,18

responded 22:11 41:19,24

responding 42:19

response 32:9,15,16 35:16 40:14
56:13 70:13 71:5 82:21,23

responses 13:17 30:16 34:1,19,24
70:12

responsible 55:14 59:23

rest 12:18

result 84:3

retention 11:14

retire 37:18

retired 37:16,18

return 81:18

reunification 11:17

review 34:7

reviewing 31:14

rid 66:10

right 6:20 10:9 14:3 15:17 16:11,12
17:19 33:21 35:2,15 40:12 44:19
55:11 77:7,21,22 78:1,21 82:12 93:11
94:5,18

roll 86:24

*EcoScribe Solutions    888.651.0505*

Case 20-06070-sms    Doc 66-1    Filed 08/17/22    Entered 08/17/22 10:05:47    Desc
Exhibit A -- Deposition Transcript of Anthony McClarn    Page 41 of 44
ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK                                    Job 33819
Anthony Mcclarn September 16, 2021                                    Index: romantic..sometimes

**romantic** 13:14

**roof** 72:5

**room** 56:18 90:2

**rooms** 57:7

**Rule** 5:22

---

**S**

---

**S-A-L-E-S** 50:12

**said** 9:22 19:24 29:23 30:2 31:23 32:10 34:22 45:16 46:2 49:12 53:2 54:24 58:15 62:21 64:3 69:1,24 70:18, 19,20 80:2,6,11 83:1,19,21 84:6

**salaried** 48:1 49:14

**salary** 49:19

**Sales** 50:7,8

**same** 62:5 63:5 65:16 85:6

**Samuel** 36:19

**saw** 32:23 47:7 70:14,22

**say** 5:15 6:7,8 7:1 8:10 18:4 20:17 27:10 33:18 42:12 51:16 52:4,13,15 53:7,10 57:8,20 58:17 68:18 71:17,18 72:6 76:16 79:8 89:2,9 90:13 91:5 92:23 93:6

**saying** 6:21 7:1 21:22 22:17 24:21 54:10 58:9 62:7 74:19,20 77:22 79:17 80:9 85:13

**says** 15:8 19:9,15 20:10 21:1 23:1,3, 11 29:2,5 30:4 33:4 42:24 46:17,19 49:4 68:2,7 69:17 71:6,11 76:22 82:20

**scale** 78:17

**school** 10:5 17:2,20,22 18:1 87:1

**scores** 41:13

**screen** 20:8 28:15 30:23 40:20 67:11

**screws** 86:8

**scroll** 34:3

**scrolling** 34:9

**security** 15:9,11,23 16:1

**see** 7:21 8:13 13:11 14:16,18 15:1,7 19:7,15 20:10,24 21:2 23:2 24:4 25:1, 24 26:21,23 27:1 28:14,16 29:2,5,21 30:22 31:9 32:21 34:8,10 40:18,23 41:6 44:24 52:5 54:17 70:20,24 71:2

80:13 81:14

**seeing** 35:3 80:15 92:19

**seem** 75:10

**seemed** 38:14

**seen** 24:20 31:3 32:24 35:4 56:16 67:18 78:12

**send** 38:5,11

**sending** 21:15 84:15

**senior** 43:22

**sense** 89:18

**sent** 14:19,22 15:15 22:10 32:22 42:16 45:2 83:2 84:5,10,14 85:20

**September** 61:16,24 64:16,20 71:11

**series** 93:14,18,21

**serious** 21:9

**serve** 11:19

**served** 45:6

**service** 10:18,19

**services** 11:2 29:18 38:4 53:21 89:17

**servicing** 20:11,15,19

**set** 94:9

**seven** 12:7 29:18 41:14 47:2 79:12 80:14

**several** 21:9 27:13 47:3 79:17 84:10 88:11

**severe** 78:18

**share** 14:15

**Shared** 14:23 19:5 23:24 24:18 25:21 26:19 28:9 30:18 33:23 44:21 60:12 62:24 64:14 65:10 66:16 67:14 69:6 72:15 73:24 76:1

**sharing** 15:2 19:3 20:8

**she** 13:23 14:6 36:9,15,17 37:6,16,18, 23 38:14 50:17 67:16,17 68:14,17,18 69:1 78:11 81:16

**she's** 13:20,21 14:4

**shelters** 90:20,21

**short** 72:24

**shortly** 24:9 44:18

**should** 32:5 56:21 82:17 83:13

**show** 24:13 29:24 50:1

**showed** 62:17

**showing** 15:6

**sic** 82:16

**sign** 34:4

**signed** 61:4

**significant** 12:22 13:6,7,18

**Simon** 82:16

**simple** 93:13

**simply** 66:11

**since** 60:4 71:18 78:13 91:6,11 93:23

**singer** 86:23

**sitting** 56:18

**situation** 21:14 51:19 55:24 62:15 69:12 76:8 77:24

**six** 49:5 90:5

**skills** 11:15

**sleep** 59:12 64:3,5,17,21 65:2 66:8,9, 11,12,18,21 67:2,5,8,17,19 68:12,16, 20,23 69:10 70:15

**sleepiness** 69:11,15,17 70:1,2,24 71:3

**sleeping** 64:7 68:24

**sleeplessness** 68:15

**slowly** 37:9

**smart** 87:2

**snoring** 66:22,24 67:3

**social** 10:18,19 89:22 90:7

**solely** 45:21

**some** 7:4 11:10,20 13:3 14:15 22:17 26:9 27:14 32:24 48:11 56:16,22 63:24 64:8,10 70:23,24 86:1 89:13 91:23 92:1,2

**somebody** 13:9,18 14:3 43:21,23 44:1 48:9,11

**something** 6:11 51:3 53:17 56:12 59:5 60:6 73:7 76:18 79:21 85:13 92:5,6 93:14

**sometimes** 13:24 47:6 63:17 85:15 91:7 93:20

Case 20-06070-sms    Doc 66-1    Filed 08/17/22    Entered 08/17/22 10:05:47    Desc
Exhibit A -- Deposition Transcript of Anthony McClarn    Page 42 of 44
ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK                                    Job 33819
Anthony Mcclarn September 16, 2021                                    Index: somewhat..think

**somewhat** 72:3

**somewhere** 57:8 83:15,22

**son** 17:20,22 36:20 87:7 92:10,18 93:19

**sorry** 52:13

**sort** 41:8 78:16

**sound** 49:9 63:9

**sounds** 11:23

**speak** 36:10 39:2

**speaking** 38:18

**special** 50:4 51:4

**specific** 37:15 42:14 81:8 86:12

**specifically** 57:18,21 58:5 59:3

**spell** 37:8 50:11 57:24

**spending** 87:6

**spent** 17:9,12

**sports** 93:8

**stance** 46:9

**stand** 9:16

**standing** 65:13 67:13 69:4,5 72:14 73:22 75:24

**stands** 68:12

**start** 62:9 70:8 79:15

**started** 70:6 88:15

**starting** 72:2

**state** 7:12 8:2 9:11,13 10:1 11:1

**statement** 29:7 30:11 36:1 38:12 74:10 76:9 77:22

**states** 14:13 19:9 27:23 47:5 49:7 63:7 64:16,21 65:20,21 66:18 69:10 70:13 72:17 74:3 76:4

**stay** 11:3,4 74:15

**stepped** 75:20

**still** 17:8 29:15 30:9 31:17 41:15 42:17 53:14 61:1 79:14 80:6,9,15,17 82:22 83:2,15 84:13 91:21

**stop** 75:8

**store** 51:4

**straight** 83:6

**strategies** 89:21

**street** 90:20

**stress** 43:8,14 44:15 48:12 53:2,6,11, 12 54:6 55:17,23 56:7 57:14,15 58:17, 19 59:1,4,10 60:9 64:6,17,22 66:6,7, 10 68:16 70:23 71:12,13,16,17 72:2 74:8,12,15,18,20,22 75:1,12 77:6 78:15,17,19 79:1,2 80:20,22,24 84:23 85:3,5 86:1,11,16 88:18,21,23 91:11, 14 92:13

**stressed** 38:3,15 55:24 71:22,24 75:5,6 80:10 83:12 84:20

**stresses** 77:4

**stressful** 62:14 72:9 77:13,14 85:22

**strike** 26:14 85:1

**student** 86:24

**study** 66:19,21 67:17,19 69:10

**studying** 9:20

**stuff** 52:8 62:1

**subject** 52:11,16 63:3 64:12 65:13,17 66:15 67:12 69:4,5 72:13 73:22 75:24

**submit** 15:22 25:13 32:3

**submitted** 35:5

**subpoena** 45:6

**subpoenaed** 45:3

**substance** 11:10 35:23

**such** 35:24 62:14

**sue** 23:17,19

**suffering** 59:12

**suggested** 22:6 24:11 29:21 41:16

**supervisor** 37:6,13 51:11,14,15

**supplemental** 34:1

**supplements** 75:20

**supposed** 41:21 77:16 84:11

**sure** 10:11 31:7 51:12

**surrounding** 39:3

**sworn** 5:4

**Syed** 61:15,16 63:6 64:20 65:12,20 67:11,16 68:14 70:14 74:6 75:3

**symphony** 86:22

**symptoms** 76:5,13

**system** 49:18

**systems** 89:12

---

**T**

**table** 90:9

**take** 5:24 15:14 31:4 38:21,23 39:14 53:22,24 84:7 94:7

**taken** 5:21

**taking** 8:5,9 56:10 74:14 75:8 90:23

**talented** 86:20

**talk** 36:13 38:1,8 49:22 59:19,20 77:2 81:13,19

**talked** 37:24 39:7,24 40:5,8 57:11,22 77:4 82:24

**talking** 8:19 32:6 49:7,10 84:15 88:8, 10 93:3

**team** 74:22

**tell** 9:6 10:19 12:14 25:3 36:14 38:13, 16 40:7 43:3 48:9 50:3 55:23 56:3,4 57:17 59:3 66:21 68:14 74:24 75:6 83:1 89:22

**telling** 26:5 80:17

**ten** 28:1 29:11 30:7,11 33:16 72:18 78:18

**tender** 27:24 30:1

**Tennessee** 9:11,12 10:1 14:13

**testifies** 5:5

**theological** 9:17

**theology** 9:15,22,23

**therapist** 66:9

**therapy** 76:7,15

**thing** 22:5 31:9 35:15 39:12 41:15,21 46:10 48:10 88:13 92:1

**things** 26:9 35:3 36:13 48:12,14,15, 16 54:3 56:20 57:7 60:3 62:13 63:17 70:22 83:6 85:24 87:3,6,7 88:16 89:20,24 91:15,23 92:14,24 93:8,24

**think** 6:10 8:23 10:6 32:23 37:20 53:16 55:13 58:2 66:5,6 75:15 78:24 79:1,5 81:6 82:15 85:1 87:9 88:20 91:13,14

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK                                    Job 33819
Anthony Mcclarn September 16, 2021                                              Index: thinking..work

**thinking** 37:16 80:19

**thinks** 47:8

**third** 17:24

**thought** 45:18 86:4 93:3

**thousand** 21:1 23:10,13 53:20 57:5,9 59:17 71:7 79:11,13,20,23,24 84:13 85:16

**thousands** 83:12,13 85:17,18

**three** 17:14,17 18:3,5,16 21:19 70:15, 21 71:2

**through** 22:9 34:9,18,23 35:6,13 37:14 42:8,15 45:12 53:6 56:9 67:19 72:8 73:18 77:19 80:19 83:7 85:4 91:7 92:23

**throughout** 16:8

**time** 6:4,23 12:12 14:6 17:2,3,6,12,13, 15 18:1,14 19:22 20:16,20,23 21:10 28:24 29:13 32:6 33:17 34:20,24 35:10,14 37:7,15 38:17 39:14 41:7,13 42:12 43:15 47:6,23 53:11,20 61:2 62:5 63:7,15 64:8,10 65:6,23 67:17 68:20 70:5,9 72:5,7,24 73:3,4,8 77:7 78:5 79:10 87:6 88:8 93:6,23 94:7

**times** 47:3 53:22

**tired** 19:2 22:22 73:15 78:2 81:11

**today** 7:4 8:5,22 45:23 73:20 77:17 78:4 94:7

**together** 88:14 92:2 94:2

**told** 18:7 22:3 26:8,12 31:18 32:11 48:10 51:1,2 55:20 56:2 57:13,15 58:12,23 59:7 60:2,8,19 61:7 66:9 67:4 70:8,21 71:4 74:15,21 75:5 76:24 77:12 81:10,12 82:2,8,10,16 86:14 92:14

**top** 19:9,15 23:2 24:22

**total** 55:4

**Tracy** 7:3

**training** 11:13,15

**transition** 10:15,16

**treatment** 23:3,6 56:6 87:14

**trial** 36:15,24 52:2,8

**trips** 55:3 57:6

**true** 76:16

**trumpet** 92:18

**trust** 5:10,19 15:11,17 16:2 20:16,20, 22 21:14 29:17 44:12 53:17 55:14,22 57:12 58:7,14 59:22 64:5,10 66:4 82:5 89:11,12

**turned** 12:17,18

**two** 21:19,24 37:17,18 82:5 87:12

**typically** 10:20

**U**

**uh-huh** 6:8

**uh-uh** 7:1

**Umm** 13:15 34:17 35:3 40:19 53:1

**under** 7:6,7 43:9,15 45:20 55:17 57:14 58:18 72:10 74:8 76:11 78:16, 17

**undergoing** 56:5

**undergraduate** 9:9,10

**understand** 13:12 18:9 22:20 31:24 47:19 48:2 60:19 61:4 72:11 78:3 90:11 92:9,22

**understandable** 10:11

**understanding** 13:2 54:9

**understood** 14:8 19:3 25:17 33:19 61:13,15 78:15

**undiagnosed** 68:21

**United** 19:9

**University** 9:11

**until** 83:9

**up** 8:9 21:17 23:8 24:14 30:7,15,24 33:22 36:13 53:19 54:22,23 55:9 62:20 65:21 66:2,23 73:15 75:20 77:11 83:16 86:5 87:12,17 90:23 93:5 94:9,16

**use** 33:12 35:12 72:21 73:1,5

**used** 7:4,9 60:21 72:18,23 91:4 93:16, 19

**V**

**various** 55:4

**varying** 38:6

**visit** 46:18 47:11,18,20

**visits** 10:21

**Vista** 15:20 16:6 17:4,19

**vitamin** 70:6

**vitamins** 75:19

**vote** 18:12

**voted** 18:14

**VP** 50:6

**VPS** 50:3

**W**

**wait** 84:5 90:5

**wakes** 65:21

**waking** 66:1,23

**walk** 92:5

**wanted** 21:22 29:1 74:17 77:18 87:3 92:11

**watch** 93:19

**watched** 93:18

**watching** 92:17

**water** 84:2

**ways** 82:14

**wear** 67:23,24

**week** 47:3

**weekend** 94:16,19

**weekends** 93:21

**well** 8:8 13:1,7 14:13,16,20 16:14 21:6 29:21,24 43:5,23 44:13 45:12 46:2,11, 16 49:20 51:1,22 52:18 60:8 61:3 62:1 67:23 81:5,8 90:3,15 93:6 94:6,19

**went** 22:2,5,9 42:15 43:23,24 73:4 86:1 87:8

**whatnot** 43:8 53:7

**whole** 22:5 31:9 76:22 88:13

**wind** 86:22

**words** 61:19 89:1

**work** 7:21 10:13,15,21 11:16 21:11, 12,13 37:6 47:13,20 48:3,14,15 49:6, 8,11 51:19 63:18,20 64:1 77:23 81:14 86:15 89:2,3,7,10,19 91:2,5,6 92:8

ANTHONY CARVER MCCLARN vs CITIZENS TRUST BANK                                    Job 33819
Anthony Mcclarn September 16, 2021                                    Index: worked..Zoom

**worked** 87:16

**worker** 47:1

**working** 9:12 10:22 12:1,5,8 14:4
54:21,24 80:7,9,17 88:2,10 90:7 94:10

**works** 14:17 46:24

**workshops** 11:7

**worry** 32:8

**worse** 48:22 55:24 56:8 58:18,24
59:4,7,8,9 60:1 85:6

**worsened** 55:17,21

**worst** 89:14

**would've** 23:14 32:24 43:7 44:10
49:10 53:2 66:7 83:21,23

**wrap** 11:2,21 73:15 89:17

**wrapped** 93:15

**written** 36:1 74:5

―――――――――――――――
Y
―――――――――――――――

**year** 17:24 36:20 38:11,20 41:10 44:7,
8 46:20 49:17 62:11 82:22 86:24 87:1
93:12

**years** 12:11 18:3,6,16 21:9,12 37:17,
18 47:2,7 71:14,15 72:18 86:21 88:7,
11

**Yohannes** 69:8

**young** 12:16

―――――――――――――――
Z
―――――――――――――――

**Zoom** 5:24 14:23 19:5 23:24 24:18
25:21 26:19 28:9 30:18 33:23 44:21
60:12 62:24 64:14 65:10 66:16 67:14
69:6 72:15 73:24 76:1