**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**ANTHONY CARVER MCCLARN,**<br><br>      Debtor. | **CHAPTER 13**<br><br>**CASE NO. 14-75160-sms** |
| **ANTHONY CARVER MCCLARN,**<br><br>      Plaintiff,<br>v.<br><br>**CITIZENS TRUST BANK and LOANCARE LLC,**<br><br>      Defendants. | **ADVERSARY PROCEEDING**<br><br>**NO. 20-06070-sms** |

**CONSENT MOTION TO EXTEND DEADLINE FOR**
**FILING RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

Anthony Carver McClarn, as the plaintiff (the "Plaintiff"), and Citizens Trust Bank and LoanCare LLC, as the defendants (the "Defendants" and together with Plaintiff, the "Parties"), hereby move the Court to extend the deadline for Plaintiff to respond to Defendants' *Motion to for Summary Judgment* (Doc. No. 65) (the "MSJ") through and including September 22, 2022. In support of their request, the Parties show the Court as follows:

1. Plaintiff filed a complaint against Defendants on April 27, 2020 (the "Complaint") (Doc. No. 1).

2. Defendants filed the MSJ on August 17, 2022.

3. The Parties have conferred and have agreed to an extension of time for Plaintiff to respond to the MSJ through and including **September 22, 2022**. The Parties believe the extension is necessary to conduct meaningful discussions to potentially resolve this adversary proceeding and is further based upon the introduction of new counsel for Plaintiff.

WHEREFORE, Plaintiff and Defendants request that the deadline for Plaintiff to respond to the MSJ be extended through and including **September 22, 2022**.

Respectfully submitted this 12th day of September, 2022.

| **JONES & WALDEN LLC** | **RUBIN LUBLIN, LLC** |
|---|---|
| */s/ Leon S. Jones* | */s/ Bret J. Chaness* |
| Leon S. Jones | Bret J. Chaness |
| Georgia Bar No. 003980 | Georgia Bar No. 720572 |
| 699 Piedmont Avenue, NE | 3140 Avalon Ridge Place, Suite 100 |
| Atlanta, Georgia 30308 | Peachtree Corners, GA 30071 |
| (404) 564-9300 | (678) 281-2730 |
| ljones@joneswalden.com | bchaness@rlselaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**ANTHONY CARVER MCCLARN,**<br><br>Debtor. | CHAPTER 13<br><br>CASE NO. 14-75160-sms |
| **ANTHONY CARVER MCCLARN,**<br><br>    Plaintiff,<br>v.<br><br>**CITIZENS TRUST BANK and LOANCARE LLC,**<br><br>    Defendants. | ADVERSARY PROCEEDING<br><br>NO. 20-06070-sms |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, the foregoing *Consent Motion to Extend Deadline for Filing Response to Motion to Summary Judgment* (the "Motion") was electronically filed using the Bankruptcy Court's Electronic Case Filing program which sends a notice of and an accompanying link to the Motion to the following parties who have appeared in these cases under the Bankruptcy Court's Electronic Case Filing Program:

- **Bret J. Chaness**    bchaness@rubinlublin.com, BJC-ECF-Notifications@rubinlublin.com
- **A. Christian Wilson**    cwilson@simplawatlanta.com, sscheu@simplawatlanta.com

This 12th day of September, 2022.

JONES & WALDEN LLC

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue, N.E.
Atlanta, Georgia 30308
(404) 564-9300
ljones@joneswalden.com
*Attorney for Plaintiff*