IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>　　　Debtor. | CHAPTER 13<br><br>CASE NO. 14-75160-sms |
| ANTHONY CARVER MCCLARN,<br><br>　　　Plaintiff,<br>v.<br><br>CITIZENS TRUST BANK and<br>LOANCARE LLC,<br><br>　　　Defendants. | ADVERSARY PROCEEDING<br><br>NO. 20-06070-sms |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Leon S. Jones of Jones & Walden LLC ("Substitute Counsel") as counsel of record for Anthony Carver McClarn ("Plaintiff"), in place of counsel Elizabeth Williams Winfield of Simmons, Finney & Winfield, LLC. **_Please terminate Elizabeth Williams Winfield as Plaintiff's counsel in this case._** Substitute Counsel is now the designated attorney representing Plaintiff.

All further pleadings, orders and notices for Plaintiff should be sent to Substitute Counsel.

This 27th day of September, 2022.

| | |
|---|---|
| **SIMMONS, FINNEY & WINFIELD, LLC** | **JONES & WALDEN LLC** |
| /s/ Elizabeth Williams Winfield<br>Elizabeth Williams Winfield (by<br>Leon S. Jones with express permission)<br>Georgia Bar No. 115217<br>741 W. Lanier Avenue<br>Suite 220<br>Fayetteville, GA 30214<br>(678) 788-6030<br>ewinfield@sfwlegalteam.com | /s/ Leon S. Jones<br>Leon S. Jones<br>Georgia Bar No. 003980<br>Attorney for Plaintiff<br>699 Piedmont Avenue, NE<br>Atlanta, GA 30308<br>(404) 564-9300<br>ljones@joneswalden.com |

Consented to by:

_/s/ Anthony Carver McClarn_
Anthony Carver McClarn, Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | CHAPTER 13<br><br>CASE NO. 14-75160-sms |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br>v.<br><br>CITIZENS TRUST BANK and LOANCARE LLC,<br><br>    Defendants. | ADVERSARY PROCEEDING<br><br>NO. 20-06070-sms |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of Substitution of Counsel* ("Notice") using the Bankruptcy Court's ECF program, which sends a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy Court's ECF Program:

- **Bret J. Chaness**  bchaness@rubinlublin.com, BJC-ECF-Notifications@rubinlublin.com
- **A. Christian Wilson**  cwilson@simplawatlanta.com, sscheu@simplawatlanta.com
- **Elizabeth Williams Winfield**  ewinfield@sfwlegalteam.com

This 27th day of September, 2022.

JONES & WALDEN LLC

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorney for Plaintiff
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
ljones@joneswalden.com