IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTHONY CARVER MCCLARN,<br><br>    Debtor. | Case No. 14-75160-sms<br>Chapter 13 |
| ANTHONY CARVER MCCLARN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS TRUST BANK and LOANCARE, LLC,<br><br>    Defendants. | Adversary No. 20-06070-sms |

**DEFENDANTS' MOTION FOR RECONSIDERATION**

COME NOW, Citizens Trust Bank ("Citizens"), LoanCare, LLC ("LoanCare") (collectively, the "Defendants"), and hereby moves this Court for reconsideration of the Court's Order on Cross-Motions for Summary Judgment [Doc. 92]. In support of this Motion, the Defendants rely upon their Memorandum of Law, filed contemporaneously with this Motion.

WHEREFORE, Defendants pray for relief as follows:

a) That this Court reconsider its Order [Doc. 92] based on the arguments raised in the accompanying Memorandum of Law; and

b) For any other relief that this Court deems just and proper.

1

Respectfully submitted, this 14th day of April, 2023.

/s/ Bret J. Chaness
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3140 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rlselaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2023, I filed the within and foregoing via CM/ECF, which will serve electronic notice on all parties.

/s/ Bret J. Chaness
BRET J. CHANESS (GA Bar No. 720572)