## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: **Anthony Carver McClarn** Debtor(s) | Bankruptcy Case No. **14−75160−sms** |
| | Adv Proc. No.: **20−06070−sms** |
| **Anthony Carver McClarn** Plaintiff(s) − v − **Citizens Trust Bank** **LOANCARE LLC** Defendant(s) | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**May 10, 2023** at **11:00 AM** in **Courtroom 1201, Atlanta** to consider and act upon the following:

Amended Motion to Reconsider Order on Motions for Summary Judgment

Hearings may be by phone, video conference or in person. Please check the "Dial−In and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov, for more information and instructions.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

_M. Regina Thomas_
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: April 20, 2023

Form 165ap, Revised September 2021