**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**ANTHONY CARVER MCCLARN,**<br><br>    Debtor. | **CHAPTER 13**<br><br>**CASE NO. 14-75160-sms** |
| **ANTHONY CARVER MCCLARN,**<br><br>    **Plaintiff,**<br>v.<br><br>**CITIZENS TRUST BANK and**<br>**LOANCARE LLC,**<br><br>    **Defendants.** | **ADVERSARY PROCEEDING**<br><br>**NO. 20-06070-sms** |

**MOTION TO EXTEND DEADLINE FOR**
**FILING RESPONSE TO MOTION FOR RECONSIDERATION**

Anthony Carver McClarn, as the plaintiff (the "Plaintiff"), hereby moves the Court to extend the deadline for Plaintiff to respond to *Defendants' Motion for Reconsideration* (Doc. No. 94[1]) (the "Motion to Reconsider") through and including May 2, 2023. In support of their request, the Parties show the Court as follows:

1. Plaintiff filed a complaint against Defendants on April 27, 2020 (the "Complaint") (Doc. No. 1).

2. On August 17, 2022, Defendants filed *Defendants' Motion for Summary Judgment* (Doc. No. 65) (the "MSJ").

3. On September 29, 2022, Plaintiff filed *Plaintiff's Cross Motion for Partial Summary Judgment* (Doc. No. 76) (the "Cross MSJ") and *Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment* (Doc. No. 78) (the "MSJ Response").

---

[1] On the same day, Defendants filed a separate Motion for Reconsideration at Doc. No. 96. Such motion appears to be identical as the motion at Doc. No. 94, with the exception that Defendants' accompanying brief is an attachment to the motion instead of a separate lead document.

4.      On March 31, 2023, the Court entered the *Order Denying Defendants' Motion for Summary Judgment, Granting Plaintiff's Motion for Partial Summary Judgment, and Notice of Hearing* (Doc. No. 92) (the "Order").

5.      On April 14, 2023, Defendants filed the Motion to Reconsider and *Defendants' Memorandum of Law in Support of Their Motion for Reconsideration* (Doc. No. 95) in reference to the Court's Order.

6.      The current deadline for Plaintiff to respond to the Motion to Reconsider is April 28, 2023.

7.      The parties have conferred and have agreed to an extension of time for Plaintiff to respond to the Motion to Reconsider through and including **May 2, 2023**. Plaintiff shows that the extension is necessary and reasonable. Plaintiff will present a consent order.

WHEREFORE, Plaintiff requests that the deadline for Plaintiff to respond to the Motion to Reconsider be extended through and including **May 2, 2023**.

Respectfully submitted this 27th day of April, 2023.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
ljones@joneswalden.com
*Attorney for Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**ANTHONY CARVER MCCLARN,**<br><br>        Debtor. | **CHAPTER 13**<br><br>**CASE NO. 14-75160-sms** |
| **ANTHONY CARVER MCCLARN,**<br><br>        **Plaintiff,**<br>**v.**<br><br>**CITIZENS TRUST BANK and**<br>**LOANCARE LLC,**<br><br>        **Defendants.** | **ADVERSARY PROCEEDING**<br><br>**NO. 20-06070-sms** |

**CERTIFICATE OF SERVICE**

        I hereby certify that on the date indicated below, the foregoing *Motion to Extend Deadline for Filing Response to Motion for Reconsideration* (the "Motion") was electronically filed using the Bankruptcy Court's Electronic Case Filing program which sends a notice of and an accompanying link to the Motion to the following parties who have appeared in these cases under the Bankruptcy Court's Electronic Case Filing Program:

- **Bret J. Chaness**    bchaness@rubinlublin.com, BJC-ECF-Notifications@rubinlublin.com
- **A. Christian Wilson**    cwilson@simplawatlanta.com, sscheu@simplawatlanta.com

        This 27th day of April, 2023.

                                        **JONES & WALDEN LLC**

                                        */s/ Leon S. Jones*
                                        Leon S. Jones
                                        Georgia Bar No. 003980
                                        699 Piedmont Avenue, N.E.
                                        Atlanta, Georgia 30308
                                        (404) 564-9300
                                        ljones@joneswalden.com
                                        *Attorney for Plaintiff*