**IT IS ORDERED as set forth below:**

Date: May 11, 2023

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Case No. 14-75160-sms |
| Anthony Carver McClarn, | Chapter 13 |
| Debtor, | |
| Anthony Carver McClarn, | Adversary Proceeding |
| Plaintiff, | No. 20-06070-sms |
| v. | |
| Citizens Trust Bank and LoanCare LLC, | |
| Defendants. | |

**ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION**

Before the Court is Citizens Trust Bank's and LoanCare, LLC's (collectively, "Defendants") *Amended Motion for Reconsideration* of the Court's Order on Cross-Motions for Summary Judgment (the "Motion") (Doc. 96). Anthony Carver McClarn ("Plaintiff") filed his *Response to the Motion for*

*Reconsideration* (Doc. 101) to which Defendants filed their *Reply to the Response to the Motion for Reconsideration* (Doc. 104).

On May 10, 2023, the Court held a hearing on the Motion. For the reasons stated on the record, it is hereby

**ORDERED** that the Motion is **DENIED**.

The Clerk shall serve a copy of this Order upon counsel for Plaintiff and counsel for Defendants.

### ### END OF ORDER ###