**IT IS ORDERED as set forth below:**

**Date: May 24, 2023**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | CASE NUMBER |
| **ANTHONY CARVER MCCLARN,** | **14-75160-SMS** |
| Debtor. | CHAPTER 13 |
| **ANTHONY CARVER MCCLARN,** | ADVERSARY PROCEEDING NUMBER: |
| Plaintiff, v. | **20-06070-SMS** |
| **CITIZENS TRUST BANK and LOANCARE LLC,** | |
| Defendants. | |

**ORDER AND NOTICE OF HEARING AND DEADLINES**

1. The evidentiary hearing in the above-styled matter shall be held on **August 30, 2023 at 9:30 a.m., Room 1201, United States Courthouse, 75 Ted Turner Dr., S.W., Atlanta,**

**GA 30303.** This evidentiary hearing will be **in-person** and will not be rescheduled except by express permission of Court.

2. The deadline to file any pretrial motions shall be July 14, 2023. The response deadline to any pretrial motions shall be July 28, 2023.

3. The deadline for the parties to file their pretrial order shall be August 18, 2023.

4. Counsel shall exchange documents, including any exhibits parties intend to use at the hearing no later than 7 days prior to the hearing.

5. Unless otherwise directed by the Court, Counsel shall mark all exhibits and file on the docket a cover page listing each exhibit, with each exhibit as a separate attachment thereto (e.g., if the cover page is docket no. 50, Exhibit A will be 50-1, Exhibit B will be 50-2, etc.) no later than 3 business days prior to the hearing.

6. Counsel shall create a PDF containing all "file stamped" exhibits, with each exhibit separately bookmarked, and shall email this PDF to chambers (**SMSChambers@ganb.uscourts.gov**), copying opposing counsel and any other party participating in the hearing, no later than **3 business days** prior to the hearing. If the PDF file size exceeds 250MB, it should be broken down into separate files not exceeding 250MB and each file should be emailed separately.

7. No hard copies of exhibits should be exchanged unless agreed by the parties or directed by the Court. No hard copies of exhibits should be delivered to chambers unless specifically requested by the Court; provided, however, that if the hearing is scheduled to take place in person, the marked originals of all exhibits should be brought to the hearing.

8. Parties are directed to refer to Bankruptcy Local Rule 5073-1 and seek appropriate permission from the undersigned in advance of trial if such electronic devices are needed for the presentation of evidence.

9. Parties can submit proposed Findings of Fact and Conclusions of Law up until **two business days** before the trial.

10. If the parties determine that, by reason of settlement or other good cause, the case should not be tried which determination shall be subject to Court approval, counsel are directed to notify the Court immediately so that the time set aside for the instant trial may be assigned to other litigants, since all cases in this Court are specifically set to commence on a date certain.

The Court Clerk is directed to serve a copy of this trial notice on Plaintiff, Plaintiff's Counsel, Defendants, and Defendants' counsel.

**END OF DOCUMENT**